JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No. __II__          Investigating Agency __FBI__

City __N. Reading__          **Related Case Information:** 13cr10258

County __Middlesex__

Superseding Ind./ Inf. _____          Case No. _____
Same Defendant _____          New Defendant _____
Magistrate Judge Case Number __13-MJ-4114-DHH__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Marshall H. Dion__          Juvenile:     ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes   ☑ No

Alias Name _____

Address __(City & State) Tucson, AZ__                    ⊞

Birth date (Yr only): __1935__   SSN (last4#): __8045__   Sex __M__     Race: __White__     Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Leah Foley__          Bar Number if applicable _____

**Interpreter:**     ☐ Yes   ☑ No          List language and/or dialect: _____

**Victims:**     ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes   ☑ No

**Matter to be SEALED:**     ☑ Yes   ☐ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** __8/8/2013__

☑ Already in Federal Custody as of __8/8/2013__ in __Wyatt__ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**     ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __9/5/2013__          Signature of AUSA: _Leah B Foley_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Marshall H. Dion _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | Poss. with intent distribute marijuana | 2 |
| Set 2 | 21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 3 | 21 U.S.C. §853 | Criminal Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**  N. Reading          **Related Case Information:**  13cr10258

**County**  Middlesex          Superseding Ind./ Inf. _____  Case No.
                              Same Defendant _____  New Defendant _____
                              Magistrate Judge Case Number  13-MJ-4114-DHH
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  William Landolfi          Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name

Address          (City & State)  North Reading          ⊞

Birth date (Yr only): 1955  SSN (last4#): 8253  Sex M          Race: White          Nationality: USA

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  Leah Foley          Bar Number if applicable

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**  ☐ Petty          ☐ Misdemeanor          ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: September 5, 2013     Signature of AUSA: _Leah Foley_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    William Landolfi _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | Poss. with intent distribute marijuana | 3 |
| Set 2 | 21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 3 | 21 U.S.C. §853 | Criminal Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

cr js-45-MA2011.wpd - 3/25/2011

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** FBI

**City** Topsfield                    **Related Case Information:**          13CR10258 -

**County** Essex                    Superseding Ind./ Inf. _____  Case No. _____
                                    Same Defendant _____  New Defendant _____
                                    Magistrate Judge Case Number  13-MJ-4087-DHH
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Glenn Freeman          Juvenile:    ☐ Yes  ☑ No

                    Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name** _____

**Address**    (City & State) Topsfield, MA                                        ■

**Birth date (Yr only):** 1960  **SSN (last4#):** 7644  **Sex** M  **Race:** White  **Nationality:** USA

**Defense Counsel if known:** Charles Rankin    **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Leah Foley                    Bar Number if applicable _____

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/5/2013          Signature of AUSA:  Leah Foley

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Glenn Freeman

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | Poss. with intent distribute marijuana | 4 |
| Set 2 | 21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 3 | 21 U.S.C. §853 | Criminal Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011