%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** Topsfield      **Related Case Information:**    13CR10258

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   13-MJ-4087-DHH
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: Glenn Freeman    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Topsfield, MA

Birth date (Yr only): 1960   SSN (last4#): 7644   Sex M   Race: White   Nationality: USA

Defense Counsel if known: Charles Rankin   Address _____

Bar Number: _____

## U.S. Attorney Information:

AUSA: Leah Foley    Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/5/2013    Signature of AUSA: *Leah D Foley*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Glenn Freeman

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | Poss. with intent distribute marijuana | 4 |
| Set 2 | 21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 3 | 21 U.S.C. §853 | Criminal Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____