# EXHIBIT C

FD-1035 (REV 08-31-2012)

**U.S. DEPARTMENT OF JUSTICE/FEDERAL BUREAU OF INVESTIGATION**

# SUBPOENA

Subpoena number: 31070   When responding please reference this subpoena number.

In the matter of case number(s): 245C-BS-2495557

**TO:** Town and Country Self Storage

**ADDRESS:** 140 Main St
North Reading, MA 01864

**TELEPHONE:** 9786644044

**FAX:**

### GREETING:

By the service of this subpoena upon you by Stephen Kelleher, who is authorized to serve it, you are hereby commanded and required to disclose to Stephen Kelleher, a representative of the FBI, the following information for the period 2013-01-01 to 2013-07-01 or the billing cycle including the requested time period: which may be relevant to an authorized law enforcement inquiry, involving the following:
- Continued on Attachment A

Please see the attached page explaining some terms that may be used in this demand.

**THE INFORMATION SOUGHT THROUGH THIS SUBPOENA RELATES TO A FEDERAL CRIMINAL INVESTIGATION BEING CONDUCTED BY THE FBI.**

**YOUR COMPANY IS REQUIRED TO FURNISH THIS INFORMATION.**

**YOU ARE REQUESTED NOT TO DISCLOSE THE EXISTENCE OF THIS SUBPOENA INDEFINITELY AS ANY SUCH DISCLOSURE COULD INTERFERE WITH AN ONGOING INVESTIGATION AND ENFORCEMENT OF THE LAW.**

Compliance must be made by personal appearance or production of records no later than the 3rd day of July, 2013 at 05:00 o'clock PM, at 1 Center Plaza, Suite 600, Boston, MA 02108

In lieu of a personal appearance, the information can be provided, via email, marked to the attention of SA Stephen Kelleher, at the following address: Stephen.Kelleher@IC.FBI.GOV

If you refuse to obey this subpoena, the United States Attorney General may invoke the aid of a United States District Court to compel compliance. Your failure to obey the resulting court order may be punished as contempt.

Issued under authority of Sec. 506 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ORIGINAL**

Signature: *[signature]*
Name: WILLIAM MCDERMOTT
Title: Supervisory Special Agent
Issued this 2nd day of July, 2013

UNCLASSIFIED

| | Subpoena number: 31070 |

*TERMINOLOGY*

**IMPORTANT NOTE** This part is not a demand but an explanation of some terms used in the subpoena and some suggestions to help with compliance. The actual information demanded by this subpoena is set forth on the front of the subpoena or in Attachment A, if so indicated on the first page. The terms explained here may or may not be part of information demanded.

> If the subpoena makes a demand for "local and long distance connection records, or records of session times and durations" for telephone or cell phone service, that means to include the following records if your company maintains these records---

- Incoming and outgoing local, regional, long distance, international, wholesale, cellular, paging, toll free, and prepaid connection records;
- Credit card calls (including, but not limited to, calls made through major credit card companies); and
- Alternate billed number calls (calls billed to third parties, collect calls, and calling card calls for calls through cards issued by the communications carrier originating from the foregoing telephone number(s) or terminating at the foregoing telephone numbers(s)).

> If the subpoena makes a demand for "length of service," include the start date and the close date if the account closed.

> If the subpoena makes a demand for customer or subscriber address, include both the postal address and physical address, if known.

> If the subpoena makes a demand for "means and source of payment" that means--

- Method of payment to initiate and maintain service; and
- Any available identification numbers for method of payment, including credit card numbers or prepaid calling card numbers.

> We are not directing that you provide, and you should not provide, information pursuant to this subpoena that would disclose the content of any wire communication. That means you should not disclose "any information concerning the substance, purport, or meaning of" a communication, as defined in Title 18 United States Code, Section 2510(8). Subject lines of e-mails are content information and should not be provided in response to this subpoena.

> If the records provided are particularly large we request that you provide this information in electronic format preferably on a CD-ROM.

UNCLASSIFIED