AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## Attachment A

A desktop computer belonging to and used by Marshall H. DION, which is believed to be located at an open cubicle area inside the common area of the office space rented by the law firm Callas Felopulos & Ditelberg LLP, 4 Longfellow Place, Suite 3802, Boston, Massachusetts. The desktop computer, referred to in the Affidavit as the "Target Computer," is depicted in the below photograph.



# ATTACHMENT C

## ITEMS TO BE SEIZED

A. All records, in whatever form, and tangible objects that constitute evidence, fruits, and/or instrumentalities of drug distribution and money laundering, as set forth below:

1. Records of personal or business activities relating to the operation or ownership of any computer hardware, software, storage media, or data (such as user names, passwords, telephone records, notes, books, diaries, and reference materials).

2. Records pertaining to accounts held with companies providing Internet access or remote storage of either data or storage media.

3. Records relating to ownership, occupancy, or use of the premises searched (such as utility bills, phone bills, rent payments, mortgage payments, photographs, insurance documentation, receipts and check registers).

4. Records relating to drugs, drug proceeds, drug distribution, drug importation, money laundering, money transfers, ledgers, contact lists, price sheets, and related documents.

5. Records and information identifying contact information for co-conspirators, communications made in furtherance of the conspiracy, and photographs and videos of co-conspirators.

B. All computer hardware; computer software; computer-related documentation; and storage media. Off-site searching of such hardware, software, documentation, and storage media, shall be limited to searching for the items described in paragraph A of this attachment and shall be done according to the procedures set out in Attachment D.

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No. 13-MJ-2377-MBB
Garmin nuvi 2450 GPS device, )
serial no. 269008542, marked as Exhibit 1B44 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Garmin nuvi 2450 GPS device, serial no. 269008542, marked as Exhibit 1B44

located in the _____ District of Massachusetts, there is now concealed *(identify the person or describe the property to be seized):*
Target GPS Device; Photograph in Attachment A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | conspiracy to possess with intent to distribute controlled substances; and |
| 18 U.S.C. 1956 & 1957 | money laundering |

The application is based on these facts:
See attached affidavit of Special Agent Stephen J. Kelleher, Federal Bureau of Investigation.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature* SA/FBI

Stephen J. Kelleher, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 25, 2013
@ 12:12PM

*Judge's signature*

City and state: Boston, Massachusetts

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 13-MJ-2397-MBB
)
Garmin nuvi 2450 GPS device, )
serial no. 269008542, marked as Exhibit 1B44 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Massachusetts___
*(identify the person or describe the property to be searched and give its location)*:

Garmin nuvi 2450 GPS device, serial no. 269008542, marked as Exhibit 1B44

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Affidavit of Stephen J. Kelleher, incorporated by reference, and Attachment C.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___November 7, 2013___
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Marianne B. Bowler___.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: October 25, 2013 @ 12:12PM        *Marianne B. Bowler, USMJ*
                                                          *Judge's signature*

City and state: Boston, Massachusetts        Marianne B. Bowler, U.S. Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

# ATTACHMENT A
# ITEMS TO BE SEARCHED

| Description | Referred to in Affidavit as |
|---|---|
| 1. Garmin nuvi 2450 GPS device, serial no. 269008542, marked as Exhibit 1B44. | Target GPS Device; Photograph in Attachment A. |
| 2. Lenova laptop computer, serial no. L3-N5656, marked as Exhibit 1B45. | Target Laptop Computer; Photograph in Attachment A. |
| 3. Apricorn portable hard drive, serial no. 5VJCZLKO, marked as Exhibit 1B49. | Target Storage Device; Photograph in Attachment A. |
| 4. White Apple iPhone, model no. A1387, marked as Exhibit 1B43. | Target Telephone; Photograph in Attachment A. |
| 5. Three USB Thumb Drives, marked as Exhibit 1B51, 1B52 and 1B53. | Target Storage Devices 1B51, 1B52, 1B53. |