BOS-TUS

Note: Schedule Trips So Return On Or Near Longest Day Of The Year In June

06-11-10: Lv: Office @ 511a ,68° ,Friday; Tpk:@ 514a, 58°; Late Start, Leave By 5:00 am
06-11-10: Coffee @ Mac's, I-90@84+\-,Charlton Plz, wb , In: 600a, 60°, Out: 610a ,58° BringInExtrnCupf Friday,Traffic Lite-Moderate,Temp: 58°F
06-11-10: CT/. Line@630a, Traffic Moderate, 70mph.
06-11-10: Hartford @ 655a, Traffic Heavy, Moving @ 55mph,  Moderate, Very Small Delay, Moved Thru OK.Temp: 63°F
06-11-10: ☞Ramapo Service Plaza, I-87#34+/- NY Thruway,Good Stop,No Sleep,Eat, Nr When On Thruway, In: 845a, 68°F, Out: 909a,68°F
06-11-10: ☞Stopped @ Borders, Flemington NJ, Rte 202 For A Break & Nap, In: 1103, 79, Out 1134a, 59.
06-11-10: Refuel&Eat: Quick Check Food ; Corner: Rte 31&579, Lumberville, Harbourton Rd, N. J. Gas Much Less In NJ. In:1050a,68, Out: 1124a, 69
06-11-10: Arrive Yardley In town @ 1220 pm.
06-15-10: Lv: Yardley, Tuesday @446 am 68°F, PA Tpk @ 505 am, 71°F
06-15-10: Coffee, Bad Coffee From Auto Machine, PA Tpk, I-70#58.5; In: 630, 69, Out645a, 69;@ Burger King in Plaza
06-15-10: Snooze, I-76#262.7, PA Tpk, In: 636a, 65°; Out: 710a, 66°, Snooze
06-15-10: Snooze, I-76#202.5, PA Tpk, blue Mountain Plz,  In: 731a, 71°; Out: 820a , 71°  Excellent Rest Sleep Area, Lg Parking Lot
06-15-10: Rest, refresh, I-70#163, OH, In: 1211p, 80°, Out: 1218p, 80°
06-15-10: Refuel & Eat; Sam's, 1755 Hilliard-Rome Rd, Hilliard  (Comumbus) OH, I-70#91B; In: 113p, 87, Out:155p, 87°F
06-15-10: Rest, Bathroom, I-70#28, MO, In: 615p, 80, Out: 618p, 81.
06-15-10: Rest Area, OH, I-70#71+/-, In: 228p, 81°F, Out: 257p, 81°F
06-15-10: Rest Area,OH, I-70#144, In:?p,?°F, Out:?p, ??°F, Super Excellent, Cars in Back way off road & totsr car & truck separation lots trees
06-15-10: Rest IN, I-70#108, IN: 441pm, 80°F, Out: 448pm, 80°F
06-15-10: Gained One (1) Hour [Set Clock Back] On I-70 When Cross Into IL From IN past Terra Haute, Central Time Zone
06-15-10: Refuel & Eat; Sam's; MO., I-270#29 107 5, N Florissant Rd,( nr. Chardonniere Dr), Ferguson, MO, In: 650p, 82, Out: 730p, 82
06-15-10: Made P.O. in Berkley & BofA off I-70; Consumed 40 minutes
06-15-10: Sleep; MO, I-70#169.8, In: 916p, 74; Out: 406a, (06-16-10),71°F
06-16-10: Nap, MO, I-70#157+/-, In: 600a, 67°F, Out: 643a, 66°F, Moderato-Heavy-Rain
06-16-10: Coffee, MO, I-70#128A,Rte 63,Jefferson City, DriveThruOnly, 24Hours;Open@500a,Mac's;  Coffee 38¢, In:446a,68;Out:456a,70
06-16-10: Also Same Mac's I-70#106
06-16-10: Love's @523a, MO, I-70#101, Gas 5¢ Less Than Sam's In Ferguson
06-16-10: Rest Area, MO, I-70#57.8; Good Stop, OK.
06-16-10: Note:Kansas City Limits, MO., I-70#15 @ 538a; Once Stop & Go Traffic BumperToBumper,50mph Then 60-65mph; #10:Stop/Go
06-16-10: Note: Topeka & Kansas City, I-70, Lotsa Turns, Pay Attention To Signs And Route Numbers
06-16-10: Topeka Travel Plaza, I-70#196+/-, KS Tpk, In: 731a, 73, Out: 805a, 73F, Eat, Bathroom
06-16-10: Topeka @ 810a, 78F, Traffic Moderate @ 65-70mph
06-16-10: Snooze, Rest Area, I-70#224+/-, In: 1009a, 77f, Out: 1039a, 77F
06-16-10: Refuel: Casey's, Ellis, KS, I-70#145, In: 1145a, 84°F, Out: 1203a, 83°F
06-16-10: RefuelingNearKansasBorder:Goodland,KS, I-70#17, Valero=Cheapest @ 2.15,Phillips @ 2.16,Conoco @2.18. WalMart & Mac's
06-16-10: Rest Stop; Eat @ I-70#132+/-, In: 1211p, 84°F, Out: 1227p, 84°F
06-16-10: Refuel Goodland KS @ Phillips, I-70#17; In: 206p, 83°F, Out: 221, 83°F
06-16-10: Refuel: Diamnd Shamrock, CO., 11769 Hwy 24 & Meriden Rd, Rte 24 , 15, Before Colorado Springs , In:315p, 83F; Out:330p 83.
06-16-10: Rest Stop, CO. I-25#18. Eat. In:537p, 84F, Out: 701p, 81F; Snooze To Kill 1 Hr For BofA Deposit @ 800p, Near Raton, NM.
06-16-10: Stopped: Wal-Mart, CO, I-25#11 For 'Donuts'. In: 713p 81F; Out: 723p, 80F
06-16-10: B of A Deposit In Raton/Clayton, N.M., I-25#451, In: 757p, 77F; Out: 806p, 77F & Stopped @ Big K For Ice.
06-11-10: Note:Full Service Rest Area near Santa Fe: I-25#266/267, Closer To Albuquerque!
06-17-10: Sleep, Rest Area: N.M. I-25#325.8, In: 958p 75°F, Out: 352a(06-17-10) 51°F
06-17-10: Note: New Mexico I-25 Rest Areas: Miles 376.3, 361, 325.8 All Seem Acceptable
06-17-09: Coffee At Mac's At Turn Off To Sam's; Brush Teeth & Wash Face (No Shave) In: 530a, 60°F , Out: 555a, 60°F .
06-17-10: Sam's N.M. I-25#228, 1421 N. Renaissance Blvd, NE, Off: Montaco, Off: Culture To Renaissance
06-17-09: Refuel: Sam's, 1421 N. Renaissance NB, 87107, Albuquerque, I-25#228, In: 600a, 68, Out: 616a,69; Gas Open: 600a-1100p
06-17-09: Rest Stop, N.M., I-10#61+/-, In: 936a, 79°F, Out: 1013a, 79°F, Just West Of Demming On I-10
06-17-09: Demming @929a, Tucson City Limits, I-10#278 @1105a; Prince & I-10 @ 1125p
06-17-09: Arrive: Tucson, Limberlost @ 1135a, 98F
10-23-09: Lv: Office @ 505a ,47° ,Friday; Tpk:@ 5325515a, 47°; Late Start, Leave By 5:00 am
10-23-09: Coffee @ Mac's, I-90@84+\-,//Framingham Plz, wb , In: 559a, 44°, Out: 609a ,45° BringInExtraCupf Friday,Traffic Lite-Moderate,Temp: 45°F
10-23-09: Hartford @ 650a, Traffic Heavy, Moving Moderate, Very Small Delay, Moved Thru OK.Temp: 49°F
10-23-09: ☞RamapoServicePlaza, I-87#334,5NY Thruway,Good Stop,Rest,Sleep Area, Nr When On Thruway, In: 841a,48°F,Out: 914a,49°F
10-23-09: ☞Stopped @ Borders, Flemington NJ, Rte 202 For A Break & Nap, In: 1017, 58, Out 1035a, 58.
10-23-09: Refuel&Eat: Quick Check Food ; Corner: Rte 31&579, Lumberville, Harbourton Rd, N. J. Gas Much Less In NJ. In:1050p, 68, Out: 1110, 60
10-23-09: Arrive Yardley, Iron Horse Dr @ 1215 pm, 60°F. with stop at Sovereign Bank
10-27-09: Lv: Yardley, Tuesday @452 am 49°F, PA Tpk @ 509 am, 49°F
10-27-09: Snooze, I-76#259, PA Tpk,  In: 636a, 49°,  Out: 739a, 51°,  Snooze, Moderate Rain
10-27-09: Snooze, I-76#112.4, PA Tpk,  In: 953, 52°; Out: 1003a , 52°
10-27-09: Rest, Refresh, Snooze, Eat, I-70#163, OH, In: 1236p, 59°, Out: 121p, 59°
10-27-09: Refuel & Eat; Sam's, OH, I-70#91B; In: 226p, 62, Out 258p, 64°F, & Mac's For Coffee And Bathroom.
10-27-09: Fuel @ Pilot wb, I-70#78; Gas 1¢ Less Than Sam's, Pilot On West Side Of Town+/-13 Miles
10-27-09: Gained One (1) Hour [Set Clock Back] On I-70 When Cross Into IL From IN past Terra Haute, Central Time Zone
10-27-09: Rest Area, Bathroom, IL, I-70#86+/-, In: 731p, 53°F,  Out: 742p, 55°F , Rain Moderate
10-27-09: Refuel: Wal-Mart, IL, I-70#61, Vandalia, In: 812p, 53°, Out: 819p, 53°
10-27-09: Rest Area, Eat, Snooze: MO, I-70#111.4+/-, In: 1110p, 52°; Out: 1247a, (10-28-09),54°; Moderate Rain
10-28-09: Rest Area, MO., I-70#61.8, In 1311a, 51°; Out: 239p, 52°, Snooze
10-28-09: Sleep, Rest Area, MO. I-70#50°???; In: 250a, 50°, Out: 645a, 48°.
10-28-09: Refuel; Joplin, MO, In Town, & Coffee At Mac's, Refuel x-cross From Mac's @ Conoco, In:735a, 50°, Out: 800a,50°
10-28-09: Rest Stop, Eat, Snooze, MO., I-70#10.5, In: 126p, 67°, Out: 212p, 67°
10-28-09: Refuel Sam's Club, TX, I-70#71, Amarillo, Ross-Ossage Rd, In: 358p, 69°, Out: 409p, 73°.
10-28-09: ☞ Rest, Eat; Super Excellent Sleeping, Large Separation, N.M. Just After Clovis, Rte 70#430, In:500pMST, 47°; Out: 515, 47°
10-28-09: ☞Sleep; White Sands Missle Range Mucsum(Half Way Up Hill (West Bound) N.M. I-70#???; In: 952p34°, Out: 525a, 39°.
10-29-09: Refuel Sam's Club, Las Cruces, 2711 N Telshor Blvd, In: 600a 37°, Out: 608a, 37°. Opens @ 600 am
10-29-09: Coffee @ Mac's: Lohman Ave, Las Cruces. In: 617a, 38°, Out: 626a 38°.
10-29-09: Arrive Limberlost: 921a, 50°
10-31-08: Lv: Office @ 505a ,42° ,Friday; Tpk:@ 510a, 35°
10-31-08: Coffee @ Mac's, I-90@84+\-, In: 550a, 28°, Out: 605a ,28° Bring In Extra Cupf Friday, Traffic Lite-Moderate, Temp: 28°F
10-31-08: Hartford @ 650a, Traffic Heavy, Moving Moderate, Very Small Delay, Moved Thru OK.Temp: 35°F
10-31-08: Rest, Eat, Snooze: NY, I-84#55, In: 758a, 31°F , Out: 900a, 31°F

05-27-10: Leave Prospect Av . 711p, 95°;Ruthruff/I-10 : 724p; 95°
05-27-10: I-17#2681/Dugas/Orme, Stop To Eat; In: 1000p; Out: 1020p, 68°
05-27-10: Rest/Sleep Pulliam Arpt; Pulliam Dr, I-17#337, Rte 89A,Temp: 50 F, Chilly; In: 1119p, Out: 416a, 48°(10-28-10)
05-28-10: Refuel Maverick, Flagstaff; Rte 89; In:432a, Out: 505a; Buy Coffee Refill,Txt Msg, 44°
05-28-10: Kayenta, Holiday Inn, Rte 160/163;In: 722a; 69°, Out;742a,70°, Bathroom, Eat
05-28-10: Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles Before Bluff; If Right Full; Go Left; In:948aMDST, Out:1040aMDST, 73°
05-28-10: No Sleep; Devil's Canyon Campground in Utah; Passed it at 1048a
05-28-10: Maverick, Moab, Ut. Rte 191 For Softserve, In: 1150a, 86C,Out: 1158a, 86 69°
05-28-10: Snooze, Under Interstate Bridge; West Water Exit, I-70, In: 106, 90°, Out: 124p 90°
05-28-10: Mesa Mall, G.J. For Truck Reregistration; In: 155p, 94, Out: 206, 95.
05-28-10: Refuel: Sam's, G.J. @212p MDST, 95°, Out: 219p, 92°
05-28-10: Mail Suite Drop/Mail Suite #202 North Av, In Grd Jct @ 232p,94, North Av. at: In:232p, 94°, Out: 239p,94°; w/ Melody; Owner
05-28-10: Rest, Eat, Phone, Nap: Grizzly Creek, Glenwood Springs Area, I-70#121; In: 406p, 88°, Out: 506p,88°
05-28-10: Highway Conditions: I-70#187+/-, Snow beside road, Road Clear, Snow On Mountain at Vail @ 625pm.
05-28-10: Road Conditions: Clean, Dry; Note: May 28th, Last Of May
05-28-10: Road Conditions: Denver; I-70#260, Colo sprgs @ 708pm, 82°, Traffic Light, Moving @65-70 mph
05-28-10: Sleep, Wash Up, Shave, HP Room: Wiggins/Goodrich Exit; I-76#66A In: 825pm; 81°,Out: 447a (05-29-10) 62°
05-29-10: Coffee Break, Sterling @ McDonald's In Town, Refuel In Town; In: 541am, 62°, Out: 600an, 63° Open At 5:00 am
05-29-10: Refuel: Sterling, Main St, CO, I-76#125; In: 605a, 65° Out: 615a ,65°,??Note: Gas @ Wal-Mart on Main St
05-29-10: Rest Stop, Snooze; NE, I-80#270; In: 1024a, 82; Out:1046a,82
05-29-10: Rest Stop, Snooze; NE, I-80#317+/-; In: 1157a, 86; Out:1228p, 86
05-29-10: Refuel: Wal Mart/Sam's, I-80IA#3,Manawa Dr(Lake Manawa)/ So Expressway, Council Bluff, IA, In: 159p, 88°, Out: 215p, 33°
05-29-10: Rest, Eat: IA, Welcome Ctr, I-80#19; In: 220p, 36°, Out:302p, 40°, Spoke With East
05-29-10: Rest; IA, I-80#180, In: 444p, 88°, Out: 502p,89°
05-29-10: Refuel: Flying J; IA, I-80#292; In: 635p, Temp:88° Out 659p, Temp: 89°
05-29-10: Note: → → → Best Sleepable: IL, I-80#117, Trucks In Front, Cars Way In Rear, Close To Chicago
05-29-10: Sleep, Eat IL, I-80#117; In: 901pm, 79°, Out 436a (10-30-10), 67°
05-29-10: Thru Chicago Area @ 515a, Traffic Light; I-80#364 @ 520a, 35°; Indiana State Line @ 525a,Traffic @ 65-70 mph
05-30-10: Coffee Stop, Gary, IN, I-80, IN, #9A Grant Ave, In: 530a, 66°, Out: 545a, 66°
05-30-10: Indiana Tpk @ 615a, 35°, Traffic Very Light
05-30-10: Snooze IN Travel Plaza, First Plaza After 'All Truck Parking', IN Tpk, I-80#60+/-, w/Over Flow Parking, Parking In Rear!!!
05-30-10: Low Fuel Lite On At 569 Mile On Odometer
05-30-10: Refuel, FlyJ, OH, I-80#234B, Sharon/Hubbard Exit, In: 108p, 85°, Out: 130p, 86°; Eat & Talk w/ East
05-30-10: Rest, PA, I-80#87.2, In: 230p, 51°, Out: 310p, 52°, Good Separation
05-30-10: Note: No Rest Stop From Ohio To PA!!!
05-30-10: Refuel Sam's PA, I-81#168, In: 528p, 88°; Out: 550p, 88°; Sam's Gas Open, Till 7:00pm On Sunday; Till 9:00p Mo-Sa
05-30-10: Stop, Rest CT. For Physiological Needs;@ Rest Area Just Before Exit 28 # I-84#41.4, In: 934p, 50°, Out: 942p, 50°;
05-30-10: Arrive Longfellow Pl @ 1030p, 75°; Note: No Snooze On Last Leg!!!
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10-07-09: Leave Prospect Av . 750p, 65°; Orange Grove: 810p; 67°
10-07-09: Rest/Sleep Pulliam Arpt; Pulliam Dr, I-17#337, Rte 89A,Temp: 53 F. Chilly; In: 1155p, Out: 430a, 34°(10-07-09)
10-08-09: Refuel Maverick, Flagstaff; Rte 89; In:450a, Out: 510a; Buy Coffee Refill,Txt Msg, 35°
10-08-09: Kayenta, Holiday Inn, Rte 160/163;In: 729a; 37°, Out:740a,38°
10-08-09: Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles Before Bluff; If Right Full; Go Left; In:945aMDST, Out:1036aMDST, 48°
10-08-09: Refuel: Sam's, G.J. @200p MDST, 65°, Out: 210p, 69°
10-08-09: Mail Drop/Mail Suite #202 North Av, In Grd Jct @ 230p, North Av. at: In:230p, 65°, Out: 245p,65°; w/ Melody, Owner
10-08-09: Rest, Eat, Phone, Nap: Grizzly Creek, Glenwood Springs Area, I-70#121; In: 410p, 60°, Out: 615438p,60°
10-08-09: Highway Conditions: I-70#187+/-, Snow beside road, Road Clear, Snow On Mountain at Vail @ 625pm.
10-08-09: Road Conditions: Denver; I-70#260, Colo sprgs @ 642pm, 41°, Traffic Moderate, Moving @65-70 mph
10-08-09: Sleep, Wash Up, Shave, HP Room: Wiggins/Goodrich Exit; I-76#66A In: 747pm, 32°,Out: 440a (10-09-09) 24°
10-09-09: Coffee Break, Sterling @ McDonald's In Town, Refuel In Town; In: 541am, 18°, Out: 555a, 18° Open At 5:00 am
10-09-09: Refuel: Julesburg, Fly'g J, CO, I-76#180; In: 700a, 18° Out: 711a ,18°,??Note: Gas 10¢ Less @ Ft Morgan, Wal-Mart on I-76??
10-09-09: Refuel: Wal Mart/Sam's, I-80IA#3,Manawa Dr(Lake Manawa)/ So Expressway, Council Bluff, IA., In: 137p, 33°, Out: 200p, 33°
10-09-09: Rest, Eat: IA, Welcome Ctr, I-80#19, In: 220p, 36°, Out:302p, 40°, Spoke With East
10-09-09: Rest: IA, I-80#81, In: 354p, 41°, Out: 424p, 42°
10-09-09: Refuel: Flying J; IA, I-80#292; In: 730p, Temp:33° Out: 747p, Temp: 34°
10-09-09: Note: → → → Best Sleepable: IL., I-80#117, Trucks In Front, Cars Way In Rear, Close To Chicago
10-09-09: Sleep, Eat IL, I-80#117; In: 950pm, 36°, Out: 500a (10-10-09), 36°
10-10-09: Thru Chicago Area @ 540a, Traffic Light; I-80#364 @ 540a, 35°, Indiana State Line @ 545a
10-10-09: Coffee Stop, Gary, IN, I-80, IN, #9A, In: 555a, 36°, Out: 605a, 37°
10-10-09: Indiana Tpk @ 615a, 35°, Traffic Very Light
10-10-09: Refuel, FlyJ, OH, I-80#234B, Sharon/Hubbard Exit, In: 112p, 50°, Out: 156p, 50°; Eat & Talk w/ East
10-10-09: Rest, PA, I-80#87.2, In: 230p, 51°, Out: 310p, 52°, Good Separation
10-10-09: Refuel Sam's PA, I-81#168, In:640p, 56°; Out: 644p, 57°; Sam's Closes 6:00pm, M-Sa; 7:00pm On Sunday
10-10-09: Stop, Rest CT. For Physiological Needs;@ Rest Area Just Before Exit 28 # I-84#41.4, In: 934p, 50°, Out: 942p, 50°.
10-10-09: Arrive Longfellow Pl @ 1135p, 52°
05-28-09: Leave Prospect Av . 805p, 90°; Orange Grove: 820p; 91°
05-29-09: Rest/Sleep Pulliam Arpt; Pulliam Dr, I-17#337, Rte 89A,Temp: 45 F. Chilly; In: 1159p, Out: 447a, 40°(05-29-09)
05-29-09: Refuel Maverick, Flagstaff; Rte 89; In:502a, Out: 532a; Buy Coffee Refill,Txt Msg, 41°
05-29-09: Kayenta @ 741a; Did Not Stop!
05-29-09: Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles before Bluff; If Right Full; Go Left; In:949aMDST, Out:1020aMDST; 73°
05-29-09: Snooze: Devil Canyon Campground, UT, Rte 191#60, In: 1108a, 67°, Out: 1137a, 67°
05-29-09: Mesa Mall, GJ, Register GMC, In: 210p, Out: 242p
05-29-09: Refuel: Sam's, G.J. @246p MDST, 83°, Out: 302p, 84°
05-29-09: Mail Drop/Mail Suite in Grd Jct @ 310p North Av. at: In:310p, 83°, Out: 316p,83°
05-29-09: Rest Grizzly Creek, Glenwood Springs Area, I-70#121; In: 440p, 81°, Out: 615p,77°, Eat & Nap
05-29-09: Highway Conditions: I-70#187+/-, Snow beside road, Road Clear, Melting at Vail @ 730pm.
05-29-09: Road Conditions: I-70#260, Colo sprgs @ 816pm, 61°, Traffic Moderate
05-29-09: Road Conditions: I-76#269B(I-70)@ 824pm, Traffic Moderate
05-29-09: Sleep, Wash Up, Shave, HP Room: I-76#66A In: 930pm, 65°,Out: 516a (05-30-09) 54°

BOS-TUS

Note: Schedule Trips So Return On Or Near Longest Day Of The Year In June

06-11-10: Lv: Office @ 511a ,60° ,Friday; Tpk:@ 514a, 58°; Late Start, Leave By 5:00 am
06-11-10: Coffee @ Mac's, I-90@84+/-,Charlton Plz, wb , In: 600a, 60°, Out: 610a ,58° BringInExtraCup! Friday,Traffic Lite-Moderate,Temp: 58°F
06-11-10: CT/. Line@630a, Traffic Moderate, 70mph.
06-11-10: Hartford @ 635a, Traffic Heavy, Moving @ 55mph, Moderate, Very Small Delay, Moved Thru OK.Temp: 63°F
06-11-10: ☞Ramapo Service Plaza, I-87#34+/- NY Thruway,Good Stop,No Sleep,Eat, Nr When On Thruway, In: 845a, 68°F, Out: 909a,68°F
06-11-10: Stopped @ Borders, Flemington NJ, Rte 202 For A Break & Nap, In: 1103, 79, Out 1134a, 53.
06-11-10: Refuel&Eat: Quick Check Food ; Corner: Rte 31&579, Lambertville, Harbourton Rd, N. J. Gas Much Less In N.J. In:1050a,68, Out: 1124a, 69
06-11-10: Arrive Yardley in town @ 1220 pm.
06-15-10: Lv: Yardley, Tuesday @446 am 68°F, PA Tpk @ 505 am, 71°F
06-15-10: Coffee, Bad Coffee From Auto Machine, PA Tpk, I-70#58.5; In: 630, 69, Out645a, 69;@ Burger King in Plaza
06-15-10: Snooze, I-76#262.7, PA Tpk, In: 636a, 65°, Out: 710a, 66°, Snooze
06-15-10: Snooze, I-76#202.5, PA Tpk, blue Mountain Plz,  In: 731a, 71°; Out: 820a , 71°  Excellent Rest Sleep Area, Lg Parking Lot
06-15-10: Rest, refresh, I-70#163, OH, In: 1211p, 80°, Out: 1214p, 80°
06-15-10: Refuel & Eat; Sam's, 1755 Hilliard-Rome Rd, Hilliard  (Comnmbus) OH, I-70#91B; In: 113p, 87, Out: 155p, 87°F
06-15-10: Rest, Bathroom, I-70#28, MO. In: 615p, 80, Out: 618p, 81.
06-15-10: Rest Area, OH, I-70#711+/-, In: 228p, 81°F, Out: 257p, 81°F
06-15-10: Rest Area,OH, I-70#144, In:?p,?9°F, Out:?p, ??°F ; Super Excellent; Cars in Back way off road & lotsa car & truck separation lotsa trees
06-15-10: Rest IN, I-70#108, IN: 441pm, 80°F, Out: 448 pm, 80°F
06-15-10: Gained Ons (1) Hour [Set Clock Back] On  I-70 When Cross Into IL From IN past Terre Haute, Central Time Zone
06-15-10: Refuel & Eat; Sam's; MO., I-270#29 10735 W. Flourisant Rd,( nr. Chardonniere Dr), Ferguson, MO, In: 650p, 82, Out: 730p, 82
06-15-10: Made P.O. in Berkley & BofA off I-70; Consumed 40 minutes
06-15-10: Sleep; MO, I-70#169.8, In: 916p, 74; Out: 406a, (06-16-10),71F
06-16-10: Nap, MO, I-70#157+/-, In: 600a, 67°F, Out: 643a, 66°F, Moderate-Heavy Rain
06-16-10: Coffee, MO, I-70#128A, Rte 63,Jefferson City, DriveThruOnly, 24Hours;Open@500a,Mac's; Coffee 38¢, In:446a,68;Out:456a,70
06-16-10: Also Same Mac's I-70#106
06-16-10: Love's @523a, MO, I-70#101, Gas 5¢ Less Than Sam's In Ferguson
06-16-10: Rest Area, MO, I-70#57.8; Good Stop, OK.
06-16-10: Note:Kansas City Limis, MO., I-70#15 @ 638a; Once Stop & Go Traffic BumperToBumper.50mph Then 60-65mph; #10:Stop/Go
06-16-10: Note: Topeka & Kansas City, I-70, Lotsa Turns, Pay Attention To Signs And Route Numbers
06-16-10: Topeka Travel Plaza, I-70#196+/-, KS Tpk, In: 731a, 73, Out: 805a, 73F, Eat, Bathroom
06-16-10: Topeka @ 810a, 78F, Traffic Moderate @ 65-70mph
06-16-10: Snooze, Rest Area, I-70#224+/-, In: 1009a, 77F, Out: 1039a, 77F
06-16-10: Refuel: Casey's, Ellis, KS, I-70#145, In: 1145a, 84°F, Out: 1203a, 83°F
06-16-10: RefuelingNearKansasBorder:Goodland,KS, I-70#17, Valero=Cheapest @ 2.15, Phillips @ 2.16,Conoco @2.18, WalMart & Mac's
06-16-10: Rest Stop: Eat @ I-70#132+/-, In: 1211p, 84°F, Out: 1227p, 84°F
06-16-10: Refuel Goodland KS @ Phillips, I-70#17; In: 206p, 83°F, Out: 221, 83°F
06-16-10: Refuel: Diamnd Shamrock, CO., 11769 Hwy 24 & Meridon Rd, Rte 24 , 15, Before Colorado Springs , In:315p, 83F; Out:330p 83.
06-16-10: Rest Stop, CO, I-25#18, Eat, In:537p, 84F, Out: 701p, 81F; Snooze To Kill 1 Hr For BofA Deposit @ 800p, Near Raton, NM.
06-16-10: Stopped: Wal-Mart, CO, I-25#11 For 'Donuts'. In: 713p 81F; Out: 723p, 80F
06-16-10: B of A Deposit in Raton/Clayton, N.M., I-25#451, In: 757p, 77F; Out: 806p, 77F & Stopped @ Big K For Ice.
06-11-10: Note:Full Service Rest Area near Santa Fe; I-25#266/267, Closer To Albuquerque!
06-17-10: Sleep, Rest Area: N.M. I-25#325.8, In: 958p 75°F, Out: 352a(06-17-10) 51°F
06-17-10: Note: New Mexico I-25 Rest Areas: Mille: 376.3, 361, 325.8 All Seem Acceptable
06-17-09: Coffee At Mac's At Turn Off To Sam's; Brush Teeth & Wash Face (No Shave) In: 530a, 60°F , Out: 555a, 60°F .
06-17-10: Sam's N.M. I-25#228, 1421 N. Renaissance Blvd, NE, Off: Montano, Off: Culture To Renaissance
06-17-09: Refuel: Sam's, 1421 N. Renaissance NE, 87107, Albuquerque, I-25#228, In: 600a, 68, Out: 616a,69; Gas Open: 600a-1100p
06-17-09: Rest Stop; N.M., I-10#61+/-, In: 936a, 79°F, Out: 1013a, 79°F, Just West Of Demming On I-10
06-17-09: Demming @929a, Tucson City Limits, I-10#278 @1105a; Prince & I-10 @ 1125p
06-17-09: Arrive: Tucson, Limberlost @ 1135a, 98F
10-23-09: Lv: Office @ 505a ,47° ,Friday; Tpk:@ 5325515a, 47°; Late Start, Leave By 5:00 am
10-23-09: Coffee @ Mac's, I-90@84+ +//Framingham Plz, wb , In: 559a, 44°, Out: 609a ,45° BringInExtra Cup! Friday,Traffic Lite-Moderate,Temp: 45°F
10-23-09: Hartford @ 650a, Traffic Heavy, Moving Moderate, Very Small Delay, Moved Thru OK.Temp: 49°F
10-23-09: ☞RamapoServicePlaza, I-87#334.5NY Thruway,Good Stop,Rest,Sleep Area, Nr When On Thruway, In: 841a,48°F,Out: 914a,49°F
10-23-09: ☞Stopped @ Borders, Flemington NJ, Rte 202 For A Break & Nap, In: 1017, 58, Out 1035a, 58.
10-23-09: Refuel&Eat: Quick Check Food ; Corner: Rte 31&579, Lambertville, Harbourton Rd, N. J. Gas Much Less In N.J. In:1050p, 68, Out: 1110, 60
10-23-09: Arrive Yardley, Iron Horse Dr @ 1215 pm, 60°F, with stop at Sovereign Bank
10-27-09: Lv: Yardley, Tuesday @452 am 49°F, PA Tpk @ 509 am, 49°F
10-27-09: Snooze, I-76#259, PA Tpk, In: 636a, 49°, Out: 739a, 51°,  Snooze, Moderate Rain
10-27-09: Snooze, I-76#112.4, PA Tpk,  In: 953, 52°; Out: 1003a , 52°
10-27-09: Rest, Refresh, Snooze, Eat, I-70#163, OH, In: 1236p, 59°, Out: 121p, 59°
10-27-09: Refuel & Eat; Sam's, OH, I-70#91B; In: 226p, 62, Out: 258p, 64°F, & Mac's For Coffee And Bathroom.
10-27-09: Fuel @ Pilot wb, I-70#78; Gas 1¢ Less Than Sam's. Pilot On West Side Of Town+/- 13 Miles
10-27-09: Gained One (1) Hour [Set Clock Back] On I-70 When Cross Into IL From IN past Terre Haute, Central Time Zone
10-27-09: Rest Area, Bathroom, IL, I-70#86+/-, In: 731p, 53.°F, Out: 742p, 55°F , Rain Moderate
10-27-09: Refuel: Wal-Mart, IL, I-70#61, Vandalia, In: 812p, 53°, Out: 819p, 53°
10-27-09: Rest Area, Eat, Snooze, MO, I-70#111.4+/-, In: 1110p, 52°; Out: 1247a, (10-28-09),54°; Moderate Rain
10-28-09: Rest Area, MO., I-70#61.8, In: 1311a, 51°; Out: 239p, 52°, Snooze
10-28-09: Sleep, Rest Area, MO. I-70#50°???; In: 250a, 50°, Out: 645a, 48°.
10-28-09: Refuel; Joplin, MO. In Town, & Coffee At Mac's, Refuel x-cross From Mac's @ Conoco, In:735a, 50°, Out: 800a,50°
10-28-09: Rest Stop, Eat, Snooze, MO., I-70#10.5, In: 126p, 67°, Out: 212p, 67°
10-28-09: Refuel Sam's Club, TX, I-70#71, Amarillo, Ross-Ossage Rd, In: 358p, 69°, Out: 409p, 73°.
10-28-09: ☞ Rest, Eat; Super Excellent Sleeping, Large Separation, N.M. Just After Clovis, Rte 70#430, In500pMST, 47°; Out: 515, 47°
10-28-09: ☞Sleep; White Sands Missle Range Muesum(Half Way Up Hill (West Bound) N.M. I-70#???, In: 952p34°, Out: 525a, 39°.
10-29-09: Refuel Sam's Club, Las Cruces, 2711 N Telshor Blvd, In: 600a 37°, Out: 608a, 37°. Opens @ 600 am
10-29-09: Coffee @ Mac's; Lohman Ave, Las Cruces, In: 617a, 38°, Out: 626a 38°.
10-29-09: Arrive Limberlost; 921a, 50°
10-31-08: Lv: Office @ 505a ,42° ,Friday; Tpk:@ 510a, 35°
10-31-08: Coffee @ Mac's, I-90@84+/-, In: 550a, 28°, Out: 605a ,28° Bring In Extra Cup! Friday, Traffic Lite-Moderate, Temp: 28°F
10-31-08: Hartford @ 650a, Traffic Heavy, Moving Moderate, Very Small Delay, Moved Thru OK.Temp: 35°F
10-31-08: Rest, Eat, Snooze: NY, I-84#55, In: 758a, 31°F , Out: 900a, 31°F

**TUS-BOS**

05-27-10: Leave Prospect Av . 711p, 95°; Ruthruff/I-10 ; 724p; 95°
05-27-10: I-17#2681/Dugas/Orme, Stop To Eat; In: 1000p; Out: 1020p, 68°
05-27-10: Rest/Sleep Pulliam Arpt; Pulliam Dr, I-17#337, Rte 89A, Temp: 50 F. Chilly; In: 1119p, Out: 416a, 48°(10-28-10)
05-28-10: Refuel Maverick, Flagstaff; Rte 89; In:432a, Out: 505a; Buy Coffee Refill,Txt Msg, 44°
05-28-10: Kayenta, Holiday Inn, Rte 160/163; In: 722a; 69°, Out:742a,70°, Bathroom, Eat
05-28-10: Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles Before Bluff, If Right Pull; Go Left; In:948aMDST, Out:1040aMDST, 73°
05-28-10: No Sleep: Devil's Canyon Campground In Utah; Passed It at 1048a
05-28-10: Maverick, Moab, Ut. Rte 191 For Softserve, In: 1150a, 86C,Out: 1158a, 86 69°
05-28-10: Snooze, Under Interstate Bridge; West Water Exit, I-70, In: 106, 90°, Out: 124p 90°
05-28-10: Mesa Mall, G.J. For Truck Reregistration; In: 155p, 94, Out: 206, 95.
05-28-10: Refuel: Sam's, G.J. @212p MDST, 95°, Out: 219p, 92°
05-28-10: Mail Suite Drop/Mail Suite #202 North Av, in Grd Jct @ 232p,94, North Av. at: In:232p, 94°, Out: 239p,94°; w/ Melody, Owner
05-28-10: Rest, Eat, Phone, Nap: Grizzly Creek, Glenwood Springs Area, I-70#121; In: 406p, 88°, Out: 506p,88°
05-28-10: Highway Conditions: I-70#187+/-, Snow beside road, Road Clear, Snow On Mountain at Vail @ 625pm.
05-28-10: Road Conditions: Clean, Dry; Note: May 28th, Last Of May
05-28-10: Road Conditions: Denver, I-70#260, Colo sprgs @ 708pm, 82°, Traffic Light, Moving @65-70 mph
05-28-10: Sleep, Wash Up, Shave, HP Room: Wiggins/Goodrich Exit; I-76#66A In: 825pm, 81°,Out: 447a (05-29-10) 62°
05-29-10: Coffee Break, Sterling @ McDonald's In Town, Refuel In Town; In: 541am, 62°, Out: 600a, 63° Open At 5:00 nm
05-29-10: Refuel: Sterling, Main St, CO, I-76#125; In: 605a, 65° Out: 615a ,65°,??Note: Gas @ Wal-Mart on Main St
05-29-10: Rest Stop, Snooze; NE, I-80#270; In: 1024a, 82; Out:1046a,82
05-29-10: Rest Stop, Snooze; NE, I-80#317+/-; In: 1157a, 86; Out:1228p, 86
05-29-10: Refuel: Wal Mart/Sam's, I-80IA#3,Manawa Dr(Lake Manawa)/ So Expressway, Council Bluff, IA., In: 159p, 88°, Out: 215p, 33°
05-29-10: Rest, Eat: IA, Welcome Ctr, I-80#19, In: 220p, 36°, Out:302p, 40°, Spoke With East
05-29-10: Rest: IA, I-80#180, In: 444p, 88°, Out: 502p, 89°
05-29-10: Refuel: Flying J; IA, I-80#292; In: 635p, Temp:88° Out: 659p, Temp: 89°
05-29-10: Note: → → → Best Sleepable: IL., I-80#117, Trucks In Front, Cars Way In Rear, Close To Chicago
05-29-10: Sleep, Eat IL, I-80#117; In: 901pm, 79°, Out: 436a (10-30-10), 67°
05-29-10: Thru Chicago Area @ 515a, Traffic Light; I-80#364 @ 520a, 35°; Indiana State Line @ 525a,Traffic @ 65-70 mph
05-30-10: Coffee Stop, Gary, IN, I-80, IN, #9A Grant Ave, In: 530a, 66°, Out: 545a, 66°
05-30-10: Indiana Tpk @ 615a, 35°, Traffic Very Light
05-30-10: Snooze IN Travel Plaza, First Plaza After 'All Truck Parking', IN Tpk, I-80#60+/-, w/Over Flow Parking, Parking In Rear!!!
05-30-10: Low Fuel Lite On At 569 Mile On Odometer
05-30-10: Refuel, FlyJ, OH, I-80#234B, Sharon/Hubbard Exit, In: 108p, 85°, Out: 130p, 86°; Eat & Talk w/ East
05-30-10: Rest, PA, I-80#87.2; In: 230p, 51°, Out: 310p, 52°, Good Separation
05-30-10: Note: No Rest Stop From Ohio To PA!!
05-30-10: Refuel Sam's PA, I-81#168, In: 528p, 88°; Out: 550p, 88°; Sam's Gas Open, Till 7:00pm On Sunday; Till 9:00p Mo-Sa
05-30-10: Stop, Rest CT, For Physiological Needs:@ Rest Area Just Before Exit 28 # I-84#41.4, In: 934p, 50°, Out: 942p, 50°.
05-30-10: Arrive Longfellow Pl @ 1030p, 75°; Note: No Snooze On Last Leg!!!
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10-07-09: Leave Prospect Av . 750p, 65°; Orange Grove: 810p; 67°
10-07-09: Rest/Sleep Pulliam Arpt; Pulliam Dr, I-17#337, Rte 89A, Temp: 33 F. Chilly; In: 1155p, Out: 430a, 34°(10-07-09)
10-08-09: Refuel Maverick, Flagstaff; Rte 89; In:450a, Out: 510a; Buy Coffee Refill,Txt Msg, 35°
10-08-09: Kayenta, Holiday Inn, Rte 160/163; In: 729a; 37°, Out:740a,38°
10-08-09: Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles Before Bluff, If Right Pull; Go Left; In:945aMDST, Out:1036aMDST, 48°
10-08-09: Refuel: Sam's, G.J. @200p MDST, 65°, Out: 210p, 69°
10-08-09: Mail Drop/Mail Suite #202 North Av, in Grd Jct @ 230p, North Av. at: In:230p, 65°, Out: 245p,65°; w/ Melody, Owner
10-08-09: Rest, Eat, Phone, Nap: Grizzly Creek, Glenwood Springs Area, I-70#121; In: 410p, 60°, Out: 615s43p,60°
10-08-09: Highway Conditions: I-70#187+/-, Snow beside road, Road Clear, Snow On Mountain at Vail @ 625pm.
10-08-09: Road Conditions: Denver, I-70#260, Colo sprgs @ 642pm, 41°, Traffic Moderate, Moving @65-70 mph
10-08-09: Sleep, Wash Up, Shave, HP Room: Wiggins/Goodrich Exit; I-76#66A In: 747pm, 32°,Out: 440a (10-09-09) 24°
10-09-09: Coffee Break, Sterling @ McDonald's In Town, Refuel In Town; In: 541am, 18°, Out: 555a, 18° Open At 5:00 am
10-09-09: Refuel: Julesburg, Fly'g J, CO, I-76#180; In: 700a, 18° Out: 711a ,18°, Note: Gas 10¢ Less @ Ft Morgan, Wal-Mart on I-7677
10-09-09: Refuel: Wal Mart/Sam's, I-80IA#3,Manawa Dr(Lake Manawa)/ So Expressway, Council Bluff, IA., In: 137p, 33°, Out: 200p, 33°
10-09-09: Rest, Eat: IA, Welcome Ctr, I-80#19, In: 220p, 36°, Out:302p, 40°, Spoke With East
10-09-09: Rest: IA, I-80#81, In: 354p, 41°, Out: 424p, 42°
10-09-09: Refuel: Flying J; IA, I-80#292; In: 730p, Temp:33° Out: 747p, Temp: 34°
10-09-09: Note: → → → Best Sleepable: IL., I-80#117, Trucks In Front, Cars Way In Rear, Close To Chicago
10-09-09: Sleep, Eat IL, I-80#117; In: 950pm, 36°, Out: 500a (10-10-09), 36°
10-10-09: Thru Chicago Area @ 540a, Traffic Light; I-80#364 @ 540a, 35°; Indiana State Line @ 545a
10-10-09: Coffee Stop, Gary, IN, I-80, IN, #9A, In: 555a, 36°, Out: 605a, 37°
10-10-09: Indiana Tpk @ 615a, 35°, Traffic Very Light
10-10-09: Refuel, FlyJ, OH, I-80#234B, Sharon/Hubbard Exit, In: 112p, 50°, Out: 156p, 50°; Eat & Talk w/ East
10-10-09: Rest, PA, I-80#87.2, In: 230p, 51°, Out: 310p, 52°, Good Separation
10-10-09: Refuel Sam's PA, I-81#168, In: 640p, 56°; Out: 644p, 57°; Sam's Closes 6:00pm, M-Sa; 7:00pm On Sunday
10-10-09: Stop, Rest CT, For Physiological Needs:@ Rest Area Just Before Exit 28 # I-84#41.4, In: 934p, 50°, Out: 942p, 50°.
10-10-09: Arrive Longfellow Pl @ 1135p, 52°
05-28-09: Leave Prospect Av . 805p, 90°; Orange Grove: 820p; 91°
05-28-09: Rest/Sleep Pulliam Arpt; Pulliam Dr, I-17#337, Rte 89A, Temp: 45 F. Chilly; In: 1159p, Out: 447a, 40°(05-29-09)
05-29-09: Refuel Maverick, Flagstaff, Rte 89; In:502a, Out: 532a; Buy Coffee Refill,Txt Msg, 41°
05-29-09: Kayenta @ 741a; Did Not Stop!
05-29-09: Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles Before Bluff, If Right Pull; Go Left; In:949aMDST, Out:1020aMDST, 73°
05-29-09: Snooze: Devil Canyon Campground, UT, Rte 191#60, In: 1108a, 67°, Out: 1137a, 67°
05-29-09: Mesa Mall, GJ, Register GMC, In:210p, Out: 242p
05-29-09: Refuel: Sam's, G.J. @246p MDST, 83°, Out: 302p, 84°
05-29-09: Mail Drop/Mail Suite in Grd Jct @ 310p North Av. at: In:310p, 83°, Out: 316p,83°
05-29-09: Rest Grizzly Creek, Glenwood Springs Area, I-70#121; In: 440p, 81°, Out: 615p,77°, Eat & Nap
05-29-09: Highway Conditions: I-70#187+/-, Snow beside road, Road Clear, Melting at Vail @ 730pm.
05-29-09: Road Conditions: I-70#260, Colo sprgs @ 816pm, 61°, Traffic Moderate
05-29-09: Road Conditions: I-76#269B(I-70)@ 824pm, Traffic Moderate
05-29-09: Sleep, Wash Up, Shave, HP Room: I-76#66A In: 930pm, 65°,Out: 316a (05-30-09) 54°

05-29-09; Note: → → → Refuel: Sterling, I-76#125, In Town, Gas Less & McDonald's In Town
05-29-09; Coffee Break, Sterling @ McDonald's In Town, Refuel In Town; In: 611am, 52°, Out: 622a, 52°
05-30-09; Refuel: Julesburg, Flying J, CO, I-76#180; In: 717a, 61° Out: 741a,61°, ??Note: Gas 10¢ Less @ Ft Morgan, Wal-Mart on I-76??
05-30-09; Note: → → → Refuel: Sterling, I-76#125, In Town, Gas Less & McDonald's In Town
05-30-09; Rest: I-80#380, NE, In: 1234p, 86°, Out:100p, 86°
05-30-09; Refuel: Wal Mart/Sam's, I-80, IA,#3, Manawa Dr(Lake Manawa)/ So Expressway, Council Bluff, IA., In: 211p, 87°, Out: 239p, 85°
05-30-09; Rest: IA, I-80#81, In: 338p, 81°, Out: 414p, 82°
05-30-09; Rest, Eat, IA, I-80#180, In:537p, 79°, Out: 610p,85°
05-30-09; Refuel: FlyingJ;IA, I-80#292; In: 744p, Temp:74° Out: 759p, Temp: 74°
05-30-09; Detour: I-80 Road EB Bridge In Repair & Blocked! Took Detour via I-280 To Illinois
05-30-09; Rest, Sleep, IL,I-80#51.8, In: 900p, 70°, Out: (05-31-09) 430a, 49°
05-30-09; Note: → → → Best Sleepable; IL., I-80#117, Trucks In Front, Cars Way In Rear, Close To Chicago.
05-31-09; Thru Chicago Area @ 615a, Traffic Light
05-31-09; Rest OH, I-80#49, In:1024a, 60°, Out:1111a, 60°
05-31-09; Refuel, FlyJ, OH, I-80#234B, Sharon/Hubbard Exit, In: 134p, 64°, Out: 229p, 72°
05-31-09; Rest, PA, I-80#146, In: 441p, 68°, Out: 513p, 68°
05-31-09; Refuel & Eat: Sheetz, PA, I-81#168; In: 714p, 67°; Out: 745p, 67° Across From Sam's Club. Sam Closes @ 6:00p700p On Sunday
05-31-09; Rest, Nap, CT, I-84#41.4, Just After Exit 28, Cheshire, In: 1038p, 54°, Out: (06-01-09) 200a, 51°
06-01-09; Arrive: Longfellow Pl, 356a, 52°
10-16-08; Leave Prospect Av . 753p; Orange Grove: 806p; 72°
10-16-08; Rest/Sleep: Orme Rd/Dumas I-17#268N; Temp 58; In: 1038p(10-16-08), Out: 1158p, Temp 58
10-17-08; Rest/Sleep Pulliam Arpt; I-17#337, Temp: 32 F, Chilly; In: 102a, Out: 447a, 29°
10-17-08; Refuel Maverick, Flagstaff, Rte 89; In:502a, Out: 530a; Buy Coffee Refill,Txt Msg, 31°
10-17-08; Kayenta @ 741a; Did Not Stop!
10-17-08; Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles before Bluff; If Right Full; Go Left; In:944aMDST, Out:1010aMDST, 46°
10-17-08; Snooze; Devil Canyon Campground, UT, Rte 191#60, In: 1057a, 61°, Out: 1130a, 62°
10-17-08; Refuel: Sam's, G.J, @219p MDST, 74°, Out: 230p, 74°
10-17-08; Mail Drop In Grd Jct @ 202 North Av, at: In:245p, 74°, Out 300p,74°
10-17-08; Enstroms Candy @ 310p Out: 330p
10-17-08; Rest Grizzly Creek, Glenwood Springs Area, I-70#121; In: 425p, No Stop, Just For Info!
10-17-08; At 530p I-70 Road Conditions: I-70, #184-188, Light Snow In Woods; Vail Pass: Very Light Snow On Peaks, ROAD DRY, 45°
10-17-08; Denver @ 634p, I-70#260, Colo Sprgs @ 634p, 53°, Traffic Heavy To Moderate. Moving Fast@ 65 mph!
10-17-08; Denver @ 640p, I-70#266:...I-76 @ 646p Stop & Go Traffic For 1-2 miles, 65°, Traffic Extra Heavy, Congestion, Rush Hours!
10-17-08; Sleep, Wash, Shave; Rest Area, I-76#66A; Eat, Sleep, Very Quiet, Not Many Vehicles, In: 742p, 53°, Out: 230a, 44°.
10-18-08; Sleep, Rest, CO, I-76#180 Julesburg @ Rest Area In: 409a, 41°; Out: 540a 42°
10-18-08; Refuel: Julesburg, Flying J, CO, I-76#180; In: 543a,41° Out: 559a ,41°, ??Note: Gas 10¢ Less @ Ft Morgan, Wal-Mart on I-76??
10-18-08; Snooze: NE, I-80#315.Rest Area, In; 1022a, 51°; Out: 1100a, 50°, 'crisp!'
10-18-08; Note: Signs On Median & Side Of Road just before mile exit I-80#322 on Saturday: "Drug Check" "Dog In Use", @ 11:10a
10-18-08; Refuel Exit 3, I-80; Wal Mart Located There!
10-18-08; Note: → → → T/A Truck Stop, Council Bluffs @ I-80 Exit #3
10-18-08; Refuel:Phillips,I-80#3,IA, Lake Manawa State Park Exit# 3(DON'T GO TO EXIT# 4),In:100p, 57°,Out:120p,58°, No Exit#3 Sign!
10-18-08; Rest, Snooze, & Eat, IA, I-80#180, In: 346p, 58°; Out: 435p, 58°
10-18-08; Refuel: FlyingJ;IA, I-80#292; In: 614p, Temp:56° Out: 640p, Temp: 56°
10-18-08; Recommend: Sleep; IL, I-80#117, Excellent Sleep Area; Large Separation From Trucks
10-18-08; Rest, Snooze, IN, I-80#123, In: 1156pm 41°; Out: 1220a, 41° (10-19-08)
10-18-08; IN Tpk, I-Zoom/EZ Pass Accepted
10-18-08; Note → → → Rest Info: IN. Tpk, I-80#56; Mile 56; Rest Stop Plaza Has Extra Parking In Back Side! ← ← ←
10-19-08; Snooze: Rest Plaza, OH, I-80#07, In:213a 45°, Out:445a +/-, Dead Battery Problem To Solve On Sunday, Got 'AAA Jump'
10-19-08; Refuel > Driving To Sandusky, OH, Wal-Mart Rte: 250, Re: Battery Replacement, Refuel: In:700a, 39°
10-19-08; Left: Wal-Mart @ 1000a, 57°, Lost 6 Hours Due To Battery Replacement! Attempted To Leave OH Tpk Rest Area @ 400a
10-19-08; Snooze Service Plaza, OH, I-80#170, In: 1103a, 48°, Out5t: 1201p, 48°
10-19-08; Snooze; PA, I-80#194, In: 348p, 54°, Out: 419p, 54°
10-19-08; Refuel: Sam's Club (On Sunday, Open Till 700p), Wilkes-Barre, PA, I-81#168, In: 534p, 57°; Out: 550p, 57°.
10-19-08; Snooze, Rest, CT., I-84#41.4, IN: 839p, 41°, Out: 919p, 43°
10-19-08; Arrive Longfellow Place @ 1115p, 41°
05-29-08; Leave Prospect Av . 740p; Orange Grove: 757p; 86°
05-30-08; Rest/Sleep: Orme Rd/Dumas I-17#268N; Temp 57; In: 1031p(05-29-08), Out: 1115p
05-30-08; Rest Pulliam Arpt; I-17#337, Temp: 39 F, Chilly; In: 1215a, Out: 433a, 31°
05-30-08; Refuel Maverick, Flagstaff, Rte 89; In:445a, Out: 511a; Buy Coffee Refill,Txt Msg, 44°
05-30-08; Stopped; Maverick; Eat & Txt Msg @ Holiday Inn, Rte:160; In:724aMDST, Navajo Time; Out: 755a, (1 hr ahead of AZ time)56°
05-30-08; Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles before Bluff; If Right Pull; Go Left; In:1002aMDST, Out:1045aMDST, 68°
05-30-08; Note: State Police on UT, I-70#120 in median under bridge w/radar
05-30-08; Mail Drop In Grd Jct @ 202 North Av at: In:210p, 81°, Out: 215p
05-30-08; G.J. Mesa Mall @ Mesa County MVD; In:218p, 82°, Out: 320p & Eats In Truck
05-30-08; Refuel: Sam's, G.J. @219p MDST, 81°
05-30-08; Rest Grizzly Creek, Glenwood Springs Area, I-70#121; In: 454p, 75°, Out: 525p, 75°.
05-30-08; Denver Exits: I-70#260, Colo Sprgs, @ 727, 65°Traffic Lite @ 70-75mph,
05-30-08; Note: Phone Call To Philly: Stopped Exit 263, CO.,I-70; In: 731, 67°; Out: 740p, 67°
05-30-08; Note: Fairly Light Daytime @ 815p. Sun still above Horizon.
05-30-08; Sleep & Eat: CO.,I-76#66.4; In: 842p, 70°; Out: 446am, 62°, (05-31-08),
05-30-08; Note: Excellent Wash Up, Use HP Room; Warm Water, Towels, Et AL
05-31-08; Coffee Stop; 48¢, CO, I-70#89 @ Mac's
05-31-08; Refuel: Julesburg, Flying J, CO, I-76#180; In: 635a, Out: 705p ,63°, Note: Gas 10¢ Less @ Ft Morgan, Wal-Mart on I-76
05-31-08; Rest: I-80NE#90, In: 929a, 68°, Out:944a,Temp:75°
05-31-08; Rest: I-80NE#127, In: 1020a, 71°, Out:1050a,Temp:71°
05-31-08; Stop, Shop; Wal-Mart, I-80NE #237; In: 1100a, 72°, Out:1120p,Temp:72°
05-31-08; Refuel & Eat: Council Bluffs, IA, TA Truck Stop; I-80 Exit# 1B; In: 225p, 72°, Out:340p, 85°
05-31-08; Refuel Exit 3, I-80; Wal Mart Located There!
05-31-08; Note: → → → T/A Truck Stop, Council Bluffs @ I-80 Exit #3
05-31-08; Refuel: FlyingJ;IA, I-80#292; In: 713p, Temp:81° Out: 745p, Temp: 81°
05-31-08; Sleep: IL, I-80#117, In: 940p, 69° Out: 440a (06-01-08), 62°/59°; Excellent Sleep Area; Large Separation From Trucks.

05-29-09: Note: → → → Refuel: Sterling, I-76#125, In Town, Gas Less & McDonald's In Town
05-29-09: Coffee Break, Sterling @ McDonald's In Town, Refuel In Town; In: 611am, 52°, Out: 622a, 52°
05-30-09: Refuel: Julesburg, Flying J, CO, I-76#180; In: 717a, 61° Out: 741a ,61°, ??Note: Gas 10¢ Less @ Ft Morgan, Wal-Mart on I-76??
05-30-09: Note: → → → Refuel: Sterling, I-76#125, In Town, Gas Less & McDonald's In Town
05-30-09: Rest: I-80#380, NE, In: 1234p, 86°, Out:100p, 86°
05-30-09: Refuel: Wal Mart/Sam's, I-80, IA,#3,Manawa Dr(Lake Manawa)/ So Expressway, Council Bluff, IA., In: 211p, 87°, Out: 239p, 85°
05-30-09: Rest: IA, I-80#81, In: 338p, 81°, Out: 414p, 82°
05-30-09: Rest, Eat, IA, I-80#180, In:537p, 79°, Out: 610p,85°
05-30-09: Refuel: FlyingJ;IA, I-80#292; In: 744p, Temp!74° Out: 759p, Temp: 74°
05-30-09: Detour: I-80 Road EB Bridge In Repair & Blocked! Took Detour via I-280 To Illinois
05-30-09: Rest, Sleep, IL., I-80#51.8, In: 900p, 70°, Out: (05-31-09) 430a, 49°
05-30-09: Note: → → → Best Sleepable: IL., I-80#117, Trucks In Front, Cars Way In Rear, Close To Chicago.
05-31-09: Thru Chicago Area @ 615a, Traffic Light
05-31-09: Rest OH, I-80#49, In:1024a, 60°, Out:1111a, 60°
05-31-09: Refuel, FlyJ, OH, I-80#234B, Sharon/Hubbard Exit, In: 154p, 64°, Out: 229p, 72°
05-31-09: Rest, PA, I-80#146, In: 441p, 68°, Out: 513p, 68°
05-31-09: Refuel & Eat: Sheetz, PA., I-81#168; In: 714p, 67°; Out: 745p, 67° Across From Sam's Club. Sam Closes @ 6:00p700p On Sunday
05-31-09: Rest, Nap, CT, I-84#41.4, Just After Exit 28, Cheshire, In: 1038p, 54°, Out: (06-01-09) 200a, 51°
06-01-09: Arrive: Longfellow Pl, 556a, 52°
10-16-08: Leave Prospect Av . 753p; Orange Grove: 806p; 72°
10-16-08: Rest/Sleep: Orme Rd/Dumas I-17#268N; Temp 58; In: 1038p(10-16-08), Out: 1158p, Temp 58
10-17-08: Rest/Sleep Pulliam Arpt; I-17#337, Temp: 32 F. Chilly; In: 102a, Out: 447a, 29°
10-17-08: Refuel Maverick, Flagstaff, Rte 89; In:502a, Out: 530a; Buy Coffee Refill,Txt Msg, 31°
10-17-08: Kayenta @ 741a; Did Not Stop!
10-17-08: Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles before Bluff; If Right Full; Go Left; In:944aMDST, Out:1010aMDST, 46°
10-17-08: Snooze: Devil Canyon Campground, UT, Rte 191#60, In: 1057a, 61°, Out: 1130a, 62°
10-17-08: Refuel: Sam's, G.J. @219p MDST, 74°, Out: 230p, 74°
10-17-08: Mail Drop in Grd Jct @ 202 North Av. at: In:245p, 74°, Out: 300p,74°
10-17-08: Enstroms Candy @ 310p Out: 330p
10-17-08: Rest Grizzly Creek, Glenwood Springs Area, I-70#121; In: 425p, No Stop, Just For Info!
10-17-08: At 530p I-70 Road Conditions: I-70, #184-188, Light Snow In Woods; Vail Pass: Very Light Snow On Peaks, ROAD DRY, 46°
10-17-08: Denver @ 634p, I-70#260, Colo Sprgs @ 634p, 53°, Traffic Heavy To Moderate; Moving Fast@ 65 mph!
10-17-08: Denver @ 640p, I-70#266;...,I-76 @ 646p Stop & Go Traffic For 1-2 miles, 65°, Traffic Extra Heavy, Congestion, Rush Hours!
10-17-08: Sleep, Wash, Shave; Rest Area, I-76#66A; Eat, Sleep, Very Quiet, Not Many Vehicles, In: 742p, 53°, Out: 230a, 44°.
10-18-08: Sleep, Rest; CO, I-76#180 Julesburg @ Rest Area In: 409a, 41°; Out: 540a 42°
10-18-08: Refuel: Julesburg, Flying J, CO, I-76#180; In: 543a, 41° Out: 559a ,41°, ??Note: Gas 10¢ Less @ Ft Morgan, Wal-Mart on I-76??
10-18-08: Snooze: NE, I-80#315,Rest Area, In: 1022a, 51°; Out: 1100a, 50°, 'crisp!'
10-18-08: Note: Signs On Median & Side Of Road just before mile exit I-80#322 on Saturday: "Drug Check" "Dog In Use", @ 11:10a
10-18-08: Refuel Exit 3, I-80; Wal Mart Located There!
10-18-08: Note: → → T/A Truck Stop, Council Bluffs @ I-80 Exit #3
10-18-08: Refuel:Phillips,I-80#3,IA, Lake Manawa State Park Exit# 3(DON'T GO TO EXIT# 4),In:100p, 57°,Out:120p,58°. No Exit#3 Sign!
10-18-08: Rest, Snooze, & Eat, IA, I-80#180, In: 346p, 58°; Out: 435p, 58°
10-18-08: Refuel: FlyingJ;IA, I-80#292; In: 614p, Temp:56° Out: 640p, Temp: 56°
10-18-08: Recommend: Sleep: IL, I-80#117, Excellent Sleep Area; Large Separation From Trucks
10-18-08: Rest, Snooze, IN, I-80#123, In: 1156pm 41°; Out: 1220a, 41° (10-19-08)
10-18-08: IN Tpk, I-Zoom/EZ Pass Accepted
10-18-08: Note → → Rest Info: IN. Tpk, I-80#56; Mile 56; Rest Stop Plaza Has Extra Parking In Back Side! ← ← ←
10-19-08: Snooze; Rest Plaza, OH, I-80#07; In:213a 45°, Out:445a +/-, Dead Battery Problem To Solve On Sunday, Got 'AAA Jump'
10-19-08: Refuel > Driving To Sandusky, OH, Wal-Mart Rte: 250, Re: Battery Replacement, Refuel: In:700a, 39°
10-19-08: Left: Wal-Mart @ 1000a, 57°, Lost 6 Hours Due To Battery Replacement! Attempted To Leave OH Tpk Rest Area @ 400a
10-19-08: Snooze Service Plaza, OH, I-80#170, In: 1103a, 48°, Ou5t: 1201p, 48°
10-19-08: Snooze: PA, I-80#194, In: 348p, 54°, Out: 419p, 54°
10-19-08: Refuel: Sam's Club (On Sunday, Open Till 700p), Wilkes-Barre, PA, I-81#168, In: 534p, 57°; Out: 550p, 57°.
10-19-08: Snooze, Rest, CT, I-84#41.4, IN: 839p, 41°, Out: 919p, 43°
10-19-08: Arrive Longfellow Place @ 1115p, 41°
05-29-08: Leave Prospect Av . 740p; Orange Grove: 757p; 86°.
05-30-08: Rest/Sleep: Orme Rd/Dumas I-17#268N; Temp 57; In: 1031p(05-29-08), Out: 1115p
05-30-08: Rest Pulliam Arpt; I-17#337, Temp: 39 F. Chilly; In: 1215a, Out: 433a, 31°
05-30-08: Refuel Maverick, Flagstaff, Rte 89; In:445a, Out: 511a; Buy Coffee Refill,Txt Msg, 44°
05-30-08: Stopped: Kayenta: Eat & Txt Msg @ Holiday Inn, Rte:160; In:724aMDST,Navajo Time; Out: 755a, (1 hr ahead of AZ time)56°
05-30-08: Rest UT; Sand Island Boat Launch, Rte191#22 ;2 miles before Bluff; If Right Full; Go Left; In:1002aMDST, Out:1045aMDST, 68°
05-30-08: Note: State Police on UT, I-70#120 in median under bridge w/radar
05-30-08: Mail Drop in Grd Jct @ 202 North Av at: In:210p, 82°, Out: 215p
05-30-08: G.J. Mesa Mall @ Mesa County MVD; In:218p, 81°, Out: 320p & Bats In Truck
05-30-08: Refuel: Sam's, G.J. @219p MDST, 81°
05-30-08: Rest Grizzly Creek, Glenwood Springs Area, I-70#121; In: 454p, 75°, Out: 525p, 75°.
05-30-08: Denver Exits: I-70#260, Colo Sprgs, @ 727, 65° Traffic Lite @ 70-75mph.
05-30-08: Note: Phone Call To Philly: Stopped Exit 263, CO.,I-70; In: 731, 67°; Out: 740p, 67°
05-30-08: Note: Fairly Light Daytime @ 815p, Sun still above Horizon.
05-30-08: Sleep,& Eat: CO,I-76#66.4; In: 842p, 70°; Out: 446am, 62°, (05-31-08),
05-30-08: Note: Excellent Wash Up; Use HP Room; Warm Water, Towels, Et AL
05-31-08: Coffee Stop: 48¢, CO, I-70#89 @ Mac's
05-31-08: Refuel: Julesburg, Flying J, CO, I-76#180; In: 635a, Out: 705p ,63°, Note: Gas 10¢ Less @ Ft Morgan, Wal-Mart on I-76
05-31-08: Rest: I-80NE#90, In: 929a, 68°, Out:944a,Temp:75°
05-31-08: Rest: I-80NE#127, In: 1020a, 71°, Out:1050a,Temp:71°
05-31-08: Stop, Shop; Wal-Mart, I-80NB #237; In: 1100a, 72°, Out:1120p,Temp:72°
05-31-08: Refuel & Eat: Council Bluffs, IA, TA Truck Stop; I-80 Exit# 1B; In: 225p, 72°, Out:340p, 85°
05-31-08: Refuel Exit 3, I-80; Wal Mart Located There!
05-31-08: Note: → → T/A Truck Stop, Council Bluffs @ I-80 Exit #3
05-31-08: Refuel: FlyingJ;IA, I-80#292; In: 713a, T...

10-31-08: ☞ Ramapo Service Plaza, I-87#33 NY Thruway Is Good Stop, Rest, Sleep Area, Near When On Thruway
10-31-08: ☞Stopped @ Borders, Flemington NJ, Rte 202 For A Break, In: 1044, 53, Out 1114a, 53.
10-31-08: Refuel & Eat: Quick Check Food ; Corner: Rte 31 & 579 In Ringoes/ Flemington, N. J., Gas Much Less In N.J. In: 1130a, 57, Out: 1203, 57
10-31-08: ☞Info: To Langhorne; I-287>Rte 202>Rte 31>County Rd 579>Rte 1>Oxford Valley Rd.
10-31-08: Ar: Holiday Inn Express @ 1228p, Langhorne; I-95#46A & ½ mile To Oxford alley Rd
11-04-08: Lv Holiday Inn Express:@ 510a, 50°
11-04-08: Snooze, I-76#261+/-, PA Tpk, In: 641, 47°, Out: 714a, 47°, Snooze
11-04-08: Snooze, I-76#202.5, PA Tpk, In: 806, 51°; Excellent Rest Sleep Area, Lg Parking Lot.
11-04-08: Rest, Eat, Refresh; PA. I-70#1 Good Area, Some Separation, In: 1050a, 65; Out: 1120a, 66.
11-04-08: Note: Cheap Gas; OH I-70#126; Note: 13¢ less than PA Pilot Gas
11-04-08: Rest, Snooze, OH, I-70#13+/-, Decent Rest Area, Good Separation, In: 112p, 72, Out: 150p, 73
11-04-08: Refuel & Eat; Sam's, OH, I-70#91B; In: 228p, 74, Out: 258p,74
11-04-08: Snooze; IN, I-70#162+/-; In: 539p, 70; Out: 61 Ip, 70, Rest Area Excellent, Lg Separation, Way Off HiWay
11-04-08: Note: Good Rest Area; IN, I-70#64+/-, West Of Indianapolis
11-04-08: Note: One (1) Gain Entering Central Time Zone
11-04-08: Refuel & Eat; Sam's; MO., I-270#29 Florissant Ave, Ferguson, MO, In: 827p, 65, Out: 900p, 64,.
11-04-08: Sleep; MO, I-70# 167=/-, In: 1015p, 62; Out: 358a, (11-05-08), 56.
11-05-08: Coffee MO,I-70#128@435a, DriveThruOnly, 24Hours; Mac's; Coffee 38¢, In:435a, 61;Out: 443a, 61;Also Same@Mac's I-70#106
11-05-08: Note: Cheap Gas, QT, MO, I-70#128A, Jefferson City; Mac's; Coffee 38¢, In:435a, 61; Out: 443a, 61, Drive Thru
11-05-08: Note: Rest Area I-70#104, Super Rest Area, Park Way Off Road, Large Separation
11-05-08: Note: Pilot Gas, MO, I-70#101, Booneville, MO, Note: Mile: #49, Gas Goes Up 10¢
11-05-08: Note: Gas TA Truck Stop, MO, I-70#58, Gas Cheap, $1.879 Reg Unleaded, Near Kansas City
11-05-08: Note: Gas: I-70#49 & #28; QT, TA, Pilot,Et Al, Gas Cheap; $1879
11-05-08: Note: Gas; I-70#28; QT, Et Al, Gas Cheap, $1849; & WalMart & Mac's
11-05-08: Note: Kansas City, MO., I-70#24 @ 600a; Stop & Go Traffic Bumper To Bumper. When Moving: 60-65 mph
11-05-08: Note: Kansas City, MO., I-70#14 @ 625a; Once Stop & Go Traffic Bumper To Bumper, 50mph Then 60-65 mph; #10:Stop/Go
)1-05-08: Note: Topeka & Kansas City, I-70, Lotsa Turns, Pay Attention To Signs And Route Numbers
11-05-08: Rest, Physiological Needs:  Service Plaza, KS Tpk, I-70#188, In: 719a, 63,  Out: 727a, 63.
11-05-08: Rest, Sleep, Snooze, KS, I-70#224+/-, Sleep, Rest, In:934a, 66, Out: 1120a, 68.
11-05-08: Note, Note: Refuel Past St Louis so Can Refuel Past Hays, KS So Can Refuel Near CO. Border To Skip Colorado!!!
11-05-08: Refuel: Casey's Gen'l Store; Ellis, KS, I-70#145, In:1148a, 60, Out1202p, 60, Last Casey's West On I-70. Gas Cheapest In Area.
11-05-08: Refueling Near Kansas Border: Colby, KS, I-70#54:Pilot: $2.12, Best Price In Colby
11-05-08: Refueling Near Kansas Border: Colby, KS, I-70#53, Gas 2¢ More @ 24/7 Store. Good Shopping: WalMart & Mac's
11-05-08: Refueling Near Kansas Border:Goodland,KS, I-70#17,Valero=Cheapest @ 2.15,Phillips @ 2.16,Conoco @2.18, WalMart & Mac's
11-05-08: Refueling In CO Nr Border With Kansas: Calhan, Rte 24 In Town @ Loaf & Jug, $2.20, Expensive But 1¢-2¢ Less Than Pueblo
11-05-08: Note: Gas, Leaving Pueblo CO., I-25#132, Love's Fuel, On Northbound Side (My Vehicle Southbound), Gas Cheap, 10¢ Cheaper
11-05-08: Refuel: Sam's Pueblo, CO, I-25#102, In: 455p, 49, Out: 522p, 46.
11-05-08: Note: Refuel: Colorado Springs, Gas Cheaper
11-05-08: Note: New Mexico I-25 Rest Areas: Mile: 376.3, 361, 325.8 All Seem Acceptable
11-05-08: Rest Area, Eat, Snooze, Talk To Philly, New Mexico, I-25#376. In: 804p, 32, Out: 935p, 31.
11-05-08: Sleep; NM, I-25#326, In: 1022p 30, Out: 311p (11-06-08), 29.
11-06-08: Refuel: Sam's, Albuquerque, I-25#228, In: 445a, 39, Out: 531a,19; Gas Open: 500a-1100p
11-06-08: Note: Sam's On Renaissance Dr/Culture Dr, 2nd Lite On Right Of I-25, Then 0.03 Mile Just Past Costco.
11-06-08: Coffee At Mac's At Turn Off To Sam's; Brush Teeth & Wash Face (No Shave) In: 535a, 36, Out: 555a, 38.
11-06-08: Arrive Apt Tucson: 1211 pm, On I-10, River Road @ 1150 am
06-13-08: Lv: Office @ 504a ,66° ,Friday; Tpk:@ 509a, 59°
06-13-08: Coffee @ Mac's, I-90@84+\-, In: 549a, 50°, Out: 600a ,51° Bring In Extra Cup! Friday, Traffic Lite-Moderate, Temp: 51°F
06-13-08: Hartford @ 640a, Traffic Heavy, Moving Slow, Very Small Delay, Moved Thru OK., Traffic Moving @ 65 mph, 62 deg
06-13-08: N.Y Thruway, Exit: 7S, 68 deg
06-13-08: Refuel: Quick Check Food Store; Corner: Rte 31 & 579 in Ringoes/ Flemington, N. J.Gas Less In N.J. In:950a,78; Out1010a,83,Eat
06-13-08: Info:To Langhorne; I-287→Rte 202→Rte 31→County Rd/Rte 579→Rte 1→Oxford Valley Rd. Ar: Marriot Courtyard: 1035a, 83
06-18-08: Lv Courtyard: 505a, 59°
06-18-08: Snooze, I-76#202.5, PA Tpk, In: 726, 62", Out: 826a, 62°, Eat & Snooze
06-18-08: Eat; Refresh: WV. I-70#2/3/4???, In: 1120a, 69; Out: 1145a, 69.
06-18-08: Note: Cheap Gas: OH I-70#126; Note: 13¢ less than PA Pilot Gas
06-18-08: Rest, Nap, OH, I-70#130, In: 118p, 76, Out: 148p, 75
06-18-08: Note: OH, I-8-#122. Very Cheap Gas, $3.81 in OH.
06-18-08: Refuel & Eat; Sam's, OH, I-70#91B; In: 226p, 76, Out: 310p,76
06-18-08: Snooze; IN, I-70#112; In: 519p, 79; Out: 550p, 79
06-18-08: Note: Good Rest Area; IN, I-70#64, West Of Indianapolis
06-18-08: Refuel & Eat; Sam's; MO., I-270#29, In: 833p, 79, Out: 910p, 79.
06-18-08: Sleep; MO, I-70#167=/-, In: 1018p, 72; Out: 510a (6-19-08), 67.
06-19-08: Note: Cheap Gas, QT, MO, I-70#128A, Jefferson City; $3.79, Wash & Shave @ Mac's; Coffee 38¢, In:545a, 63; Out: 612a, 63
06-19-08: Note: Pilot Gas; $3.79, MO, I-70#101, Booneville, MO, Note: Mile: #49, Gas Goes Up 10¢
06-19-08: Note: Kansas City, MO, @ 745a; Stop & Go Traffic Bumper To Bumper.
06-19-08: Note: Kansas City, MO, I-70 By-Pass, Lotsa Construction.
06-19-08: Refresh, Eat Plaza, KS, I-70#183, KS Tpk; In: 855, 76, Out: 921, 76.
06-19-08: Rest, Sleep, Snooze, KS, I-70#3087, Sleep, Rest, In:1029a, 79. Out: 1105a, 80.
06-19-08: Refuel; Hays, KS, I-70#159, @ Wal-Mart/Mini Star, In: 101p 73, Out: 115p.
06-19-08: Mac's For Soft Serve, KS, I-70#159, Hays, KS. In: 119p, Out: 130p, Machine Broke, No Soft Serve, Disappointed!
06-19-08: Snooze, KS, I-70#149, In: 301p, 84, Out: 335p, 85.
06-19-08: Refuel, CO, Pueblo, CO. I-25#101, In: 617p, 85, Out: 630p, 84.
06-19-08: Shop, Eat, Wal-Mart, Pueblo, CO. Near Sam's, I-25#102: In: 630p, 84, Out: 655p, 83.
06-19-08: Note: New Mexico I-25 Rest Areas: Mile: 376.3, 361, 325.8 All Seem Acceptable
06-19-08: Rest, Sleep; New Mexico, I-25#361??+/-. In: 1025p, 63, Out: 458a (06-20-08), 52.
06-20-08: Refuel: Sam's, Alburquerque, I-25#228, In: 659a, 68, Out: 708a,68; Gas Open: 500a-1100p
06-20-08: Gas Open: 500a-1100p @ Sam's Alburquerque, I-25#228
06-20-08: Refresh Sam's Club, NM, I-25#228, In: 710a, 69, Out: 727a, 69.
06-20-08: Rest, Snooze; NM, )-10#61, In: 1104a, 88, Out: 1127a, 88.
06-20-08: Arrive Tucson: 110p; 460 miles Albuquerque to Tucson; At Post Office, Mail Deposit @ 112p, 112°. Note: Gained 1 Hour In AZ
12-05-07;   Trip to Ord. Jct. on 12/05/07/WE & return to TUS on 12/07/07/FR to change MVD & Insurance addresses. Inconsequential Notes!
09-21-07: Lv: Office @ 502a ,68" ,Friday; Tpk:@ 506a, 66°
09-21-07: Coffee @ Mac's, I-90@84+\-, In: 551a, 59°, Out: 608a ,59° Bring In Extra Cup! Friday, Traffic Lite-Moderate, Temp: 59°F
09-21-07: Hartford @ 645a, Traffic Heavy, Moving Slow, Very Small Delay, Moved Thru OK.
09-21-07: Rest & Eat; NY Thruway, I-87#33.6, Rest Area w/ Mac's, In: 840a, 62°, Out: 858a, 62°.
09-21-07: Refuel: Quick Check Food Store; Corner: Rte 31 & 579 in Ringoes/ Flemington, New Jersey, Gas Much Less In N.J.

10-31-08: ☞ Ramapo Service Plaza, I-87#33 NY Thruway Is Good Stop, Rest, Sleep Area, Near When On Thruway
10-31-08: ☞Stopped @ Borders, Flemington NJ, Rte 202 For A Break, In: 1044, 53, Out 1114a, 53.
10-31-08: Refuel & Eat: Quick Check Food ; Corner: Rte 31 & 579 In Ringoes/ Flemington, N. J.. Gas Much Less In N.J. In:1130a, 57, Out: 1203, 57
10-31-08: ☞Info: To Langhorne; I-287>Rte 202>Rte 31>County Rd 579>Rte 1>Oxford Valley Rd.
10-31-08: Ar: Holiday Inn Express @ 1228p, Langhorne; I-95#46A & ½ mile To Oxford alley Rd
11-04-08: Lv Holiday Inn Express@ 510a, 50°
11-04-08: Snooze, I-76#263+/-, PA Tpk, In: 641, 47°, Out: 714a, 47°,  Snooze
11-04-08: Snooze, I-76#202.5, PA Tpk, In: 806, 51°; Excellent Rest Sleep Area, Lg Parking Lot.
11-04-08: Rest, Eat, Refresh: PA. I-70#1 Good Area, Some Separation, In: 1050a, 65; Out: 1120a, 66.
11-04-08: Note: Cheap Gas: OH I-70#126; Note: 13¢ less than PA Pilot Gas
11-04-08: Rest, Snooze, OH, I-70#13+/-, Decent Rest Area, Good Separation, In: 112p, 72, Out: 150p, 73
11-04-08: Refuel & Eat; Sam's, OH, I-70#91B; In: 228p, 74, Out: 258p,74
11-04-08: Snooze; IN, I-70#162+/-; In: 539p, 70; Out: 611p, 70, Rest Area Excellent, Lg Separation, Way Off HiWay
11-04-08: Note: Good Rest Area;  IN, I-70#64+/-, West Of Indianapolis
11-04-08: Note: One (1) Gain Entering Cental Time Zone
11-04-08: Refuel & Eat; Sam's; MO., I-270#29 Florisssant Ave, Ferguson, MO, In: 827p, 65, Out: 900p, 64,.
11-04-08: Sleep; MO, I-70#167–/-, In: 1015p, 62; Out: 358a, (11-05-08), 36.
11-05-08: Coffee MO, I-70#128@435a, DriveThruOnly, 24Hours; Mac's; Coffee 38¢, In:435a, 61;Out: 443a, 61;Also Same@Mac's I-70#106
11-05-08: Note: Cheap Gas, QT, MO, I-70#128A, Jefferson City; Mac's; Coffee 38¢, In:435a, 61; Out:443a, 61, Drive Thru
11-05-08: Note: Rest Area I-70#104, Super Rest Area, Park Way Off Road, Large Separation
11-05-08: Note: Pilot Gas, MO, I-70#101, Booneville, MO, Note: Mile: #49, Gas Goes Up 10¢
11-05-08: Note: Gas TA Truck Stop, MO, I-70#58, Gas Cheap, $1,879 Reg Unleaded, Near Kansas City
11-05-08: Note: Gas: I-70#49 & #28; QT, TA, Pilot,Et Al, Gas Cheap, $1879
11-05-08: Note: Gas: I-70#28; QT,Et Al, Gas Cheap, $1849; & WalMart & Mac's
11-05-08: Note: Kansas City, MO., I-70#24 @.600a; Stop & Go Traffic Bumper To Bumper. When Moving: 60-65 mph
11-05-08: Note:  Kansas City, MO., I-70#14 @ 625a; Once Stop & Go Traffic Bumper To Bumper. 50mph Then 60-65 mph; #10:Stop/Go
11-05-08: Note: Topeka & Kansas City, I-70, Lotsa Turns, Pay Attention To Signs And Route Numbers
11-05-08: Rest, Physiological Needs:  Service Plaza, KS Tpk, I-70#188, In: 719a, 63, Out: 727a, 63.
11-05-08: Rest, Sleep, Snooze, KS, I-70#224+/-, Sleep, Rest, In:934a, 66, Out: 1122a, 68.
11-05-08: Note, Note: Refuel Past St Louis so Can Refuel Past Hays, KS So Can Refuel Near CO. Border To Skip Colorado!!!
11-05-08: Refuel; Casey's Gen'l Store; Ellis, KS, I-70#145, In:1148a, 60, Out:1202p, 60, Last Casey's West On I-70, Gas Cheapest In Area.
11-05-08: Refueling Near Kansas Border: Colby, KS, I-70#54:Pilot: $2.12, Best Price In Colby
11-05-08: Refueling Near Kansas Border: Colby, KS, I-70#53, Gas 2¢ More @ 24/7 Store, Good Shopping; WalMart & Mac's
11-05-08: RefuelingNearKansasBorder:Goodland,KS, I-70#17,Valero=Cheapest @ 2.15,Phillips @ 2.16,Conoco @2.18,WalMart & Mac's
11-05-08: Refueling In CO Nr Border With Kansas: Calhan, Rte 24 In Town @ Loaf & Jug, $2.20, Expensive But 1¢-2¢ Less Than Pueblo
11-05-08: Note: Gas, Leaving Pueblo CO., I-25#132, Love's Fuel, On Northbound Side (My Vehicle Southbound), Gas Cheap, 10¢ Cheaper
11-05-08: Refuel: Sam's Pueblo, CO, I-25#102, In: 455p, 49, Out: 522p, 46.
11-05-08: Note: Refuel: Colorado Springs, Gas Cheaper
11-05-08: Note: New Mexico I-25 Rest Areas: Mile: 376.3, 361, 325.8 All Seem Acceptable
11-05-08: Rest Area, Eat, Snooze, Talk To Philly, New Mexico, I-25#376. In: 804p, 32, Out: 935p, 31.
11-05-08: Sleep: NM, I-25#326, In: 1022p 30, Out: 311p (11-06-08), 29.
11-06-08: Refuel; Sam's, Albuquerque, I-25#228, In: 445a, 39, Out: 531a,39; Gas Open: 500a-1100p
11-06-08: Note: Sam's On Renaissance Dr/Culture Dr, 2nd Lite On Right Of I-25, About 0.03 Mile Just Past Costco.
11-06-08: Coffee At Mac's At Turn Off To Sam's; Brush Teeth & Wash Face (No Shave) In: 535a, 36, Out: 555a, 38.
11-06-08: Arrive Apt Tucson: 1211 pm, On I-10, River Road @ 1150 am
06-13-08: Lv: Office @ 504a ,66° ,Friday; Tpk:@ 509a, 59°
06-13-08: Coffee @ Mac's, I-90@84+\-, In: 549a, 50°, Out: 600a ,51° Bring In Extra Cup! Friday, Traffic Lite-Moderate, Temp: 51°F
06-13-08: Hartford @ 640a, Traffic Heavy, Moving Slow, Very Small Delay, Moved Thru OK., Traffic Moving @ 65 mph, 62 deg
06-13-08: N.Y Thruway, Exit: 7S, 68 deg
06-13-08: Refuel: Quick Check Food Store; Corner: Rte 31& 579 in Ringoes/ Flemington, N. J,Gas Less In N.J. In:950a,78; Out1010a,83,Eat
06-13-08: Info:To Langhorne; I-287→Rte 202→Rte 31→County Rd/Rte 579→Rte 1→Oxford Valley Rd, Ar: Marriot Courtyard: 1035a, 83
06-18-08: Lv Courtyard: 505a, 59°
06-18-08: Snooze, I-76#202.5, PA Tpk, In: 726, 62°, Out: 826a, 62°, Eat & Snooze
06-18-08: Eat, Refresh: WV. I-70#2/3/4???, In: 1120a, 69; Out: 1145a, 69.
06-18-08: Note: Cheap Gas: OH I-70#126; Note: 13¢ less than PA Pilot Gas
06-18-08: Rest, Nap, OH, I-70?#130, In: 118p,76, Out: 148p, 75
06-18-08: Note: OH, I-8-#122. Very Cheap Gas, $3.81 in OH.
06-18-08: Refuel & Eat; Sam's, OH, I-70#91B; In: 226p, 76, Out: 310p,76
06-18-08: Snooze; IN, I-70#112; In: 519p, 79; Out: 550p, 79
06-18-08: Note: Good Rest Area;  IN, I-70#64, West Of Indianapolis
06-18-08: Refuel & Eat; Sam's; MO., I-270#29, In: 833p, 79, Out: 910p, 79.
06-18-08: Sleep; MO, I-70#167–/-, In: 1018p, 72; Out: 510a (6-19-08), 67.
06-19-08: Note: Cheap Gas, QT, MO, I-70#128A, Jefferson City; $3.79, Wash & Shave @ Mac's; Coffee 38¢, In:545a, 63; Out: 612a, 63
06-19-08: Note: Pilot Gas; $3.79, MO, I-70#101, Booneville, MO, Note: Mile: #49, Gas Goes Up 10¢
06-19-08: Note: Kansas City, MO. @ 745a; Stop & Go Traffic Bumper To Bumper.
06-19-08: Note: Kansas City, MO, I-70 By-Pass, Lotsa Construction.
06-19-08: Refresh, Eat Plaza, KS, I-70#183, KS Tpk; In: 855, 76, Out: 921, 76.
06-19-08: Rest, Sleep, Snooze, KS, I-70#308?, Sleep, Rest, In:1029a, 79. Out: 1105a, 80.
06-19-08: Refuel; Hays, KS, I-70#159, @ Wal-Mart/Mini Star, In: 101p 73, Out: 115p.
06-19-08: Mac's For Soft Serve, KS, I-70#159, Hays, KS. In: 119p, Out: 130p, Machine Broke, No Soft Serve, Dissapointed!
06-19-08: Snooze, KS, I-70#149, In: 301p, 84, Out: 335p, 85.
06-19-08: Refuel, CO, Pueblo, CO. I-25#101, In: 617p, 85, Out: 630p, 84.
06-19-08: Shop, Eat, Wal-Mart, Pueblco, CO. Near Sam's, I-25#102: In: 630p, 84, Out: 655p, 83.
06-19-08: Note: New Mexico I-25 Rest Areas: Mile: 376.3, 361, 325.8 All Seem Acceptable
06-19-08: Rest, Sleep; New Mexico, I-25#361??+/-. In: 1025p, 63, Out: 458a (06-20-08), 52.
06-20-08: Refuel: Sam's, Alburquerque, I-25#228, In: 659a, 68, Out: 708a,68; Gas Open: 500a-1100p
06-20-08: Gas Open: 500a-1100p @ Sam's Alburquerque, I-25#228
06-20-08: Refresh Sam's Club, NM, I-25#228, In: 710a, 69, Out: 727a, 69.
06-20-08: Rest, Snooze; NM, I-10#61, In: 1104a, 88, Out: 1127a, 88.
06-20-08: Arrive Tucson: 110p; 460 miles Albuquerque to Tucson; At Post Office, Mail Deposit @ 112p, 112°. Note: Gained 1 Hour In AZ
12-05-07:  Trip to Ord. Jct. on 12/05/07/WE & return to TUS on 12/07/07/FR to change MVD & insurance addresses. Inconsequential Notes!
09-21-07: Lv: Office @ 502a ,68° ,Friday; Tpk:@ 506a, 66°
09-21-07: Coffee @ Mac's, I-90@84+\- ,. In: 551a, 59°, Out: 608a ,59° Bring In Extra Cup! Friday, Traffic Lite-Moderate, Temp: 59°F
09-21-07: Hartford @ 645a, Traffic Heavy, Moving Slow, Very Small Delay, Moved Thru OK.
09-21-07: Rest & Eat; NY Thruway, I-87#33.6, Rest Area w/ Mac's. In: 840a, 62°, Out: 858a, 62°.
09-21-07: Refuel: Quick Check Food Store; Corner: Rte 31& 579 in Ringoes/ Flemington, New Jersey. Gas Much Less In N.J.