09-21-07: Info: To Langhorne; I-287>Rte 202>Rte 31>County Rd 579>Rte 1>Oxford Valley Rd. Ar: Marriot Courtyard; 1100a, 78°
09-24-07: Lv Courtyard: 453a, 59°
09-24-07: Coffee Stop, Mac's, PA Tpk, I-276#327+, In:524a, 56°, Out: 521a, 56°
09-24-07: Snooze, I-76#259, Lawn Plaza, In: 634, 50°, Out: 708a, 50°
09-24-07: Rest Stop: I-76#147.4; In: 847a, 49°, Out: 901a, 50°
09-24-07: Rest Stop/Sleep; I-76#77.5, In: 1003a, 68°; Out: 1032a, 69°
09-24-07: Refuel: Sheetz, OH, I-76, (Off OH Tpk) Exit 232; In: 1152, 75°; Out: 1208p, 75°
09-24-07: Rest, OH Tpk Extension, Rest Area, I-80#139.5; In: 141p, 86°, Out: 209p, 87°
09-24-07: Ar: VA Medical Ctr, N. Chicago: 640p via I-90>I-94(Dan Ryan Exp)>Rte 41, Next Trip Take I-94 (Dan Ryan Exp) To Rte 137.
09-25-07: Refuel Citgo, Rte 124, Waukegan, @ 447p
09-27-07: Lv Waukegan Motel @ 455a, 56°; I-94(Tollway) @ 502a, 53°
09-27-07: Rest: I-80, IA. #299; In: 825a, 60°, Out: 900a, 60°
09-27-07: Refuel: Fly J, I-80, IA. #292; In: 909a, 60°; Out: 930a, 60°
09-27-07: Refuel & Eat Council Bluffs, IA. I-80#1B; In: 131p, 81°; Out: 207p 81°
09-27-07: → → → Info: TA Truck Stop@ I-80, Exit 3, Same Exit As Wal-Mart ← ← ←
09-27-07: Rest Sop: I-80 NE #405; In: 255p, 82°, Out: 333p, 82°
09-27-07: Refuel & Eat, Julesburg, CO. I-76#180, In: 632p, 64°, Out: 709p, 65°
09-27-07: Sleep, CO, I-76#66A, In: 848p, 60°, Out;(09-28-07) 422a, 58°
09-28-07: Denver @ 515a, Traffic moderate @ 70 mph In A 55 mph Zone On Saturday!
09-28-07: Rest, I-70#195, In: 630, 34°, Out: 710, 30°
09-28-07: Coffee @ Rifle, CO, @ Mac's, I-70#90, In: 838, 49°, Out: 914a, 49°
09-28-07: Mesa Mall, Grd Jct, @ 1015a, 65°, Went to Barnes & Noble Bookstore
09-28-07: Refuel Sam's G.J. @ 1115a
09-29-07: Nap, Moab, Rtes 191 & 128 (@ Entrance Of Colorado River Riverway )In:515a, 70°, Out: 545a, 71°, Saturday
09-29-07: Coffee @ Maverick Gas Station Variety Store, Moab, In: 552a, 71°, Out: 609a, 72°, Saturday
09-29-07: Refuel & Eat: Maverick Gas, Flagstaff, In: 1000a, 62°, Out: 1026a, 62°, Note: Gas Less Than In Colorado!
09-29-07: PHX @ 1214p...TUS @ 200p
06-15-07: Lv Office @ 527a ,Friday; Tpk:@ 536a
06-15-07: Coffee @ Mac's, I-90@84+-, In: 622a, Out: 641a, Bring In Extra Cup! Friday, Traffic Lite-Moderate, Temp: 54°F
06-15-07: Hartford @ 726a, Traffic Heavy, Moving Slow, Very Small Delay, Moved Thru OK,
06-15-07: Coffee Available @ CT, I-84#22; Exit 18, & Exit 15
06-15-07: Rest, Nap I-84 NY #15; In: 840a, Out: 915a
06-15-07: Take Exit 15, I-87 @ Mile 29
06-15-07: Take I-95S @ Pennington, N. J.
06-15-07: Exit 49, Rte 322, Newtown To Motel
06-15-07: Arrive: Hampton Inn, Yardley @ 1150a
06-18-07: Hampton Inn, Yardley @ 501a, Temp:71°F
06-18-07: Rest I-75PA#201, In 728a, Out: 806a
06-18-07: Refuel & Eat, Sheetz PA I-76#146, Off PA Tpk, Good Gas Up Place, In: 851a, Out; 920a, Temp:74°F ← ← ←
06-18-07: To I-80: Exit #146 Off I-76 PA Tpk>I-99N--rte 350--rte 322--I-53N(Clearfield) ? ? ?
06-18-07: Rest, Eat: I-80#87.5, In: 1121a, Out: 1215p
06-18-07: Nap: OH Tpk, I-80#139, In: 316p, Out: 410p, Temp:96°F
06-18-07: Rest, Eat, Call Jammy: I-80L#51.8; In: 849p, Out: 930p, Temp:76°F
06-18-07: Refuel: FlyJ, IA, I-80#292; In: 1029pp, Out: 1055p
06-18-07: Sleep; IA, I-80#285; In: 1135p, Out: 1255a (6-19-07)
06-19-07: Rest/Sleep: IA, I-80#180; In: 140a, Out:432a, Temp:62°F
06-19-07: Sleep: IA, I-80#81, In: 552a, Out:655a, Temp:59°F
06-19-07: Refuel: TA Truck Plaza, Council Bluff, IA; I-80#3; Coffee & Shave: In: 800a, Out: 837a
06-19-07: Stop, Bat Wal-Mart For Food & Rst; NE, I-80#237, In: 1143p, Out: 255p, Temp:73°F
06-19-07: Rest, NE,I-80#195(194.4); In: 104p, Temp:73°F; Out: 150p, Temp:77°F
06-19-07: Refuel: Wal-Mart/Mimutar, Ft Morgan, CO, I-76#80, & Shop @ Wal-Mart; In: 326p, Out: 402p, Temp:73°F
06-19-07: Eat & Rest: Grizzly Creek Rest Area, CO, I-70#121; In: 715a, Out: 820a, Temp: 80°F
06-19-07: Sleep, Rest Stop: Rifle; I-70#90, In 900p, Temp:72, Out: 540a, (06-20-07) Temp:56°F
06-20-07: Coffee: Rifle; I-70#90, Mac's; In: 55, Temp:55°F, Out: 630, Temp:56°F [Drank 2 cups & ate pastry to waste time before lv'g]
06-20-07: Mesa Mall, Grand Junction @ 745a, Temp74°F; Napped In Mall Lot Waiting For Bev. Shopped @ Barnes Noble; w/Bev till 1048a
06-21-07: Lv Bev's 406a, Temp:69°F; I-70 @ 422a, Temp:59°F; Took I-70 Exit: 204, (Faster Route, Much Bother Road) ← ←
06-21-07: Moab; Maverick Stop, On West Side Of Town, For Coffee & Ate Pastry; In: 600a Out: 624a
06-21-07: Rest, Devil's Canyon Campground, UT. Rte 191#60; In: 718a, Temp: 69 °F, Out: 749, Temp:69°F
06-21-07: Refuel & Eat: Maverick, Flagstaff, Rte. 89; In: 1137p, Temp:85°F, Out: 1155a, Temp:85°F, Note: Gained 1 Hour Entering AZ
06-21-07: Rest I-17AZ#250; In: 1217p, Temp:108°F; Out: 1233p, Temp:101°F
06-21-07: Phoenix @ 115p, Temp:111°F; Tucson @ 245p, Temp:111°F
09-23-06: Lv: Office @ 705a ,Saturday; Tpk:@ 712a
09-23-06: Coffee @ Mac's, I-90@83+-, In: 755a, Out: 812a, Bring In Extra Cup!
09-23-06: Coffee Available @ CT, I-84#22; Exit 18, & Exit 15
09-23-06: Hampton Inn, Yardley @ 1:00p
09-24-06: Lv: Hampton Inn, Yardley @ 640a
09-24-06: Refuel & Eat, Sheetz PA I-76#146, Off PA Tpk, Good Gas Up Place, In: 940a, Out: 1005a ← ← ←
09-24-06: Nap; OH, I-80#80, In: 258p, Out: 352p
09-24-06: Refuel: FlyJ, IA, I-80#292; & Talk w/Jennette; In: 856p, Out: 955p
09-24-06: Sleep; IA, I-80#235; In: 1044p, Out: 140a (9-25-06)
09-25-06: Rest/Sleep IA, I-80#148, In: 257a, Out:640a
09-25-06: Refuel: TA Truck Plaza, Council Bluff, IA; I-80#3; Coffee & Shave: In: 845a, Out: 913a
09-25-06: Nap: NE, I-80#317, In: 1113a, Out: 1158a
09-25-06: Stop Wal-Mart For Food & Eat: NE, I-80#237, In: 100p, Out: 135p
09-25-06: Refuel & Eat: Flying J, CO, I-76#180, Julesburg, CO. In: 223p, Out: 306p
09-25-06: Sleep & Eat: Grizzly Creek Rest Area, CO, I-70#121; In: 840a, Out: 451a (06-26-06), Temp: 52°F
09-26-06: Coffee: Rifle; I-70#90, Mac's Then Across Hi-way To Rest Stop To Sleep; In: 540a, Out: 730a (Mac's Open @ 430a)
09-26-06: Mesa Mall @ 840a
09-27-06: Lv Bev's @ 350a, I-70 @ 404a;
09-27-06: Rest: CO, Riverway Along Colorado R. In: 515a, Out: 605a
09-27-06: Coffee @ Maverick's, Moab On west side of town; In: 630a, On t: 615a
09-27-06: Refuel & Eat: Maverick, Flagstaff, Rte. 89; In: 1107a, Out: 1135a
09-27-06: Tucson, Ina Rd @ 301p
6-3-06: Lv: Office @ 610a Friday; Tpk:@ 614a
6-3-06: Coffee @ Mac's, I-90@83+-, In: 659a, Out: 7:13a, Bring In Extra Cup!
6-3-06: Coffee Available @ CT, I-84#22; Exit 18, & Exit 15
6-3-06: Refuel & Eat; Sheetz, PA, I-81#168 across From Sam's, In: 1100a, Out: 1120a
6-3-06: Refuel, Pabl; Pilot; Same Price As Sheetz @ PA, I-81#256, 1st Exit wb Onto I-80W ← ← ←
6-3-06: Rest/Sleep: PA, I-80#194, Gd Separation, Quiet, In: 1233p, Out: 1:13p
6-3-06: Refuel, Pabl: PA, I-80#78, Brookville, Shoetz & FlyingJ, Gas 2¢ Less Than On I-81#268; 510 Miles From Boston ← ← ←
6-3-06: Refuel, Flying J, OH, I-80#234, In: 356p, Out: 418p
6-3-06: Refuel, Pabl: Speedway 10¢ Less Than FlyingJ, @ OH, I-80#229 ← ←
6-3-06: Rest/Nap, OH, I-80#139, In: 543p, Out: 600p
6-3-06: Sleep/Eat, IL, I-80#51.8, In: 1035p, Out: 412a (6-04-06)
6-4-06: Refuel, Wash, Snack, IA, I-80#292, In: 511a, Out: 606a

## TUS-BOS

05-31-07: Leave Prospect Av , 848p; Orange Grove: 906p; 86°
06-01-07: Rest/Sleep: Orme Rd/Dumas I-17#268N; Temp 68; In: 1136p(05-31-07), Out: 11241a
06-01-07: Rest Pullian Arpt; I-17#337, Temp: 43 F. Chilly; In: 144a, Out: 410a
06-01-07: Refuel Maverick, Flagstaff; In:432a, Out: 502a; Buy Coffee Refill & Pastry, Txt Msg, 48°
06-01-07: Stopped: Kayenta: Eat & Txt Msg @ Holiday Inn, Rte:160; In:820aMDST,Navajo Time; Out: 840a (1 hr ahead of AZ time)
06-01-07: Rest UT; Rte: 192#22 ; 2 miles before Bluff; If Right Side Full; Go Left; In:947aMDST, Out: 1007aMDST
06-01-07: Construction On Rte 191#95-99, 20 min delay; Moving # 1148a
06-01-07: Construction On Rte 191#106-109, 20 min delay; Moving # 1205p
06-01-07: G.J. Mesa Mall @ 218p
06-01-07: Refuel: Sam's, G.J. @255p MDST, 81°
06-01-07: Enstrom's @ 400p; Bev's @ 420p.
06-02-07: lv Bev's @ 350a, I-70@403a, 61°
06-02-07: Coffee; Rifle, Note: → →Mac's Open:430a-1100p; DriveThru:24-7, [Sleep@Rest Stop(Not This Trip)]: In: 505a, Out: 5:520a 61°
06-02-07: Construction: I-70#117-127
06-02-07: Vail Pass @ 700a, ; 32°, Vail: 37°
06-02-07: Nap: Georgetown Visitor Ctr.,I-70#227.5 In: 725a, Out: 800a, Temp:44°
06-02-07: Colorado Springs Exit, I-70#240 @ 830, Traffic Lite-Moderate @ 75mph, 51°
06-02-07: Refuel & Eat: Julesburg, Flying J, CO, I-76#180; In: 1103a, Out: 1130p ,Gas 3¢ Less @ Wal-Mart on I-76
06-02-07: Rest: I-80NE#124.5, In: 1158p, Out:1230p,Temp:69°
06-02-07: Rest: I-80NE#350, In: 432p, Out:509p, Temp:72°
06-02-07: Refuel & Eat: Council Bluffs, IA, TA Truck Stop; I-80 Exit# 1B; In: 639p Out:658p
06-02-07: Sleep: IA. I-8#180, In: 922p,Temp:68°; Out:315a on 06-03-07, Temp:63°
06-03-07: Refuel Wash Up: FlyingJ;IA, I-80#292; In: 450a, Temp:63° Out: 538a, Temp:62°
06-03-07: Chicago Construction Zone traffic moderate @ 800a-815a
06-03-07: IL Tollway @ 800a
06-03-07: OH. I-80 wb mile 89-93 construction delays for single lane on Tpk
06-03-07: Refuel & Eat; FlyJ; OH.I-80@234; Hubbard/Sharon, OH.,In: 305p, Out: 325p; Flying J, 2¢ Less Than Sheetz ← ← ←
06-03-07: Nap; PA., I-80#87; In: 440p, Out: 514p
06-03-07: Construction Major Delay, PA, I-80#238-247, Delay: 715p-810p, Almost An Hour
06-03-07: Refuel & Snack:: Sheetz, PA., I-81#168; In: 842p, Out: 900p, Across From Sam's Club.
06-04-07: Sleep/Nap, CT. I-84#40, ½ mile before exit 30, In: 145a, Temp:62° Out: 350a, Temp:58° & Heavy Rain
06-04-07: Arrive: 4 Longfellow Pl: 514a
09-08-06: Leave Prospect Av . 9:27p; Orange Grove: 943p; 81°
09-08-06: Rest/Sleep: Orme Rd/Dumas I-17#268N; Temp 63; In: 1246a, Out: 253a
09-08-06: Rest/Sleep: I-17#296.4N; Temp 61; In: 233a, Out: 335a
09-08-06: Rest Pullian Arpt; I-17#337, Temp: 49 F. Chilly; In: 415a, Out: 530a
09-08-06: Refuel Maverick, Flagstaff; In:548a, Out: 621; Buy Coffee Refill & Pastry, Txt Msg, 48°
09-08-06: Stopped: Kayenta: Eat & Txt Msg @ Holiday Inn; In:930aMDST,Navajo Time; Out: 1000a Navajo Time
09-08-06: Stopped Moab, UT. For soft serve @ Maverick Store; In:1230p, Out: 1245p.
09-08-06: G.J. Mesa Mall @ 2:25p
09-19-06: Refuel: Sam's, G.J. @330p MDST, 84°
09-09-06: lv Bev's @ 418a, I-70@430a
09-09-06: Coffee; Rifle, Mac's Open: 500a-1100p; Drive Thru: 24-7, [Sleep @ Rest Stop(Not This Trip)]; In: 518a, Out: 5:38a
09-09-06: Vail Pass @ 700a, ; 35°
09-09-06: Decent Rest/Nap: Visitor Ctr; I-70#201; Good Off Road; Snow On Mountain
09-09-06: Nap: Georgetown Visitor Ctr., In: 740a, Out: 820a
09-09-06: Colorado Springs Exit, I-70#240 @ 845, Traffic Moderate @ 75mph, 51°
09-09-06: Refuel & Eat: Julesburg, Flying J, CO, I-76#180; In: 1130a, Out: 1220p,
09-09-06: Rest: I-80NE#194, In: 142p, Out:225p
09-09-06: Refuel & Eat: Council Bluffs, IA, TA Truck Stop; I-80 Exit# 1B; In: 605p Out:630p
09-09-06: Sleep: IA. I-8#180, In: 904p, Out:330a on 09-10-06, 63°
09-10-06: Refuel Wash Up: FlyingJ; I-80#292; In: 502, Out: 538a
09-10-06: Rest Stop, IL, I-80#117; In: 746a, Out: 815a
09-10-06: Refuel & Eat; FlyJ; OH.I-80@234; Hubbard/Sharon, OH.,In: 413p, Out: 442p
09-10-06: Nap; PA., I-80#218.5; In: 857p, Out: 930p
09-10-06: Refuel: Sheetz, PA., I-81#168; In: 1021p, Out: 1045p, Across From Sam's Club.
09-11-06: Nap; PA, I-84#255; In: 1235p, Out: 1253p
09-11-06: Sleep/Nap, CT. I-84#40, ½ mile before exit 30, In: 145a, Out: 350a
09-11-06: Arrive Boston, 4 Longfellow Pl: 540a
05-18-06: Leave Prospect Av . 9:59p; Orange Grove: 1014p; 84°
05-19-06: Rest/Sleep: Orme Rd/Dumas I-17#268N; Temp 66; In: 1246a, Out: 255a
05-19-06: Rest Pullian Arpt; I-17#337, Temp: 46 F. Chilly; In: 402a, Out: 530a

**Time Schedule:**
Note: To Maintain Same Times In Rest Of The Country During Daylight Savings Time:... Leave AZ One Hour Earlier (AZ @DST=CA.Time)
Daylight Savings Time: Begins: 2 a.m. on the first Sunday Of April...Ends: 2 a.m. on the last Sunday In October

**BOS-TUS**
09-23-06: Lv: Office @ 705a ,Saturday; Tpk:@ 712a
09-23-06: Coffee @ Mac's, I-90@83+\-, In: 755a, Out: 812a, Bring In Extra Cup!
09-23-06: Coffee Available @ CT. I-84#22; Exit 18, & Exit 15
09-23-06: Hampton Inn, Yardley @ 1:00p
09-24-06: lv. Hampton Inn, Yardley @ 640a
09-24-06: Refuel & Eat, Sheetz PA I-76#146, Off PA Tpk, Good Gas Up Place. In: 940a, Out: 1005a ← ← ←
09-24-06: Nap: OH, I-80#80, In: 258p, Out: 352p
09-24-06: Refuel: FlyJ, IA, I-80#292; & Talk w/Jeannette; In: 856p, Out: 955p
09-24-06: Sleep: IA, I-80#235; In: 1044p, Out: 140a (9-25-06)
09-25-06: Rest/Sleep: IA, I-80#148, In: 257a, Out:640a
09-25-06: Refuel: TA Truck Plaza, Council Bluff, IA; I-80#3; Coffee & Shave: In: 845a, Out: 913a
09-25-06: Nap: NE. I-80#317, In: 1113a, Out: 1158a
09-25-06: Stop Wal-Mart For Food & Eat; NE, I-80#387, In: 100p, Out: 135p
09-25-06: Refuel & Eat: FlyingJ, CO., I-76#180, Julesburg,, CO. In: 223p, Out: 306p
09-25-06: Sleep & Eat: Grizzly Creek Rest Area, CO. I-70#121; In: 840a, Out: 451a (06-26-06), Temp: 52°F
09-26-06: Coffee: Rifle; I-70#90, Mac's Then Across Hi-way To Rest Stop To Sleep: In: 540a, Out: 730a
09-26-06: Mesa Mall @ 840a
09-27-06: Lv Bev's @ 350a, I-70 @ 404a;
09-27-06: Rest: CO. Riverway Along Colorado R. In: 515a, Out: 605a
09-27-06: Coffee @ Maverick's, Moab On west side of town; In: 630a, Ou t: 615a
09-27-06: Refuel & Eat: Maverick, Flagstaff, Rte. 89; In: 1107a, Out: 1135a
09-27-06: Tucson, Ina Rd @ 301p
6-3-06: Lv: Office @ 610a Friday; Tpk:@ 614a
6-3-06: Coffee @ Mac's, I-90@83+\-, In: 659a, Out: 7:13a, Bring In Extra Cup!
6-3-06: Coffee Available @ CT. I-84#22; Exit 18, & Exit 15
6-3-06: Refuel & Eat; Sheetz, PA, I-81#168 acrosss From Sam's, In: 1100a, Out: 1120a
6-3-06: Refuel, Psbl: Pilot; Same Price As Sheetz @ PA, I-81#256, 1ˢᵗ Exit wb Onto I-80W ← ← ←
6-3-06: Rest/Sleep: PA, I-80#194, Gd Separation, Quiet, In: 1233p, Out: 1:13p
6-3-06: Refuel, Psbl: PA, I-80#78, Brookville, Sheetz & FlyingJ, Gas 2¢ Less Than On I-81#268; 510 Miles From Boston ← ← ←
6-3-06: Refuel: FlyingJ, OH, I-80#234, In: 356p, Out: 418p
6-3-06: Refuel, Psbl: Speedway 10¢ Less Than FlyingJ, @ OH, I-80#229 ← ← ←
6-3-06: Rest/Nap, OH, I-80#139, In: 543p, Out: 600p
6-3-06: Sleep/Eat, IL, I-80#51.8, In: 1035p, Out: 412a (6-04-06)
6-4-06: Refuel, Wash, Snack, IA, I-80#292, In: 511a, Out: 606a
6-4-06: Fuel: IA, I-80#136, QT Fuel, 7-10¢ Less In Des Moines ← ← ←
6-4-06: Refuel: Sam's IA, I-80#3, In: 1025a, Out: 1045a, 89 octane w/ethanol
6-4-06: Rest, NE, I-80#498+\-, On IA & NE Line,**Major, Major**,Speed Radar Trap In NE.,8-10 Police Writing & SearchesOn SU,@ 1045a
6-4-06: Rest, NE, I-80#315, In: 1235p, Out: 1253p
6-4-06: Rest, NE, I-80#160, In: 309p, Out: 330p
6-4-06: Refuel, Eat, FlyingJ, CO, I-76#180, Julesburg, CO, In: 320p, Out: 350p
6-4-06: Refuel, Psbl: Ft Morgan, CO, Wal-Mart, I-76#82; Gas 13¢ Less Than Julesburg, CO. ← ← ←
6-4-06: Sleep, Grizzly Creek Recreation Area, CO, I-70#121, In: 905p, Out: 515a (6-5-06)
6-5-06: Coffee @ Rifle, I-70#90, @ Mac's, Open @ 500a, In: 545a, Out: 600a
6-5-06: Sleep, Rifle Rest Stop, I-70#90, In: 604a, Out: 750a
6-5-06: Grand Junction, Mesa Mall @ 855a
6-5-06: Refuel, Sam's G.J., 1000a
6-6-06: Leave Bev's; 359a; I-70 @ 412a
6-6-06: Rest Colorado Riverway, UT, In: 539a, Out: 605a
6-6-06: Coffee Stop, Maverick, Moab, UT, In: 615a, Out: 630a
6-6-06: Refuel, FLG, Maverick, In: 1113, Out: 1133a
6-6-06: Rest, I-17#252, In: 1152a, Out: 1205p
6-6-06: PHX @ 1234p @ Loop 101
6-6-06: TUS, Ina Rd @ 307p
9-24-05: lv Ofc: 820; MA Tpk: 835; Coffee @ Mac's Just Before Sturbridge Turn Off; In: 915a; Out: 930a
9-24-05: I-84#184: Construction Back Up sb. @ 1256p, SA; Stop/Go; Thru Construction @ 111p; Mile 180 Is Construction; Opens Up @ 181
9-24-05: Sam's I-81#168 @ 130p
9-24-05: Sheetz @ PA I-81#168 Same Price As Sam's; Shop There; More Facilities
9-24-05: Took Rte 309 south From Sam's For 15.2 Miles To I-81 Mile 261.7; 30 Minute Drive w/ Lotsa Lites
9-24-05: Rest PA I-80@194; In 300p Out: 335p

## Time Schedule:

Note: To Maintain Same Times In Rest Of The Country During Daylight Savings Time:... Leave AZ One Hour Earlier (AZ @DST=CA.Time)
Daylight Savings Time: Begins: 2 a.m. on the first Sunday Of April...Ends: 2 a.m. on the last Sunday In October

**BOS-TUS**

- 06-15-07: Lv: Office @ 527a ,Friday; Tpk:@ 536a
- 06-15-07: Coffee @ Mac's, I-90@84+\-, In: 622a, Out: 641a, Bring In Extra Cup! Friday, Traffic Lite-Moderate, Temp: 54°F
- 06-15-07: Hartford @ 726a, Traffic Heavy, Moving Slow, Very Small Delay, Moved Thru OK.
- 06-15-07: Coffee Available @ CT. I-84#22; Exit 18, & Exit 15
- 06-15-07: Rest, Nap I-84 NY #55; In: 840a, Out: 915a
- 06-15-07: Take Exit 15, I-87 @ Mile 29
- 06-15-07: Take I-95S @ Pennington, N. J.
- 06-15-07: Exit 49, Rte 322, Newtown To Motel
- 06-15-07: Arrive: Hampton Inn, Yardley @ 11:50a.
- 06-18-07: Hampton Inn, Yardley @ 5:01a. Temp:71°F
- 06-18-07: Rest: I-76PA#201. In: 728a, Out: 806a
- 06-18-07: Refuel & Eat, Sheetz PA I-76#146, Off PA Tpk, Good Gas Up Place. In: 851aa, Out: 920a, Temp:74°F ← ← ←
- 06-18-07: To I-80: Exit #146 Off I-76 PA Tpk→I-99N→rte 350→rte 322→53N(Clearfield) ? ? ?
- 06-18-07: Rest, Eat: I-80#87.5, In: 11:21a, Out: 12:15p
- 06-18-07: Nap: OH Tpk, I-80#139, In: 316p, Out: 410p, Temp:96°F
- 06-18-07: Rest, Eat, Call Jammy: I-80IL#51.8; In: 849p, Out: 930p. Temp:76°F
- 06-18-07: Refuel: FlyJ, IA, I-80#292; In: 1029pp, Out: 1055p
- 06-18-07: Sleep: IA, I-80#285; In: 1135p, Out: 1255a (6-19-07)
- 06-19-07: Rest/Sleep: IA, I-80#180, In: 140a, Out:432a, Temp:62°F
- 06-19-07: Sleep: IA, I-80#81, In: 552a, Out:655a, Temp:59°F
- 06-19-07: Refuel: TA Truck Plaza, Council Bluff, IA; I-80#3; Coffee & Shave: In: 800a, Out: 837a
- 06-19-07: Stop, Eat Wal-Mart For Food & Eat: NE, I-80#237, In: 1143p, Out: 255p, Temp:73°F
- 06-19-07: Rest, NE,I-80#195(194.4), In: 104p, Temp:73°F; Out: 150p, Temp:77°F
- 06-19-07: Refuel: Wal-Mart/Mirastar, Ft Morgan, CO, I-76#80, & Shop @ Wal-Mart, In: 326p, Out: 402p, Temp:73°F
- 06-19-07: Eat & Rest: Grizzly Creek Rest Area, CO. I-70#121; In: 715a, Out: 820a, Temp: 80°F
- 06-19-07: Sleep, Rest Stop: Rifle; I-70#90, In: 900p, Temp:72, Out: 5:40a, (06-20-07) Temp:56°F
- 06-20-07: Coffee: Rifle; I-70#90, Mac's; In: 55, Temp:55°F, Out: 6:30a, Temp:56°F° [Drank 2 cups & ate pastry to waste time before lv'g]
- 06-20-07: Mesa Mall, Grand Junction @ 745a, Temp74°F; Napped in Mall Lot Waiting For Bev, Shopped @ Barnes Noble; w/Bev till 1048a
- 06-21-07: Lv Bev's 406a, Temp:69°F; I-70 @ 422a, Temp:59°F; Took I-70 Exit: 204, (Faster Route, Much Better Road) ← ←
- 06-21-07: Moab, Maverick Stop, On West Side Of Town, For Coffee & Ate Pastry; In: 600a Out: 6:24a
- 06-21-07: Rest, Devil's Canyon Campground, UT. Rte 191#60; In: 718a, Temp: 69 °F, Out: 749, Temp:69°F
- 06-21-07: Refuel & Eat: Maverick, Flagstaff, Rte. 89; In: 1137a, Temp:85°F, Out: 1155a, Temp:85°F. Note: Gained 1 Hour Entering AZ
- 06-21-07: Rest I-17AZ#250: In: 1217p, Temp:108°F; Out: 1233p, Temp:101°F
- 06-21-07: Phoenix @ 115p, Temp:111°F; Tucson @ 245p, Temp:111°F
- 09-23-06: Lv: Office @ 705a ,Saturday; Tpk:@ 712a
- 09-23-06: Coffee @ Mac's, I-90@83+\-, In: 755a, Out: 812a, Bring In Extra Cup!
- 09-23-06: Coffee Available @ CT. I-84#22; Exit 18, & Exit 15
- 09-23-06: Hampton Inn, Yardley @ 1:00p
- 09-24-06: lv. Hampton Inn, Yardley @ 640a
- 09-24-06: Refuel & Eat, Sheetz PA I-76#146, Off PA Tpk, Good Gas Up Place. In: 940a, Out: 1005a ← ← ←
- 09-24-06: Nap: OH, I-80#80, In: 258p, Out: 352p
- 09-24-06: Refuel: FlyJ, IA, I-80#292; & Talk w/Jeannette; In: 856p, Out: 955p
- 09-24-06: Sleep: IA, I-80#235; In: 1044p, Out: 140a (9-25-06)
- 09-25-06: Rest/Sleep: IA, I-80#148, In: 257a, Out:640a
- 09-25-06: Refuel: TA Truck Plaza, Council Bluff, IA; I-80#3; Coffee & Shave: In: 845a, Out: 913a
- 09-25-06: Nap: NE, I-80#317, In: 1113a, Out: 1158a
- 09-25-06: Stop Wal-Mart For Food & Eat: NE, I-80#237, In: 100p, Out: 135p
- 09-25-06: Refuel & Eat: FlyingJ, CO, I-76#180, Julesburg,, CO. In: 223p, Out: 306p
- 09-25-06: Sleep & Eat: Grizzly Creek Rest Area, CO, I-70#121; In: 840a, Out: 451a (06-26-06), Temp: 52°F
- 09-26-06: Coffee: Rifle; I-70#90, Mac's Then Across Hi-way To Rest Stop To Sleep: In: 540a, Out: 730a (Mac's Open @ 4:30a)
- 09-26-06: Mesa Mall @ 840a
- 09-27-06: Lv Bev's @ 350a, I-70 @ 404a;
- 09-27-06: Rest: CO, Riverway Along Colorado R. In: 515a, Out: 605a
- 09-27-06: Coffee @ Maverick's, Moab On west side of town; In: 630a, Out: 615a
- 09-27-06: Refuel & Eat: Maverick, Flagstaff, Rte. 89; In: 1107a, Out: 1135a
- 09-27-06: Tucson, Ina Rd @ 301p.
- 6-3-06: Lv: Office @ 610a Friday; Tpk:@ 614a
- 6-3-06: Coffee @ Mac's, I-90@83+\-, In: 659a, Out: 7:13a, Bring In Extra Cup!
- 6-3-06: Coffee Available @ CT. I-84#22; Exit 18, & Exit 15

05-19-06: Refuel Maverick, Flagstaff; In:545a, Out: 623; Buy Coffee Refill & Pastry
05-19-06: Rest UT; Rte: 192#22 ; 2 miles before Bluff; If Right Side Full; Go Left; In:1055MDST, Out: 1130MDST
05-19-06: Refuel: Sam's, G.J. @315p MDST, 94°
05-20-06: Leave G.J. House @ 405a; I-70@ 420a
05-20-06: Coffee; Rifle, Mac's Open: 500a-1100p; Drive Thru: 24-7, Sleep @ Rest Stop: In: 515a, Out: 6:00
05-20-06: CO. Rest: I-70#198, Visitor Ctr; In: 737, Out: 745
05-20-06: CO. Geogetown Rest Area, I-70#228 @ 818a, Good For Nap.
05-20-06: Colorado Springs Exit, I-70#260 @ 835, Traffic Moderate @ 75mph
05-20-06: Refuel & Eat: Julesburg, Flying J, CO, I-76#180; In: 1118a, Out: 1149a
05-20-06: Rest: I-80NE#159.7, In: 1239, Out:230p
05-20-06: Refuel & Eat: Council Bluffs, IA, TA Truck Stop; I-80 Exit# 3; In: 625p Out:650p05-20-06:
05-20-06: ???...Fuel, DeMoines, I-80#135/134?, 10 Less Than Flying J, $2.55
05-20-06: Detour, IA, Accident, Exit I-80#64 @920p - Reenter: I-80#73N: Exit @ 920p Re-enter: 1006p @ Kellog, IA; Lost 1 Hour's Time!
05-20-06: Sleep: IA, I-8#180, In: 1015p, Out:245a on 05-21-06.
05-21-06: Refuel Wash Up: FlyingJ; I-80#292; In: 359, Out: 449a
05-21-06: Refuel, Wash Up & Eat: FlyingJ; I-80#292; In: 422, Out: 506a, 56°
05-21-06: Sleep/Rest: IN Travel Plaza w/Overflow Parking On Right Side Of Parking Lot, w/Shade Trees!: I-80#56, In: 930a, Out:1045a
05-21-06: Rest: I-80,OH #50, In: 116p, Out: 125p
05-21-06: Rest: I-80,OH #139, In: 222p, Out: 245pEDST
05-21-06: Refuel: OH, I-80#226; Sheetz, Pilot: Same Price; Mr Fuel: 2¢ Less← ← ←
05-21-06: Fuel:OH, I-80#234, Flying J, 2¢ Less Than Sheetz ← ← ←
05-21-06: Refuel & Eat, Sheetz, OH, I-80#223, 1.1 mi on Rte 46 to Mahoning corner, In: 412, Out: 440p, Nest Trip: Refuel Sheetz I-80#226
05-21-06: Rest: PA, I-80#87, In: 616p, Out: 700p
05-21-06: Refuel: PA, Sheetz, I-81#168, In: 1019p, Out 1039p, Across From Sam's Club
05-22-06: Sleep/Nap, CT, I-84#40, ½ mile before exit 30, In: 120a, Out: 330a
05-22-06: Arrive: 4 Longfellow Place @ 522 am
09-08-05: Leave Prospect Av . 1007p; Orange Grove: 1023p; 88°
09-08-05: Arizona D.O.T. in median I-10#235 @ 1041p
09-09-05: Rest/Sleep: Orme Rd/Dumas I-17#268N; Temp 74; In: 100a, Out: 220a
09-09-05: Rest Pullian Arpt; I-17#337, Temp: 50 F, Chilly; In: 345a, Out: 530a
09-09-05: Refuel Maverick, Flagstaff, In:544a, Out: 606; Buy Coffee Refill & Pastry
09-09-05: Rest UT; Rte: 192#22 ; 2 miles before Bluff; If Right Side Full; Go Left; In:1030MDST, Out: 1100MDST
09-09-05: UT Construction Delay@ Devil's Canyon Nat'l Forest Area; Rte: 191#60-64; 15 min delay
09-09-05: CO. Rest I-70#227; In: 221p Out:243p; Slept Under Overpass
09-09-05: Refuel: Sam's, G.J. @320p MDST
09-10-05: Rest; CO. I-70#90 Rifle; In: 513a, Out: 555a
09-10-05: Coffee; Rifle, Mac's Open: 500a-1100p; Drive Thru: 24-7
09-10-05: CO; I-70#260; Colo Sprgs @823a
09-10-05: Refuel: Julesburg, CO, I-76#180; In: 1107a
09-10-05: Rest: NE. I-80#159.7; In: 125p, Out: 200p
09-10-05: Rest: NE. I-80#350; Rest Stop; In: 435p, Out: 510p
09-10-05: Sleep: IA. I-8#180, In: 945, Out:217a on 9-11-05
09-11-05: Refuel Wash Up: FlyingJ; I-80#292; In: 359, Out: 449a
09-11-05: Refuel: IA, TA Trk Stop; I-80 IA #3 In: 645p
09-11-05: Rest: IL, I-80#51; In: 551, Out: 630a
09-11-05: Possible Refuel: Salt Springs Rd, OH. Instead Of Speeedway Gas; It's About I-80#225,6,7; It's 5 Cheaper; @ Exit w/ Petro & Pilot
09-11-05: Refuel Speedway; Belmont Av, OH, I-80#229 @310p
09-11-05: Rest: PA, I-80#87, In: 455p Out: 525p
09-11-05: Refuel: Sheetz; PA I-81#168 @825p
09-11-05: Sleep, Sleep: CT. I-84#40; ½ mile Just Before Exit 30 eb. In: 1140, Out: 245a(9-12-05) Temp: 71 @ 245a
09-12-05: Rest/Sleep: CT, I-84#84; Just Before Exit 70 eb; In: 320, Out: 355a
09-12-05: Arrive: 4 Longfellow Pl; 515a
05-17-05: Leave Prospect Av: 1045p; Orange Grove: 1059p
05-17-05: Sleep: Orme / Dugas Rd; I-17#268.5; In: 131a,Out: 245a
05-17-05: Sleep: Pullian Arpt, I-17#337; In: 348a, Out: 510a
05-17-05: Refuel Maverick, FLG @ 525a
05-17-05: ROAD BLOCK; AZ. D.O.T. Rte 89, Mile 426 Northbound @ 6:00a/TU, Ask Southbound Truckers For Road Checks!
05-17-05:        Look For Speed Reduction Signs w/NO Construction Indications, Possible D.O. T. Setup
05-17-05: Rest Stop: UT, Rte 192#22; @ 2 Miles Before Bluff, If Right Side Full; Go Left Side; In:1010aMDST, Out: 1030a MDST
05-17-05: Mesa Mall, G. J. @ 212p,
05-17-05: Refuel Sam's G. J. @ 2 53a
05-18-05: Rest: Glenwood Springs; In Town; I-70#115; In: 500a, Out: 525a
05-18-05: Vail Pass, Mile: I-70#181-184: Temp: 43°; Mile 187-191: 29° @ 630a; Mile 192: 27°; Mile 194: 26°

9-24-05: Gas: PA, I-80@173 Unleaded: 2.639 @ FlyingJ; Refuel Here: Pilot: 2.659; 428 Miles From Boston
9-24-05: Gas: PA, I-80#78.5; BP:; 2 .63.9 & Pilot, Et Al; Approx. 523 Miles From Boston
9-24-05: Refuel @ 623p; Sheetz, OH, I-80#226
9-24-05: Rest; Last Plaza In OH., I-80#19; In: 934p, Out: 1002p
9-24-05: Rest & Eat: IN, I-803147 @ Service Plaza; In: 1035, Out: 1047
9-24-05: Sleep; IN Tpk, I-80#108, 'For Trucks Only' Rest Area, IN; 1125p Out: 755a (9-25-04)
9-25-05: Mac's Coffee; 50¢ @ IN, I-80#56, Tpk Plaza
9-25-05: Gas Up @ Nice/Easy, Hammond, IN, Rte 41, Calumet Av. Gas 16¢ Less Than In OH
9-25-05: Joliet Arrival: 1000a w/ All The Above (Hammond, IN) Detours; Actual Arrival Time: 900a CDST
9-26-05: Leave Joliet/Fairfield Inn @ 635a
9-26-05: Rest: IA, I-80@148 & Eat; In: 1053a, Out: 1130a
9-26-05: Refuel: TA Truck Plaza, IA, I-80#3
9-26-05: Rest, Eat, Sleep: NE, I-80#408; In: 248p, Out: 334p
9-26-05: Cheaper Gas: 2.569 @ NE, I-80#360; 101 Miles From Council Bluff
9-26-05: Cheaper Gas; 2.589 @ NE, I-80#332; 128 Miles From Council Bluff @ Pilot
9-26-05: Check Gas Prices: TA Truck Plaza ; NE, I-80@306; Check Gas Price Comparison To FlyingJ, Julesburg, CO.
9-26-05: Gas Up @ 643p; FlyingJ, Julesburg, CO
9-26-05: Eat @ FlyingJ, Julesburg, CO. Parking Lot; I-76#180; In: 643, Out: 700p
9-26-05: Sleep: CO, I76#66.4; In: 835pMDST, Out405a (9-27-05) Chilly, Need Supplemental Heat: 48° @ 400a
9-27-05: Denver @ 500a/TU, Traffic Very Light, Temp 53°
9-27-05: Denver/Colo Sprgs Exit, I-70#260 @ 510a/56°, Traffic Lite
9-27-05: Coffee Stop @ 531a; Idaho Springs I-80#241A @ Mac's Coffee; Temp:48°, Out: 555a, Eat Snack!
9-27-05: Rest: CO. I-70#201(Good Spot, Isolated, In Woods); Frisco Exit Visitor Center On Opposite Side Of Road ; In: 637a; Out: 722a
9-27-05: Vail Pass, I-70#188 @ 745a: 41°F
9-27-05: Mesa Mall @ 1015a
9-27-05: Refuel Sam's G.J.: @ 1140a
9-28-05: Lv, Bev's: 353a; I-70: @ 405
9-28-05: Rest: 20 minutes; UT. Rte 128/Colorado River Riverway; In: 520 Out: 600
9-28-05: Coffee @ Maverick, In Moab; In: 607a...73 For Refill; Maverick On Left About 1 Mile Past MacDonald's sb.
9-28-05: Refuel: Maverick, FLG. @ 1015a
9-28-05: Phoenix @ 1220p, Traffic Heavy But Moving 70+ / 75 mph In Commuter Lane
9-28-05: I-10; Phoenix @ 1235p; Traffic Heavy But Moving 70+; 75 mph In Commuter Lane
9-28-05: Border Patrol Suburban Vehicle On Shoulder On wb. Side @ I-10#219 @ 134p
9-28-05: Ina Road @ 157p

6-3-05: Lv 4 Longfellow Pl @ 940a; Tpk @ 945
6-3-05: Coffee @ Mac's I-90#??;Just Before Sturbridge Exit & I-84 Split; wb. In: 1030a Out: 1050a
6-3-05: Coffee Available @ CT. I-84#22; Exit 18
6-3-05: Eat & Rest; I-80#55, NY; In: 1242p Out: 122p
6-3-05: Refuel: Sam's Club I-81#168, Wilkes-Barre, @ 317p [Same Price As Sheetz Across The Street]
6-3-05: Eat & Sleep: I-80#194; PA. In: 445p Out: 548p
6-3-05: Eat & Sleep: I-80#30.4, PA. In: 805p Out: 850p
6-3-05: Refuel: Speedway, OH. I-80#229 @ 926p
6-3-05: Sleep: OH; I-30#139; In: 1114p Out: 235a
6-4-05: Sleep; IN, Plaza, I-80#147; In: 451a Out: 645a
6-4-05: Sleep: IN, Plaza, I-80#87; In: 735 Out: 804a
6-4-05: Exit IN Tpk @ 807a; On Sat. Traffic Moving Good & Light To Medium
6-4-05: IN. @ Mile 7-8; I-80/90; It Gets Heavy @ 815a Then Lite @ 3 Mile Marker wb.
6-4-05: @ 820a-825a SA Traffic Heavy Into IL On I-80 Till Toll Gate But Moving Pretty Good
6-4-05: Arrive Louis Joliet Mall @ 912a...Detoured; I-80 Exit 133; Rte 30 /For 12 Miles Thru Town To Mall; Take It, It's An Easy Drive!
6-5-05: Lv Joliet, Fairfield Inn @ 640a
6-5-05: Rest IL., I-80#51.8; In: 755a Out: 900a
6-5-05: Refuel: Flying J, IA, I-80#292 @ 959a
6-5-05: Refuel: Phillips 66, (Across From TA Truck Stop) Council Bluffs, IA. I-80#3 @307a
6-5-05: Rest NE. I-80#432; In: 425p Out: 455p
6-5-05: Refuel: Flying J, CO. I-76#180 @755p
6-5-05: Sleep; CO. I-76#66.4; Temp: 64°F, Fairly Warm For Sleeping!; In: 951p Out: 456a
6-6-05: I-76#6; Traffic Heavy @ 545a; speed 65-70; Movement OK, I-70#260/Colo Sprgs @ 600a
6-6-05: Coffee @ Idaho Springs; Mac's; I-70#241 @ 616a; Out: 632a Temp 44°F
6-6-05: It's June; @ 700a I-70#216 ≈39°F; Mile 199 =36°F To 191; Then 37°F To Mile 186
6-6-05: Rest & Sleep: I-70#121; Grizzly Creek Rest Area, Glenwood Springs; In 815a Out 855a
6-6-05: Mesa Mall, Grand Junction @ 1019a
6-6-05: Refuel: Sam's Club, Grand Junction, CO. @1055a
6-7-05: Leave Bev's, Grand Junction@ 425a; I-70@ 438a; Rte 191, Moab @ 606a (Hi Speed Along Riverway) None To Occasional Traffic

6-4-06: Fuel: IA, I-80#130, QT Fuel, 7-10¢ Less In Des Moines ←  ←  ←
6-4-06: Refuel: Sam's IA, I-80#3 , In: 1025a, Out: 1045a, 89 octane w/Ethanol
6-4-06: Rest, NE, I-80#498+/-, On IA & NE Line,Major, Major;Speed Radar Trap In NE, 8-10 Police Writing & Searches On SU,@ 1045a
6-4-06: Rest, NE, I-80#315, In: 1235p, Out: 1253p
6-4-06: Rest, NE, I-80#160, In: 309p, Out: 330p
6-4-06: Refuel, Eat, FlyingJ, CO, I-76#180, Julesburg, CO, In: 320p, Out: 350p
6-4-06: Refuel, Pblk Ft Morgan, CO, Wal-Mart, I-76#82; Gas 13¢ Less Than Julesburg, CO. ←  ←  ←
6-4-06: Sleep, Grizzly Creek Recreation Area, CO, I-70#121, In: 905p, Out: 515a (6-5-06)
6-5-06: Coffee @ Rifle, I-70#90, @ Mac's, Opus @ 500a, In: 545a, Out: 600a
6-5-06: Sleep, Rifle Rest Stop, I-70#90, In: 604a, Out: 750a
6-5-06: Grand Junction, Mesa Mall @ 855a
6-5-06: Refuel, Sam's GJ., 1000a
6-6-06: Leave Bev's: 359a; I-70 @ 412a
6-6-06: Rest Colorado Riverway, UT, In: 539a, Out: 605a
6-6-06: Coffee Stop, Maverick, Moab, UT, In: 615a, Out: 630a
6-6-06: Refuel, FLO, Maverick, In: 1113, Out: 1133a
6-6-06: Rest, I-17#252, In: 1152a, Out: 1205p
6-6-06: PHX @ 1234p @ Loop 101
6-6-06: TUS, Ina Rd @ 307p

9-24-05: lv Ofc: 820; MA Tpk; 835; Coffee @ Mac's Just Before Sturbridge Turn Off; In: 915a; Out: 930a
9-24-05: I-84#184; Construction Back Up sb. @ 1256p, SA; Stop/Go; Thru Construction @ 111p; Mile 180 Is Construction; Opens Up @ 181
9-24-05: Sam's I-81#168 @ 130p
9-24-05: Sheetz @ PA I-81#168 Same Price As Sam's; Shop There; More Facilities
9-24-05: Took Rte 309 south From Sam's For 15.2 Miles To I-81 Mile 261.7; 30 Minute Drive w/ Lotsa Lites
9-24-05: Rest PA I-80#194; In 300p Out: 335p
9-24-05: Gas: PA, I-80@173 Unleaded: 2.639 @ Flying); Refuel Here; Pilot: 2.659; 428 Miles From Boston
9-24-05: Gas: PA, I-80#78.5; BP-; 2 .63.9 & Pilot, Et Al; Approx. 523 Miles From Boston
9-24-05: Refuel @ 623p; Sheetz, OH, I-80#226
9-24-05: Rest; Last Plaza In OH, I-80#19; In: 934p, Out: 1002p
9-24-05: Rest & Eat; IN, I-803147 @ Service Plaza; In: 1035, Out: 1047
9-24-05: Sleep; IN Tpk, I-80#108, 'For Trucks Only' Rest Area, IN: 1125p Out: 755a (9-25-04)
9-25-05: Mac's Coffee; 50¢ @ IN, I-80#56, Tpk Plaza
9-25-05: Gas Up @ Nice/Easy, Hammond, IN, Rte 41, Calumet Av. Gas 16¢ Less Than In OH
9-25-05: Joliet Arrival: 1000a w/ All The Above (Hammond, IN) Detours; Actual Arrival Time: 900a CDST
9-26-05: Leave Joliet/Fairfield Inn @ 635a
9-26-05: Rest, IA, I-80@148 & Eat; In: 1053a, Out: 1130a
9-26-05: Refuel: TA Truck Plaza, IA, I-80#3
9-26-05: Rest, Eat, Sleep; NE, I-80#408; In: 248p, Out: 334p
9-26-05: Cheaper Gas: 2.569 @ NE, I-80#360; 191 Miles From Council Bluff
9-26-05: Cheaper Gas: 2.589 @ NE, I-80#332; 128 Miles From Council Bluff @ Pilot
9-26-05: Check Gas Prices: TA Truck Plaza ; NE, I-80@306; Check Gas Price Comparison To FlyingJ, Julesburg, CO.
9-26-05: Gas Up @ 643p; FlyingJ, Julesburg, CO
9-26-05: Eat @ Flying), Julesburg, CO. Parking Lot; I-76#180; In: 643, Out: 700p
9-26-05: Sleep: CO, I76#66.4; In: 835pMDST, Out405a (9-27-05) Chilly, Need Supplemental Heat: 48° @ 400a
9-27-05: Denver @ 500a/TU, Traffic Very Light, Temp 53°
9-27-05: Denver/Colo Sprgs Exit, I-70#260 @ 510a/56°, Traffic Lite
9-27-05: Coffee Stop @ 531n; Idaho Springs I-80#241A @ Mac's Coffee; Temp:48°, Out: 555p, Eat Snack!
9-27-05: Rest: CO, I-70#201(Good Spot, Isolated, In Woods); Frisco Exit Visitor Center On Opposite Side Of Road ; In: 637a; Out: 722a
9-27-05: Vail Pass, I-70#188 @ 745a; 41°F
9-27-05: Mesa Mall @ 1015a
9-27-05: Refuel Sam's G.J.: @ 1140a
9-28-05: Lv. Bev's: 353a; I-70: @ 405
9-28-05: Rest: 20 minutes; UT. Rte 128/Colorado River Riverway; In: 520 Out: 600
9-28-05: Coffee @ Maverick, In Moab; In: 607a...73 For Refill; Maverick On Left About 1 Mile Past MacDonald's sb.
9-28-05: Refuel: Maverick, FLO. @ 1015a
9-28-05: Phoenix @ 1220p, Traffic Heavy But Moving 70+ / 75 mph In Commuter Lane
9-28-05: I-10; Phoenix @ 1235p; Traffic Heavy But Moving 70+; 75 mph In Commuter Lane
9-28-05: Border Patrol Suburban Vehicle On Shoulder On wb. Side @ I-10#219 @ 134p
9-28-05: Ina Road @ 157p

6-3-05: Lv 4 Longfellow Pl @ 940a; Tpk @ 945
6-3-05: Coffees @ Mac's I-90#77;Just Before Sturbridge Exit & I-84 Split; wb. In: 1030a Out: 1050a
6-3-05: Coffee Available @ CT, I-84#22; Exit 18
6-3-05: Eat & Rest; I-80#55, NY; In: 1242p Out: 122p
6-3-05: Refuel: Sam's Club I-81#168, Wilkes-Barre, @ 317p [Same Price As Sheetz Across The Street]
6-3-05: Eat & Sleep: I-80#194; PA. In: 445p Out: 548p
6-3-05: Eat & Sleep; I-80#30.4; PA. In: 805p Out: 850p
6-3-05: Refuel: Speedway, OH. I-80#229 @ 926p
6-3-05: Sleep; OH; I-30#139; In: 1114p Out: 235a
6-4-05: Sleep; IN, Plaza, I-80#147; In: 451a Out: 645a
6-4-05: Sleep; IN, Plaza, I-80#87; In: 735 Out: 804a
6-4-05: Exit IN Tpk @ 807a; On Sat. Traffic Moving Good & Light To Medium
6-4-05: IN, @ Mile 7-8; I-80#90; It Gets Heavy @ 815a Then Lite @ 3 Mile Marker wb.
6-4-05: @ 820a-825a SA Traffic Heavy Into IL On I-80 Till Toll Gate But Moving Pretty Good
6-4-05: Arrive Louis Joliet Mall @ 912a...Detoured; I-80 Exit 133; Rte 30 /For 12 Miles Thru Town To Mall; Take It, It's An Easy Drive!
6-5-05: Lv Joliet, Fairfield Inn @ 640a
6-5-05: Rest IL, I-80#51.8; In: 755a Out: 900a
6-5-05: Refuel: Flying J, IA, I-80#292 @ 959a
6-5-05: Refuel: Phillips 66, (Across From TA Truck Stop) Council Bluffs, IA. I-80#3 @307a
6-5-05: Rest NE, I-80#432; In: 425p Out: 455p
6-5-05: Refuel: Flying J, CO, I-76#180 @755p
6-5-05: Sleep; CO, I-76#66.4; Temp: 64°F, Fairly Warm For Sleeping!; In: 951p Out: 456a
6-6-05: I-76#6; Traffic Heavy @ 545a; speed 65-70; Movement OK, I-70#260/Colo Sprgs @ 600a
6-6-05: Coffee @ Idaho Springs; Mac's; I-70#241 @ 616a; Out: 632a Temp 44°F
6-6-05: It's June; @ 700a I-70#216 =39°F; Mile 199 =36°F To 191; Then 37°F To Mile 186
6-6-05: Rest & Sleep: I-70#121; Grizzly Creek Rest Area, Glenwood Springs; In 815a Out 855a
6-6-05: Mesa Mall, Grand Junction @ 1019a
6-6-05: Refuel: Sam's Club, Grand Junction, CO, @1055a
6-7-05: Leave Bev's, Grand Junction@ 425a; I-70 @ 438a; Rte 191, Moab @ 606a (Hi Speed Along Riverway) None To Occasional Traffic
6-7-05: Route 191, Moab @606a
6-7-05: Coffee @ Mac's; Opens @ 600a; Lv Mac's @630a
6-7-05: Time Note: Bev's To Mac's = 1 Hr 45 Min @ HiSpeed Add 10 Min For Normal Speed; Give It 2 Hours For Normal Speed!
6-7-05: Stop & Eat; Kayenta; In: 920 Out: 945