05-18-05: Leadville, CO.:I-70#195; Temp: 26° 630; Road Dry
05-18-05: Rest/Stop; I-70#228.5; In: 705, Out:720a
05-18-05: I-70#260m Colo Sprg Exit, CO. 745a Traffic Moderate To Heavy; Moving OK, 75-80 mph!
05-18-05: I-70#262.5; Traffic Stopped, Large Back Up @ 750a To Mile 267; Construction; 10 Minutes Lost
05-18-05: Definetly Refuel: Julesburg, CO. I-76#180 @ Flying J Fuel Stop On North Side Of Highway Next To CO Rest Area; Gas: 1.999/gal
05-18-05: Refuel Flying J, Julesburg, CO @ 1039a
05-18-05: Gas @ Flying J; NE, I-80#179; 1.989/Gal (1¢ Less Than Co)
05-18-05: Rest/Nap NE, I-80#351; In: 325p, Out: 355p
05-18-05: Refuel TA Truck Stop, Council Bluff's Exit#3, I-80 @ 535p & Good Place To Eat
05-18-05: Rest/Sleep/Eat: IA. IA., I-80#180; In: 830p, Out: 201a; 66° @ 9pm/ 65° @ 201a
05-19-05: Refuel Flying J IA. I-80#292 @ 340a
05-19-05: Wash Up: Flying J, IA. I-80#292; In: 340a, Out: 420a
05-19-05: Rest: IL. I-80#117; In: 620a Out: 645a
05-19-05: Rest: IN. I-80#145.5 Rest Stop Plaza; In:1048 Out: 1120
05-19-05: Refuel Speedway, Belmont Av, OH. @ 248p
05-19-05: Rest: PA. I-80#87; In:432p Out: 500p
05-19-05: Note: Lost 50Min. @ PA..I-80#152 Construction...Back Up @147 Mile;Used Exit 147, Showshoe: Rte 144So.-220 For Go Around
05-19-05: Refuel Pilot, Wilkes-Barre, I-81#175 @ 836p...Refuel @ Sheetz Gas In Future At This Area.
05-19-05: Sleep: Ct.I-84#40(½ Mile Before Exit 30 eb) In: 1139p Out: 245a
05-20-05: Arrive 4 Longfellow Pl @ 445am
04-29-05: Rest, Dumas/Orme I-17/268; In: 138a; Out: 245a
04-29-05: Rest, Pulliam Arpt; I-17/337; In: 346a; Out: 515a
04-29-05: @ 530a; Beginning Of Rte 89; Bridge icy and Lotsa Snow beside Road North Of FLG; Road Clear; Temp: 27
04-29-05: Refuel;Maverick Gas @ 528a
04-29-05: @ Maverick; Buy Medium Coffee; $1.18; It's Lg 18 Ounce; Good Value
04-29-05: Rest & Snack & Plate Change Rte 191#22(If Right Side Full; Go Left Side) 2 Miles Before Bluff: In: 1005; Out: 1030a
04-29-05: Colorado Riverway @ Rte: 128 & 191 @ 12450; Note: NO Previous Rest Stops
04-29-05: Rest @ Westwater; I-70#227 UT, Very Tired; Snooze Under Overpass; In: 145p Out: 210p
04-29-05: Mesa Mall; G.J. @ 235p
04-29-05: Refuel: Sam's @400p (Spent 1 Hour At Mall w/Bev)
04-30-05: Lv Bev's @ 440a; Note: 40 Minutes Late; Coffee @ Rifle's MacDonald's; (Open @ 530a) @ I-70/90 @ 542a;
04-30-05: Rest; Steamboat Sprgs Exit; I-70/116 (Very Tired) In: 650a; Out: 715a
04-30-05: Vail Pass; I-70/176 @ 730a; Temp 27; Road; Some Wet & Snow Spots; Slippery!
04-30-05: Snow Packed Spots: I-70/183-218; Snow Packed; Some Road Showing; Temp: 17.
04-30-05: Refuel: Ft Morgan @ 1010a; Fuel Cheaper In NE.
04-30-05: I-70/260, Colo Sprgs # 846; Temp 31; Traffic Moderate
04-30-05: Eat & Sleep; I-76#180 Co; Rest Area: In: 1140a; Out: 1245p
04-30-05: Refuel Note:...Council Bluff's, UT. Doesn't Have 'Alcohol Gas | REFUEL @ Shell On The Corner.
04-30-05: Refuel: Sam's Council Bluff @635p
04-30-05: Sleep; IA. I-80#180; In: 925p Out: 315a. 'Running About 1 Hour Behind'. Temp@ 930p = 49; Temp @ 315a = 47.
05-01-05: Refuel & Clean-Up: Flying J, IA. I-80#292; In: 451a, Out: 525a 'Running About 1 Hour Late'
05-01-05: Cheap Gas; IL; I-80#56; $2.015!
05-01-05: Quick Rest Stop/Physiological Needs & Eat @ IA; Rest Stop: I-80#90. In: 915a, Out: 935a
05-01-05: Rest; OH. Rest Sop; I-80#19. In: 1158a, Out: 1225p
05-01-05: Refuel: OH. Speedway: I-80#59 @ 102p 'Running About 1 Hour Late'
05-01-05: Rest: PA. Rest Stop; I-80#87. In: 509p, Out: 530p
05-01-05: Refuel: Clearfield, PA. @ 600p
05-01-05: Lost One (1) Hour, Construction...PA.:I-80#147.5-161...SU @ 640p-740p...Seek Alternate Route
05-02-05: Sleep: CT. Rest Area: I-84#40; Just Before Exit 30 eb In Meriden; In: 1210a, Out: 316a
10-07-04: Lv: Apt @ 1052p; Orange Grove/I-10 @ 1104p
10-08-04: Rest I-17#268; Dumas/Orme; In: 134a Out: 250p
10-08-04: Rest I-17#337; Pullian Arpt; FLG, In: 353a Out: 521a
10-08-04: Gas-Up; Maverick, FLG @ 541a
10-08-04: Snack/Plate Chg: Rte 191#22 (right side of road) Just Before Bluff, UT. nb. If Left Side Of Area Full; Drive to Right Side; In:1030aOut: 1055a MDST
10-08-04: Rest: UT; Rte 191#110; In: 1225p Out:100p
10-08-04: Colorado Riverway @ Moab @ 118p; Rte 128, UT.
10-08-04: Mesa Mall, G.J. @ 245p
10-08-04: Gas Up @ 305a @ Sam's, G.J.
10-09-04: Rest CO, I-70#129. In: 540a Out: 608a
10-09-04: Temp Check: @ 705a; CO. I(070@195, Fremont Pass Near Frisco; 24°F
10-09-04: Coffee Stop; Idaho Springs, I-70#241 In; 745a; Out: 800a...Self Serve Coffee Available!
10-09-04: DEN. Colo sprgs Exit; I-80@260 # 817a; Sat; Traffic Light In Oct.

6-7-05: Route 191, Moab @606a
6-7-05: Coffee @ Mac's; Opens @ 600a; Lv Mac's @630a
6-7-05: Time Note: Bev's To Mac's = 1 Hr 45 Min @ HiSpeed Add 10 Min For Normal Speed; Give It 2 Hours For Normal Speed!
6-7-05: Stop & Eat; Kayenta; In: 920 Out: 945
6-7-05: Refuel: Maverick Gas, Flagstaff, Rte 89 @1045a
6-7-05: Phoenix @ 1235p, MO.Traffic Heavy, Bumper to Bumper Yet Moving Fast, 65-70 MPH
6-7-05: Orange Grove & River Rd, Tucson (Marana) @ 223p
5-7-05: Left 4 Longfellow @ 638a. LEAVE: 1 Hour Earlier @ 530a If Possible Or @ 500a!
5-7-05: Coffee Stop; Mass Tpk, Mile: about mile #84 into Tpk., just 3 miles before Sturbridge turn off.
5-7-05: Coffee Also Available: Mac's; I-84, Exit 13 In CT.
5-7-05: Rest Stop: PA. I-814/24.8. In: 1043a; Out: 1130a.
5-7-05: Rest Stop: PA. I-81/158. In: 1204p; Out: 1245p.
5-7-05: Major Delay; Construction: One (1) Hour Delay: PA. I-80; Miles 147-16; Back-Up Starts Almost Driving Onto 1-80.
5-7-05: Cheaper Gas 2.029 @ Pilot: PA. I-80#78, Brookville; 4¢ Less Than Wal-Mart, Clearfield
5-7-05: Eat & Rest, PA. 8-80#30.4; In: 444p, Out: 530p
5-7-05: Rest Stop; IN, I-80#20; In: 1024p, Out: 1100p
5-7-05: Rest Stop; IL, I-80#117; In: 1153a, Out:130p
5-8-05: Sleep; IL, 8080#51;In: 240a, Out: 555a
5-8-05: Refuel, Wash-Up # Flying J; IA, I-80#292; In: 650a, Out: 730a
5-8-05: Search By Statey's: In Iowa; I-80#25 @ 1115a.SU; Search'g Gray Tarus w/Trunk Open & Contents Out On Roadside w/4 Statey Cars
5-8-05: Rest & Eat: I-80#18m IA Rest Stop, In: 1118a, Out: 1135a
5-8-05: Rest Stop; NE, I-80#404, Way Off Road; In: 1235p, Out: 108p
5-8-05: Rest; NE., I-80#227; In: 330p, Outa; 400p
5-8-05: Sleep: CO., I-80#121; Grizzly Creek; In: 1040p, Out: 312a.
5-9-05: Rest/Sleep; Colorado Riverway; UT., Rte. 128#10; In: 616a, Out: 730a.
Note: This Trip Included Side Trip With Overnight Stay In Joliet, IL!
10-22-04: lv Longfellow Place @ 210p; I-90/MA Tpk @ 225p
10-22-04: Vehicle Accident In CT @400p; Back On Road @ 445p @ I-84#34; Lost 1 Hour!
10-22-04: Rest: I-84#55; NY; In: 605p Out: 645p
10-22-04: Refuel: Pilot; PA. I-81#175B @ 935p
10-22-04: Rest/Sleep: PA; I-80#194; In: 1010p; Out: 335a
10-23-04: Rest: PA. I-80#87.5; Excellent Dark Area; In: 515a; Out: 640a
Info: Gas-Up: PA. I-80#78; Gas 5¢ Less Than W-B. Opens @ 500a; Also There: Mac's, FlyingJ, TA, BP, Et Al.
10-23-04: Rest: PA. I-80#30.8; In 745a Out 830p
Info: Gas-Up: Speedway Gas; I-80#229 in OH.; also: # 226 & 227 &228, Shell et al ; 7¢ Cheaper Than PA.
10-23-04: Gas @ Sam's; OH. Hudson/Toledo: I-80#59; Thru exit; drive straight to Aviation Hiway & Go Left To Spring Meadow Shop'g Ctr.
Info: Gas-Up: OH. I-80#59; Straight Thru Exit & 1st Lite Is Speedway On Left; Gas Is 2¢ Cheaper Than Sam's
10-23-04: Rest: IN. I-80#87; In: 211p Out 245p
Info: Traffic Flow Very Good Thur Indiana/Chicago Area; Saturday @ 245p
Info: Fairfield Inn; Rm 121/ 1st Floor Has Refrigerator & Near Exit Door.
Info: Left Fairfield Inn/Joliet @ 646a.On 10-24-04
10-24-04: Refuel: IA. I-80#292; In: 902a
10-24-04: Rest: IA. I-80#206; In: 10:35a Out: 11:15a
Info: Gas-up DeMoines: I-80#125, 126, & 136; Gas same price as FlyingJ @ I-80#292
10-24-04: Refuel Council Bluffs @ 230p
Info Refuel: Gas 8¢ Less @Wal Mart I-76#125 in CO; Than FlyingJ; NE. @ I-80#179; Chk Mileage From Council Bluffs
10-24-04: Refuel NE. I-80#179; FlyingJ @ 706p
10-24-04: NE. @ I-80#382; 2 NE. State Police going through red car wb. Be Careful!
10-24-04: Rest; NE. I-80#405; In: 328p, Out: 410p
10-24-04: Rest/Sleep; CO. I-76#66A(not B); In: 855p, Out: 1205a; Newly Built Rest Area.
10-25-04: Rest, CO. I-50#137; In: 430a, Out: 600a; A Scenic Pull Out; Gd Area
10-25-04: Grand Junction @845a/Monday...Note: Lotsa Rest Stops; Very Difficult Due To Joliet Stop.
10-25-04: Refuel Sam's GJ. @ 1030a
10-26-04: Lv Grand Junction @ 356a; Cisco Turn Off I-70#212 @ 445a
10-26-04: Moab, Rte 191 @ 552a; Mac's @ 557a (Opens @ 600a) Lv Mac's @ 622a
10-26-04: Info: Monticello, UT; @ 717a; Deer Hit Going sb; Just Before Days Inn Motel
10-26-04: Location: Rte 160 & 89 @ 928a; 10 miles south of Tuba City on Rte 160 & Rte 89 goes into Flagstaff.
10-26-04: Refuel Maverick/FLG @ 1021a; Left Maverick Gas @ 1035a
10-26-04: Location: I-17/FLG @ 1044a; PHX = 144 miles
10-26-04: Info: No Rest Stops: 1 Skunk Miss; 1 Rabbit Miss; 1 Deer Hit!
10-26-04: PHX Commuter Lane @ 1221p; End Commuter Lane @ 1247p; Mile 163/Chandler
10-26-04: Info: Border Patrol In Ford Cars w/Blue&Red Lites In Median @ I-10AZ#203 nr. Toltec Rd/Eloy
10-26-04: Orange Grove Rd @ 1550; Limberlost @ 210p

10-09-04: DEN, ColfaxAve; I-70#262 @ 819a
10-09-04: MacDonald's @ I-70#264; Near Exit, Easy Off & On
10-09-04: Rest NE; I-80#124.5; In 1112a Out 1142a MDST
Info Refuel: Gas 8¢ Less @Wal Mart I-76#125 in CO; Than FlyingJ; NE. @ I-80#179; Chk Mileage To Council Bluffs
10-09-04: Gas Up: @ 130a: FlyingJ NE. I-80#179
10-09-04: Rest NE. I-80#380; In 427p Out: 500p
10-09-04: Sleep, IA. I-80@180; In 855p Out: 228a; 52°F; @ 930p; Very Comfortable w/ Sweater.
10-10-04: Refuel: FlyingJ;IA. I-80#292; Shaved & Coffeed: In: 407a Out: 450a
10-10-04: Rest: IL; I-80#117; In: 747a Out: 715a
10-10-04: Chiago Construction Area @ 745a; SU; Traffic medium; Moving Well; Doing 70-75mph in 45 mph Zone
10-10-04: IN. Toll Road @ 810a/Mile 21; I-80; Odometer: 194.4
10-10-04: Rest: OH; I-80#97; IN: 1242p Out: 1255p
10-10-04: Gas Up: FlyingJ; OH, I-80#234 @ 252p Out: 315p; Wash Up, Snack, Bowel Reliefl
10-10-04: Gas Up: Wal-Mart; Clearfield, PA. @ 514p
10-10-04: Gas Price Note: At Speedway @ Exit I-80#228; OH. 2¢ Less Than @ FlyingJ @ I-80#234
10-10-04: Gas Price: 5¢ Less @ Wilkes Barre @ 1.949
10-10-04: Scranton @ I-80/380 @755p @ I-84#4 @ 808p
10-10-04: Sleep CT,I-84#40 (1/2 mile before exit 30 going eb) In: 1037 Out: 330 [to sleep @ 1107p]
10-11-04: MA Pike @430a; Left Rest Area @ 330a
10-10-04: Boston: Longfellow Place @ 522a...65-70-75 mph Thru CT & MA to Longfellow Place
9-10-04: Rest @ Dumas/Orme; I-17#268; In: 255a; Out: 310a
9-10-04: Rest; Pullian Arpt; FLG In: 420a; Out: 545a. MacDonald's Open @ 600a
9-10-04: Rest @ Sand Island Boat Launch; Rte: 191, UT # 22, Just Before Bluff, UT; In: 1055a; Out: 1150a.
9-11-04: DEN: I-80#260, Colo Sprgs @ 814a; Exit 262 @ 816a
9-11-04: Rest: NE; I-80#314; In: 316p Out: 340p
9-11-04: Rest: IA.I-80#180; In: 840 Out: 155a...Night Time Stop!
9-12-04: Wash Up; Fuel: FlyingJ/Conoco: I-80, IA#292; In: 355 out: 420
9-12-04: Rest: I-80 IN Tpk; 1st Rest Stop: In: 715 Out: 800a
9-12-04: Rest: CT. I-84#40+/-, (Just Before Exit 30 eb); In: 1105p Out: 315a
9-13-04: Left CT. Rest: I-84#40+/- @ 318a; Ar: Boston, Longfellow Pl @ 515a To Wash Up.
5-8-04: Rest:In @ 237am Out 350a @ Orme/Dugas Rd; Mile268.8N; Exit 268/I-17; JustBeforeOverpassOnRight; Excellent Pullout; Isolated
5-8-04: Sleep: Pullian Arpt; In 454a Out 554a
5-8-04: Parade in Kayenta; In line @ 904a; Break Through @ 915a
5-9-04: Coffee @ Rifle @ 600a. MacDonald's Opens: 530a
5-9-04: Rest Stop (Scenic Overlook) @ I-70#161; In 715a Out 800a; Good Area; Sleepable
5-9-04: DEN, I-70#259 @ 925a
5-9-04: DEN, I-70#2621 Colfax Av @ 927a
5-9-04: Lotsa State Police On Sunday On I-70 in Colorado & I-76
5-9-04: Rest: CO, I-70#180; In 1210p Out 1250p
5-9-04: Sleep: IA; I-80#180;In 952; Out 118a on 5-10-04
5-10-04: Sleep: IL; I-80#117; In 615a Out 700a
5-10-04: Rest: I-84CT#2; In 1115a Out 430a; Direct To Storage: I-93
5-11-04: Mileage: Clearfield, PA to I-93 Storage = 480 miles [Wal-Mart Gas: M-Sa: 6a-11p; Su: 7a-11p]
9-20-03: I-70 CO#190 and east: Vail Pass: 27°
9-20-03: @ Frisco; ½ hr rest; I-70; CO # 203
9-20-03: Colo Sprgs exit 260; I-70 @ 832a; SA; traffic moderate; moving well
9-20-03: W. Colfax;# 2760-I-70 @ 832; SA: traffic moderate & moving well
9-20-03:Rest @ CO; I-70#664; In:@ 940a Out 1003a
9-20-03:Sleep: IA: I-30#180; In: 853p Out on 9-21-03 @ 414a
9-21-03 : IL; 8-80#75; Crazy D & 372 Fling J is 3-4¢ cheaper than IA.
9-21-03: Rest/Sleep @ I-84#28; Rest Area; In@ 1150 Out: on 9-22-03 @ 444a then direct to storage
5-10-03: Much longer time to Denver because of snow, ice on I-70 from #141 through Denver
5-10-03: Denver I-70/26 0 @ Colo Sprgs @#  832a
5-10-03: Denver I-70/262 W. Colfax Av @ 833a
5-10-03: Rest & Eat: I-80/66.4; CO.; In: 940a; Out @: 1025
5-10-03: Rest & Eat @ I-870/270; NE. In: 345p Out: 431p
5-10-03: Rest & Eat @ I-80/180: IA; In: 957p; Out: 500a
5-11-03: Rest Stop @ Ct Welcome Ctr; I-94/2; In: 1249a; Out: 430a
9-6-02: Rest for 1 hour @ I-17#260
9-6-02: Rest for 45 min @ Pullian Arpt, FLG
9-7-02: @708a; (eb): CO; I-70#190; super, excellent Rest Area; Sleepable; Just Beyond "Truck Parking" sign; In @ 708a; Out @ 738a
9-7-02: @ 935a: DEN, I-70#260: Colo Sprgs @ 935a
9-7-02: @350p; Rest Area; Eat & Nap On I-80#350,NE.; In @ 35p0; Out @ 425p

9-24-04: lv Longfellow Place @ 815p (1-2 Hours Late); MA Tpk # 825p
9-24-04: Rest: CT. I-84#62; In: 1110p Out: 1255a; Rest Area To Right Of Exit ½ Mile; Not Marked As A Rest Area!
9-25-04: Rest: PA. I-81#156-58; In: 315a Out: 500a
9-25-04: Rest PA: I-80#196; In: 606a Out: 705a
9-25-04: Rest PA: I-80#146.5; In 747a Out 821a
9-25-04: WashUp&Fuel: PA I-80#120 Clearfield; WalMart/Optima Gas; Used Lavatory To Wash Up; In: (For Gas) 855a; Left Mac's @ 930a
9-25-04: @ 240p: Fuel Holland/Toledo OH; I-80#59
9-25-04: Rest IN I-80#607; In 525p Out ?
9-25-04: @ 840p; ReFuel: FlyingJ/Conoco, IA. I-80#292
9-25-04: Sleep IA I-80#206; In 1100p Out 611a
9-26-04: Coffee Break; Great Coffee Break @ MacDonald's: IA, I-80#93...Coffee: 42¢
9-26-04: @ 930a; I-80#3; Council Bluffs, IA; Sam's Gas Open 600a To 900p; 7 Days/Week
   Sam's Gas Station Hours: 6:00a To 9:00p Su-Sa; 7 Days / Week
9-26-04: Rest Stop, NE. I-80#316; In: 1200p Out: 1225p
9-26-04: @ 220a, Fuel: FlyingJ/Conoco, NE. I-80#179
9-27-04: @ 916a, Fuel: Sam's, G.J.; Sleep In G.J.
   Moab: 43 miles from Cisco turn - 1½ Hours From Fruita
   @ Rte. 191, Moab: 602a; Mac's @ 604a; Opens @ 600a; Lv Mac's @ 620a
   @ Rte. 89 @ 945 AZ time & 1045a Mt. DST
9-28-04: @ 1045a, Fuel: Maverick/FLG,
   @ I-17 @ 1114a; Note: No Rest Stops!
   @ Loop 101 PHX @ 1255p; Commuter Lane @1255p; TUS exit @ 106p
   TUS Highway: I-17 @ 107p; End commuter Lane @ 120p; Mostly 80 mph thru PHX
   @ Orange Grove @ 225p;
9-28-04: @240: Fuel @Sam's TUS...
   NOTE: NO REST STOPS FROM G.J. TO TUS!||5-22-04; Lv Boston: 704p
5-22-04; Rest/Sleep; I-84; PA. #24.8; In 1115p Out: 5-23-04@1240a
5-23-04: Sleep; I-80 PA @219.8; In: 216a Out: 430a
5-23-04: Rest: I-80 #64 (Clarian,PA) In: 815a Out: 835a
5-34-04: Rest: IA, I--80#180; In 744p Out: 810p
5-24-04: Sleep; NE; I-80#432; In 1215a Out: 545a
5-25-04: Rest: Rte 191, 22N before Bluff, UT, n/b: In: 900a Out: 945a
10-06-03; Lv Boston @ 840p
10-06-03; Rest Stop: I-84NY#55; In: 1125p Out 1215a
10-08-03; Sleep: I-80CO#66.4; In 1100a Out 100p (10-9-03)
10-10-03; Sleep; Utah; Devil's Canyon Campground; Rt 191#59.5; In 330a Out 500a
5-24-03; Lv Boston @ 908p
5-24-03; Rest Stop; I-84, NY; In' 1155p Out; 2:00a
5-25-03; Rest Stop;I-31Pa#156.6-158;In:405a;out: 530a
5-25-03; Rest Stop I-80PA#190; In: 640a Out: 715a
5-25-03; Rest Stop; I-;80IL#117; In: 525p; Out: 605p
5-26-03; Rest Stop: I-80CO#180; In: 950a Out: 1030a
5-26-03; Slept: I-80NE#405; Great Separation: In: 1240p; Out: 600a
5-26-03; Arrive G.J. @415p
5-27-03; Rest Stop: Rte. 191 south Of Bluff, Sands Campgrd: In: 3:10p Out: 3:40p
9-22-02; Rest @ PA; I-84, mile 1 or 2 Welcome Ctr; Exit 11; In 1225a, Out 140a.
9-22-02; Rest @ PA I-80#285.5; In 340a Out 430a
9-22-02; Rest PA; I-80#194 In 515a Out 615a
9-22-02; Rest @ OH; I-80#236; In 930a Out 950a
9-22-02; Belmont Av; I-80#229; OH is 5¢ cheaper than Clearfield, PA, I-80#120.
9-22-02; Rest OH tpk, I-80#97; In 1200p Out 1230p
9-22-02; lv Joliet motel @ 700a
9-23-02; Rest IA, I-80#180; In 1115a Out 1130a
9-23-02; Sleep Overnite: CO @ Rest (Stop) Area I-76#66.4; In 820p Out 430a
9-24-02; wb DEN @ 520a; Traffic medium; Not Lite Traffic!
9-24-02; wb; @ 620a was 32° @ Silverthorne/Dillon & snow on mountain tops & at Frisco township
9-24-02; Rest Stop; large area very sleepable;CO;I-70#190;Temp 29°;Very Cold, Note:this is only 3rd week of Sept;finish trips by end of Sept
7-16-02; I-84 @ 930p leaving MA Tpk.
7-17-02; @ 1215a Rest @ Metamoras, PA I-84 Welcome Ctr; Out @ 100a Lotsa parking; No Trucks Allowed At Night!
7-17-02; @ Rest PA I-80#194; In @ 340; Out @ 525a
7-17-02; @ Rest PA, I-80#30.8; In: 805a Out: 835a
7-17-02; @ 1235p OH Tpk West Toll exit
7-17-02; @ 200p; FR; on I-80/94 wb on IL/IN line: a 4-5 mile backup, moving v v slow from IN mile 2.9 to IL toll booths @ CDST

9-7-02: @840p; Eat & Sleep in IA; *-80#180; In @ 840p; Out @315a
9-7-02: @ 515p; Eat & Rest @ I-80@87, PA; In @ 515p; Out @ 615p; VV Good Rest Stop, Good Separation .
6-28-02; lv apt @ 1254a; I-10 @ 106a @ Orange Grove; During hot weather; leave earlier if possible like 1200a!
6-28-02; refuel in FLG @ 540a after 40 min. sleet at Pullian Arpt in FLG
6--28-02; Arrived G.J. approx. 130a & CO 1 hour ahead of AZ time.
6-29-02: Lv G.J. @ 545a; I-70 @ 455a; Leave earlier; get up at 300a to leave at 400a.
    Coffee at Macs @ Rifle; Opens at 530a
    Coffee available in Idaho Springs; CO: I-80#241; when leaving earlier
6-29-02; DEN; CO, I-70#262 @ 810a; Colo Sprgs exit; moderate traffic; heavy west bound; week-end traffic; SA.
6-29-02; DEN; CO, I-70#262 @ 312a Colfax Av; moderate traffic
6-29-02; DEN; CO, I-70# 264; lotsa services in outskirts of DEN; close to exit
6-29-02; Rest Stop; I-80#66.4; 21 minutes; CO excellent rest area, newly constructed
6-29-02; NE; N.Platte area @ 130p very hot & humid; 98°.
6-29-02; NE; I-80#2760 rest stop; 15 minutes rest and eat.
6-29-02; IA; I-80#180; Slept & Ate; In: 840p Out: 255a; Approx: 6 hours.
6-30-02; SU: refuel Flying J; I-80#292 IA. Refuel & Wash-Up; In: 440a Out: 505a
6-30-02; IN: refuel I-80/94#15; fuel is 15¢ cheaper than 4th July; Holiday Prices in S. Bend; Exit just before IN Tpk
   lv aprt: 10-7-01 @217a; I-10 @ 229a @ Maverick Gas, FLG @ 625a
       TUS light rain; PHX clr; FLG lite rain; overcast most of AZ & UT.
2-23-02: left apt @ 130a; Orange & I-10 @ 141a
2-23-02: 10 minute coffee stop @ MacDonald's in FLG
2-23-02 @ 620a; refuel @ Maverick's In FLG
   10-7-01/SU; 35 minute rest at UT: rte 191/N22;rest area for license plate change and snooze. Entered @ 950am; left 1025am.
2-23-02@ 1020a rest stop @ Devils Canyon Campground in UT. on rte 191, mile 59.,5; ar 1020a;dep1105a
2-23-02 @ 1210p: stopped to eat @ Colorado River Riverway: ar 1215; dep: 1230 (15 min)
   10-7-01/SU; in Moab, UT. @ 12050/SU.
2-23-02@ 200p arrive G.J.
   10-7-01/SU; arrive G.J. exit 26/I-70 business @ 1250; gorgeous weather, 71' & clear.
   10-8-01/MO; 40 minute rest/sleep stop on CO, I-70/#150 eastbound; No facilities, off road, sleepable.
2-24-02/SU@ 415; lv G.J.;415a dep. Bev's place; arrive DEN mile 975 @ 735a
2-24-02/SU: Snow from before Eagle, CO to just before DEN, mile 221; Vail & Summit, snow was heavy; roads still passable!
   10-8-01/MO; lv. G.J. @ 500am; Columbus Day (no government employees working); lighter traffic in Denver.
2-24-02/SU Arrive DEN mile 269 approx @ 730a
   10-8-01/MO; arrive Denver at 841am @ I-70/#265
5-4-02/SA; in Den @ mile 260 (outskirts) @ 742a, @ mile 262 @ 744a (Bus: I-70); lite traffic on SA
   10-8-01/MO;. Denver @ 845am; lite to moderate traffic on Columbus Day
5-4-02/SA, @ I-76#269@750a DEN
5-4-02/SA; @ exit 12 (I-76/Ft Lipton @ 802a; traffic lite all thru DEN on Saturday; Still lots of construction east of Denver
   10-8-01/MO; great music, easy listening; KISR, 107.1f/Greeley, CO; Denver & east of Denver.
2-24-02/SU @ 820, I-76 mile 66.4 rest area ar.. 840; lv @ 910a
5-4-02/SA; pulled in I-80#194.4 rest area for eat and sleep @1255a; lv @ 125p
2-24-02/SU@ 245p; rest stop @ I-80 in NE 2 mile 270; ar.. 200p; dep 245p
5-4-02/SA; pulled in I-80@350;NE. @ 330; lv @ 410p
2-24-02/SU@910p; Slept in IA on I-80; mile 180; ar. 910p dep 400a
   10-8-01/MO; slept @ I-80#180; IA; left sleep area at 615a in IA; left Bev's @ 5:00am
2-25-02/MO@ 420a; Wash up @ Flying J in IA on I-80 #292; Shave, et al; used Professional Drivers facilities
   10-9-01/TU; left Ammana, IA @ 740a; after wash up and clean up
2-25-02/MO; rest stop I-80,IL@#54; ar 630 dep 720a
2-25-02/MO; onto PA; I-80 @ 440p
2-25-02/MO: PA I-80 # 120; Clearfield = lotsa & lotsa Services, Food, Gas , et al
5-05-02;1140p; slept in CT Exit 2 Rest Stop for 2h20m & At About 2:30a left for BOS!...165+ to Boston.
2-25-02/MO; Arrive Boston office @ 945p

6-3-06: Refuel & Eat; Sheetz, PA, I-81#168 acrosss From Sam's, In: 1100a, Out: 1120a
6-3-06: Refuel, Psbl: Pilot; Same Price As Sheetz @ PA, I-81#256, 1st Exit wb Onto I-80W ← ← ←
6-3-06: Rest/Sleep: PA, I-80#194, Gd Separation, Quiet, In: 1233p, Out: 1:13p
6-3-06: Refuel, Psbl: PA, I-80#78, Brookville, Sheetz & FlyingJ, Gas 2¢ Less Than On I-81#268; 510 Miles From Boston ← ← ←
6-3-06: Refuel: FlyingJ, OH, I-80#234, In: 356p, Out: 418p
6-3-06: Refuel, Psbl: Speedway 10¢ Less Than FlyingJ, @ OH, I-80#229 ← ← ←
6-3-06: Rest/Nap, OH, I-80#139, In: 543p, Out: 600p
6-3-06: Sleep/Eat, IL, I-80#51.8, In: 1035p, Out: 412a (6-04-06)
6-4-06: Refuel, Wash, Snack, IA, I-80#292, In: 511a, Out: 606a
6-4-06: Fuel: IA, I-80#136, QT Fuel, 7-10¢ Less In Des Moines ← ← ←
6-4-06: Refuel: Sam's IA, I-80#3 , In: 1025a, Out: 1045a, 89 octane w/ethanol
6-4-06: Rest, NE, I-80#498+\–, On IA & NE Line,Major, Major,Speed Radar Trap In NE.,8-10 Police Writing & SearchesOn SU,@ 1045a
6-4-06: Rest, NE, I-80#315, In: 1235p, Out: 1253p
6-4-06: Rest, NE, I-80#160, In: 309p, Out: 330p
6-4-06: Refuel, Eat, FlyingJ, CO, I-76#180, Julesburg, CO, In: 320p, Out: 350p
6-4-06: Refuel, Psbl: Ft Morgan, CO, Wal-Mart, I-76#82; Gas 13¢ Less Than Julesburg, CO. ← ← ←
6-4-06: Sleep, Grizzly Creek Recreation Area, CO, I-70#121, In: 905p, Out: 515a (6-5-06)
6-5-06: Coffee @ Rifle, I-70#90, @ Mac's, Open @ 500a, In: 545a, Out: 600a
6-5-06: Sleep, Rifle Rest Stop, I-70#90, In: 604a, Out: 750a
6-5-06: Grand Junction, Mesa Mall @ 855a
6-5-06: Refuel, Sam's G.J., 1000a
6-6-06: Leave Bev's: 359a; I-70 @ 412a
6-6-06: Rest Colorado Riverway, UT, In: 539a, Out: 605a
6-6-06: Coffee Stop, Maverick, Moab, UT, In: 615a, Out: 630a
6-6-06: Refuel, FLG, Maverick, In: 1113, Out: 1133a
6-6-06: Rest, I-17#252, In: 1152a, Out: 1205p
6-6-06: PHX @ 1234p @ Loop 101
6-6-06: TUS, Ina Rd @ 307p

9-24-05: lv Ofc: 820; MA Tpk: 835; Coffee @ Mac's Just Before Sturbridge Turn Off; In: 915a; Out: 930a
9-24-05: I-84#184: Construction Back Up sb. @ 1256p, SA; Stop/Go; Thru Construction @ 111p; Mile 180 Is Construction; Opens Up @ 181
9-24-05: Sam's I-81#168 @ 130p
9-24-05: Sheetz @ PA I-81#168 Same Price As Sam's; Shop There; More Facilities
9-24-05: Took Rte 309 south From Sam's For 15.2 Miles To I-81 Mile 261.7; 30 Minute Drive w/ Lotsa Lites
9-24-05: Rest PA I-80@194; In 300p Out: 335p
9-24-05: Gas: PA, I-80@173 Unleaded: 2.639 @ FlyingJ; Refuel Here: Pilot: 2.659; 428 Miles From Boston
9-24-05: Gas: PA, I-80#78.5; BP:; 2 .63.9 & Pilot, Et Al; Approx. 523 Miles From Boston
9-24-05: Refuel @ 623p; Sheetz, OH, I-80#226
9-24-05: Rest; Last Plaza In OH., I-80#19; In: 934p, Out: 1002p
9-24-05: Rest & Eat: IN, I-803147 @ Service Plaza; In: 1035, Out: 1047
9-24-05: Sleep; IN Tpk, I-80#108, 'For Trucks Only' Rest Area, IN; 1125p Out: 755a (9-25-04)
9-25-05: Mac's Coffee; 50¢ @ IN, I-80#56, Tpk Plaza
9-25-05: Gas Up @ Nice/Easy, Hammond, IN, Rte 41, Calumet Av. Gas 16¢ Less Than In OH
9-25-05: Joliet Arrival: 1000a w/ All The Above (Hammond, IN) Detours; Actual Arrival Time: 900a CDST
9-26-05: Leave Joliet/Fairfield Inn @ 635a
9-26-05: Rest: IA, I-80@148 & Eat: In: 1053a, Out: 1130a
9-26-05: Refuel: TA Truck Plaza, IA, I-80#3
9-26-05: Rest, Eat, Sleep: NE, I-80#408; In: 248p, Out: 334p
9-26-05: Cheaper Gas: 2.569 @ NE,I-80#360; 101 Miles From Council Bluff
9-26-05: Cheaper Gas: 2.589 @ NE, I-80#332; 128 Miles From Council Bluff @ Pilot
9-26-05: Check Gas Prices: TA Truck Plaza ; NE. I-80@306; Check Gas Price Comparison To FlyingJ, Julesburg, CO.
9-26-05: Gas Up @ 643p: FlyingJ, Julesburg, CO
9-26-05: Eat @ FlyingJ, Julesburg, CO. Parking Lot; I-76#180; In: 643, Out: 700p
9-26-05: Sleep: CO, I76#66.4; In: 835pMDST, Out405a (9-27-05) Chilly, Need Supplemental Heat: 48° @ 400a
9-27-05: Denver @ 500a/TU, Traffic Very Light, Temp 53°
9-27-05: Denver/Colo Sprgs Exit, I-70#260 @ 510a/56°, Traffic Lite
9-27-05: Coffee Stop @ 531a; Idaho Springs I-80#241A @ Mac's Coffee; Temp:48°, Out: 555a, Eat Snack!
9-27-05: Rest: CO. I-70#201(Good Spot, Isolated, In Woods); Frisco Exit Visitor Center On Opposite Side Of Road ; In: 637a; Out: 722a
9-27-05: Vail Pass, I-70#188 @ 745a; 41°F
9-27-05: Mesa Mall @ 1015a
9-27-05: Refuel Sam's G.J.: @ 1140a
9-28-05: Lv. Bev's: 353a; I-70: @ 405
9-28-05: Rest: 20 minutes; UT, Rte 128/Colorado River Riverway: In: 520 Out: 600
9-28-05: Coffee @ Maverick, In Moab; In: 607a...73 For Refill; Maverick On Left About 1 Mile Past MacDonald's sb.

9-28-05: Refuel: Maverick, FLG. @ 1015a
9-28-05: Phoenix @ 1220p, Traffic Heavy But Moving 70+ / 75 mph In Commuter Lane
9-28-05: I-10; Phoenix @ 1235p; Traffic Heavy But Moving 70+; 75 mph In Commuter Lane
9-28-05: Border Patrol Suburban Vehicle On Shoulder On wb. Side @ I-10#219 @ 134p
9-28-05: Ina Road @ 157p

6-3-05: Lv 4 Longfellow Pl @ 940a; Tpk @ 945
6-3-05: Coffee @ Mac's I-90#??;Just Before Sturbridge Exit & I-84 Split; wb. In: 1030a Out: 1050a
6-3-05: Coffee Available @ CT. I-84#22; Exit 18
6-3-05: Eat & Rest; I-80#55, NY; In: 1242p Out: 122p
6-3-05: Refuel: Sam's Club I-81#168, Wilkes-Barre, @ 317p [Same Price As Sheetz Across The Street]
6-3-05: Eat & Sleep: I-80#194; PA. In: 445p Out: 548p
6-3-05: Eat & Sleep; I-80#30.4, PA. In: 805p Out: 850p
6-3-05: Refuel: Speedway, OH. I-80#229 @ 926p
6-3-05: Sleep: OH; I-30#139; In: 1114p Out: 235a
6-4-05: Sleep; IN, Plaza, I-80#147; In: 451a Out: 645a
6-4-05: Sleep: IN, Plaza, I-80#87; In: 735 Out: 804a
6-4-05: Exit IN Tpk @ 807a; On Sat. Traffic Moving Good & Light To Medium
6-4-05: IN. @ Mile 7-8; I-80/90; It Gets Heavy @ 815a Then Lite @ 3 Mile Marker wb.
6-4-05: @ 820a-825a SA Traffic Heavy Into IL On I-80 Till Toll Gate But Moving Pretty Good
6-4-05: Arrive Louis Joliet Mall @ 912a,...Detoured; I-80 Exit 133; Rte 30 /For 12 Miles Thru Town To Mall; Take It, It's An Easy Drive!
6-5-05: Lv Joliet, Fairfield Inn @ 640a
6-5-05: Rest IL, I-80#51.8; In: 755a Out: 900a
6-5-05: Refuel: Flying J, IA, I-80#292 @ 959a
6-5-05: Refuel: Phillips 66, (Across From TA Truck Stop) Council Bluffs, IA. I-80#3 @307a
6-5-05: Rest NE. I-80#432; In: 425p Out: 455p
6-5-05: Refuel: Flying J, CO. I-76#180 @755p
6-5-05: Sleep; CO. I-76#66.4; Temp: 64°F, Fairly Warm For Sleeping!; In: 951p Out: 456a
6-6-05: I-76#6; Traffic Heavy @ 545a; speed 65-70; Movement OK, I-70#260/Colo Sprgs @ 600a
6-6-05: Coffee @ Idaho Springs; Mac's; I-70#241 @ 616a; Out: 632a Temp 44°F
6-6-05: It's June; @ 700a I-70#216 =39°F; Mile 199 =36°F To 191; Then 37°F To Mile 186
6-6-05: Rest & Sleep: I-70#121; Grizzly Creek Rest Area, Glenwood Springs; In 815a Out 855a
6-6-05: Mesa Mall, Grand Junction @ 1019a
6-6-05: Refuel: Sam's Club, Grand Junction, CO. @1055a
6-7-05: Leave Bev's, Grand Junction@ 425a; I-70@ 438a; Rte 191, Moab @ 606a (Hi Speed Along Riverway) None To Occasional Traffic
6-7-05: Route 191, Moab @606a
6-7-05: Coffee @ Mac's; Opens @ 600a; Lv Mac's @630a
6-7-05: Time Note: Bev's To Mac's = 1 Hr 45 Min @ HiSpeed Add 10 Min For Normal Speed; Give It 2 Hours For Normal Speed!
6-7-05: Stop & Eat; Kayenta; In: 920 Out: 945
6-7-05: Refuel: Maverick Gas, Flagstaff, Rte 89 @1045a
6-7-05: Phoenix @ 1235p, MO.Traffic Heavy, Bumper to Bumper Yet Moving Fast, 65-70 MPH
6-7-05: Orange Grove & River Rd. Tucson (Marana) @ 223p

5-7-05: Left 4 Longfellow @ 638a. LEAVE: 1 Hour Earlier @ 530a If Possible Or @ 500a!
5-7-05: Coffee Stop; Mass Tpk, Mile: about mile #84 into Tpk., just 3 miles before Sturbridge turn off.
5-7-05: Coffee Also Available: Mac's; I-84, Exit 13 In CT.
5-7-05: Rest Stop: PA. I-814/24.8. In: 1043a; Out: 1130a.
5-7-05: Rest Stop: PA. I-81/158. In: 1204p; Out: 1245p.
5-7-05: Major Delay; Construction: One (1) Hour Delay: PA. I-80; Miles 147-16; Back-Up Starts Almost Driving Onto I-80.
5-7-05: Cheaper Gas 2.029 @ Pilot: PA. I-80#78, Brookville; 4¢ Less Than Wal-Mart, Clearfield
5-7-05: Eat & Rest, PA. 8-80#30.4; In: 444p, Out: 530p
5-7-05: Rest Stop; IN, I-80#20; In: 1024p, Out: 1100p
5-7-05: Rest Stop; IL, I-80#117; In: 1153a, Out:130p
5-8-05: Sleep: IL, 8080#51;In: 240a, Out: 555a
5-8-05: Refuel, Wash-Up # Flying J; IA, I-80#292; In: 650a, Out: 730a
5-8-05: Search By Statey's: In Iowa; I-80#25 @ 1115a.SU; Search'g Gray Tarus w/Trunk Open & Contents Out On Roadside w/4 Statey Cars
5-8-05: Rest & Eat: I-80#18m IA Rest Stop, In: 1118a, Out: 1135a
5-8-05: Rest Stop; NE. I-80#404, Way Off Road; In: 1235p, Out: 108p
5-8-05: Rest; NE., I-80#227; In: 330p, Outa; 400p
5-8-05: Sleep: CO., I-80#121; Grizzly Creek; In: 1040p, Out: 312a.
5-9-05: Rest/Sleep; Colorado Riverway; UT., Rte. 128#10; In: 616a, Out: 730a.

Note: This Trip Included Side Trip With Overnight Stay In Joliet, IL!
10-22-04: lv Longfellow Place @ 210p; I-90/MA Tpk @ 225p
10-22-04: Vehicle Accident In CT @400p; Back On Road @ 445p @ I-84#34; Lost 1 Hour!
10-22-04: Rest: I-84#55; NY; In: 605p Out: 645p

7-17-02; @ 226p thru IL toll booths @ CDST.(Central Daylight Savings Time)
7-17-02: @ I-55/I-80 IL @ 250pCDST
7-17-02: @ Joliet rest area I-80#51 In @ 358p; Out @ 430p
7-17-02: @ Omaha Rest Area; I-80@432; In @ 1055p Left: 530a (7-18-02)
7-18-02: @ NE. Rest Area: I-80#432; Not that much separation
7-18-02: @ NE. Rest Area: I-80#405; better separation and way off road and verified
7-18-02: @ 815a; Wash up @ Holiday In (Old Ramada) in Kearney; I-80#272
7-20-02: @ lv Grand Junction @ 335a; I-70 @ 345a
7-20-02: @ 512a; @ rte 191; in town Moab @ 515a
7-20-02: @; Rest on rte 191 mile 29; In: 650a Out: 712a
7-20-02: @; Tuba City, AZ; MacDonalds @ 830a on rte 160, AZ
7-20-02: @; Phoenix @ 1145a/SA., MST.
7-20-02: @; 108p; Ina Rd
5-20-02/MO; left 4 Longfellow Pl @ 1000p
5-21-02/TU; 1 hour Rest Stop @ NY, I-84/25; in @ 130a out @ 230a
5-21-02/TU; 45 min rest stop in PA on I-80/146; in @ 530a, out @ 615a
5-21-02/TU; 25 min rest stop in OH Tpk mile 170 +/–
5-22-02/WE; in NE. I-80/ 193; in @ 615a, out @ 640a; 35 min.
5-22-02/WE; in CO; slept I-76/66.4, Rest area very clean; separate stalls; OK for washup 48° and cold, frost on windows; use truck side
5-23-02/FR; CO. in Denver; I-76/11 @ 530a; moderate-slightly heavy traffic and moving well
5-24-02/TH; Hi-Way accident rte 191 mile 77 in UT; 27 min delay
5-24-02/TH; PHX @ 100p (picked up an hour entering AZ) Heavy traffic but moving nicely; use pool lane up to 300p
5-24-02/TH; TUS @ 225p!
10-23-01/TU; left 4 Longfellow Pl @ 11:00p
10-24-01/WE; PA., I-80#245; rest stop, pulled in @ 410a for eats & rest; left @ 510a
10-24-01/WE; PA., I-80#87; ½ hour plus rest; enter @ 735a, left @ 820a
10-24-01/WE; IN.: refuel in LaPorte, IN. @ 130p...Heavy very slow moving traffic approaching IL. line and on I-80 in IN. & IL
10-24-01/WE; arrive Joliet motel @ 330p; Heavy very slow moving traffic approaching IL. and on I-80 in IN. & IL & slow traffic to Joilet!
10-25-01/TH; left Joilet motel @545a
10-25-01/TH; IL. rest area I-80#51, arrive 705a, left 805a; 1 hour rest & still tired!
10-25-01/TH; IA. rest area I-80#148, arrive 1135a, left 1230p
10-25-01/TH; IA.; refuel in Minden IA @ 2:30a
10-25-01/TH; CO.; slept I-76#180 Welcome Ctr; in 745p; left @ 315a; off highway yet still heard trucks passing by! G.J. @ 1020a
10-26-01/FR; thru Denver @ 530-545am @ 60-75mph; moderate traffic that early but moving well.
10-26-01/FR; Fremont Pass; 17° dry road, some visible snow on mountain tops
10-26-01/FR; Vail Pass; 17° dry road, some visible snow on mountain tops
10-26-01/FR; slept Glenwood Springs Rest Area on I-70#121 for 1 (one) hour; arrived G.J. @ 1020a at the Mall.
10-26-01/FR; stopped at Macs in Rifle for coffee and to eat a muffin & arrived G.J. @ 10:20a at the Mall.