EXHIBIT 2

# TUCSON-BOSTON NECESSITIES & TO DO FOR TRIP

Bring Chilled Drinks (not frozen), about 3-4 for start of Trip.
Hand/face wipes and/or wet face cloth
Heavy duty stockings for when sleeping in cold climates
Bring extra fuel can for all trips:
   Low fuel indicator ON between 2 last white hash marks.
Motel Directories
Make enlargement of Trip Tik from AAA
   Need '0' - Total Mileages on TripTik
Need 'propane' heater for cab of truck
Interest: NE. weigh station at Exit 420, just east of Lincoln:
     All Trucks Stop & Pick-Ups With Trailers
Tarp (thin) to cover product in bed from rain

Emergency Supplies:
   Small brush/Broom
   A rag
   Winter outer clothing
   Small shovel - mini shovel @ Harbor Freiught
   Red cloth
For Traction:
   An old carpet
   Burlap bag
   Flat tire repair cans - 2
   Rain coat and pants, plastic

Addenda:
   Need a large face alarm clock & timer; preferable a mechanical one that winds up so can see the numerals.

EXHIBIT 3

**Where can I use the FAST LANE?**
Your FAST LANE transponder can be used in Massachusetts and on EZ-Pass equipped toll facilities in:

**Massachusetts Turnpike Authority** (including the Sumner and Ted Williams Tunnels)
**Massachusetts Port Authority** (Tobin Memorial Bridge)
**MBTA/Amtrak Parking Garage** (FAST LANE transponders only)
**New York State Thruway Authority:** Entire Thruway including the New Rochelle Barrier, Yonkers Barrier, Tappen Zee Bridge, Spring Valley (commercial only), Harriman Barrier, City Line Barrier, Black River Barrier and Grand Island Bridges.
**Port Authority of New York & New Jersey:** Bayonne, George Washington and Goethals Bridges, Holland and Lincoln Tunnels and Outerbridge Crossing.
**Metropolitan Transit Authority Bridges and Tunnels:** Bronx-Whitestone, Cross Bay, Henry Hudson, Marine Parkway Gil Hodges, Throgs Neck, Triborough and Verrazano-Narrows Bridges and Brooklyn-Battery, and Queens Midtown Tunnels.
**New Jersey Highway Authority:** Garden State Parkway.
**New Jersey Turnpike Authority:** New Jersey Turnpike.
**South Jersey Transportation Authority:** Atlantic City Expressway.
**Delaware Department of Transportation:** Interstate 95 and Route 1.
**Delaware River Port Authority:** Commodore Barry, Walt Whitman, Ben Franklin and Betsy Ross Bridges.
**Delaware River and Bay Authority:** Delaware Memorial Bridge.
**Maryland Transportation Authority:** Francis Scott Key Bridge, Fort McHenry, William Preston Lane Jr. Memorial (Bay) Bridge, Gov. Harry W. Nice Memorial Bridge, Thomas J. Hatem Memorial Bridge, John F. Kennedy Memorial Highway and Baltimore Harbor Tunnels.
**West Virginia Parkways:** West Virginia Parkways - Economic Development and Tourism Authority: West Virginia Turnpike.
**Pennsylvania Turnpike Commission:** Pennsylvania Turnpike.
**Buffalo and Fort Erie Public Bridge Authority:** Peace Bridge.
**New York State Bridge Authority:** Bear Mountain Bridge, Newburgh-Beacon Bridge, Mid-Hudson Bridge, Kingston-Rhinecliff Bridge, Rip Van Winkle Bridge.
**Virginia Department of Transportation:** Dulles Toll Road, Dulles Greenway, Coleman Bridge, Chesapeake Expressway, Powhite Parkway, Boulevard Bridge.
**Maine Turnpike Authority**
**New Hampshire Department of Transportation-Bureau of Turnpikes:** Hampton, Hooksett, Bedford.
**Illinois State Toll Highway Authority:** North-South Tollway, Tri-State Tollway, Ronald Reagan Memorial Tollway, Northwest Tollway.
**Indiana Transportation Finance Authority:** COMING SOON!

**Important:** When you open your FAST LANE account, you must wait 3 days before using your new FAST LANE transponder to travel on EZ-Pass equipped toll facilities outside of Massachusetts.

# EXHIBIT 4

| Contact | Company | Phone | Bus. Alt Phone | Alt Bus Pager | Mobile Phone | Home Phone | Fax | E-mail Address | Web Site | Address 1 | City | State/Prov | ZIP | Address 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBIN AHUMADA | | 520-294-1006 | | | | | | | | 5929 S ALASKA CIR | TUCSON | AZ | 85706 | |
| LEONARD ALLEN | | 928-753-3455 | | | | | | | | N HOLLYWOOD | N HOLLYWOOD | CA | 90078 | |
| MARK & BEVERLY ANDERSON | | 970-242-8057ext | | | 970-242-8057 | 970-245-6570 | | hellolrichardbeller@gmail | | 278 MOUNTAIN VIEW ST | GRAND JUNCTION | CO | 81503-2029 | |
| SHARON ARKIEWICZ | | 207-798-5124 | 207-773-7723 | | | | | | | | PORTLAND | ME | | |
| HARRY ARNOLD | | 207-285-8072 | | | 818-415-7072 | | | | | | PALMDALE | CA | 93550 | |
| ANDRE AROLN (O-ch4) | | 617-899-1664 | | | | | | | | 3348 BLUE SAGE DR | WALTHAM | MA | 02154 | |
| JAMES ISAL ATERSA | | | | | 617-569-2279 | | | | | 124 TREMONT ST | TAUNTON | MA | 02780-2905 | |
| JEFFREY BAKER | | 508-824-9770 | | | | | | | | 1336 N. PORTOFINO CIR | TUCSON | AZ | 85741 | |
| HAZEL BALKAN(Bohm) | | 520-297-9129 | | | | | | | | 7836 N PORTOFINO CR | TUCSON | AZ | 85741 | |
| HAZEL BOHM BALKIN | | | | | | | | | | 236 KIMBALL RD | LUNENBURG | VT | 05906 | |
| B BENDER BAER | | | | | 503-302-7046 | | | | | AMERICA WEST AIRLINES | PHOENIX | AZ | 85034 | Hope 3 Sky HARBOR BLVD |
| GUS BARY | | 502-693-2395 | | | | | | | | 69 HAZEL ST | SALEM | MA | 05104 | |
| MIKE & WANDA BELISLE | | 978-745-4421 | | 866-867-4293 | 978-835-2395 | 978-745-4421 | | residue1shed@aol.com www esopsoft.com/our HAZEL ST | | 42 CLAY PITS RD | SCARBOROUGH | ME | 04074 | |
| GARY BERENSON | | 207-575-5106perk | | | | | | | | 3375 W INA RD #101 | TUCSON | AZ | 85741 | |
| ROGER BIEDE | | 207-773-5922 | | | | | | | | 119 FOREST PARK APT 2 | PORTLAND | ME | 04103-1729 | |
| MELVILLE CHURCH BLAIR | | | | | | | | | | 8 ROSS RD | BRIGHTON | MA | | |
| CONRAD / BLETZER, JR. | | 617-254-5694 | | | | 617-296-5022 | | | | 6909 MARKET ST | TUCSON | AZ | 85741 | |
| HAZEL BOHM | | 520-297-9128 | | | 520-477-1899 | | | | | 7936 N PORTOFINO CR | TUCSON | AZ | 85741-4833 | |
| JEFFERY A BOHM | | 520-297-1781 | | | 520-577-0445 | | phandelsolutions@verison | | | 7367 E STONEY CANYON CR | TUCSON | AZ | 85704-3218 | |
| MELINDA ELLEN BOHM | | 520-742-3315 | | | 520-377-0206 | | | | | 7562 N PASEO DEL NORTE | TUCSON | AZ | 85128 | |
| ANTHONY TONY BONGUILO | | 617-561-7211 | | | | | | | | 18 FINNYPORT ST | E BOSTON | MA | | |
| ERIK ZIPPER BROTT | | | | | 781-662-5439 | | | | | | REVERE | MA | | |
| CARL BRUNO | | 617-389-4993ofw | 617-381-1777fna | | 817-563-11022 | | | | | | | | | |
| KIM BUNNEE CAIRNS | | 520-408-3009 | 520-393-4053 220ahr | | | | | | | | | AZ | 85421 | |
| RICHARD CALLAHAN | | 781-663-8911 | | | 781-640-4571 | | | | | 8 ROSS RD | LEXINGTON | MA | 82421 | |
| RICHARD CALLAHAN | | 508-unpubl'd | | | | | | | | 8 ROSS RD | LEXINGTON | MA | 82421 | |
| MARLENE MARCH CANDELARIA | | 520-820-5168 | | | | | | | | 4320 N GREEN VALLEY DR | TUCSON | AZ | 85739 | |
| MARC CANTOR | | 508-877-3646 | | | 617-818-1092 | | | | | 9 LOWRY RD | FRAMINGHAM | MA | 01701 | |
| LOUISE CARDONE | | 508-696-9920 | | | | | | | | 40 ALPHA RD | DORCHESTER | MA | 02122 | PO BOX 96 |
| CIRSTEN CARLE | | 914-478-4403 | | | | | | | | 4005 E KILMER ST | TUCSON | AZ | 85711-2821 | |
| DORITHEA CARLE | | 508-441-1902 | | | | | | www.groodyshumpe.com/2120 N STONE AV | | | HASTINGS HUDSON | NY | 10706-1035 | |
| FLETCHER CARTER | | 508-678-0900 | | | | | | | | 765 N. BROADWAY - APT 10 | HAVERHILL | MA | 01864 | |
| KENNETH CARTIER | | 225-775-6453 | | | | | | | | 164 CROSS ST | LOWELL | MA | 01854 | |
| KELLY CHEROPETH | | 978-440-1947 | | | 781-278-5100 | | | | | 1001 E PROSPECT LN | TUCSON | AZ | 85719 | |
| ROBERT & CAROL CHIVERS | | 617-382-1510 | | | | | | | | 130 APACHE WAY | TEWKSBURY | MA | 01876 | |
| RACHAEL S CIPOLETTA | | | | | | 617-387-1610 | | | | 98 MAPLEWOOD AV | EVERETT | MA | 02149 | |
| JOE & SANDRA CONTI | | | | | 225-222-3912 | | | | | 8 ROSS RD | LEXINGTON | MA | 02421 | |
| MARY CORBETT | | 840-775-7875 | 940-690-1720ost | | 840-944-2995 | | | | | 8901 RED ROCK PLZ - STE 201 ST THOMAS | | VI | 00802-1305 | |
| WILLIAM BILL CORBETT | | 617-926-2970 | | | | | | | | 485 ARSENAL ST | WATERTOWN | MA | 02472 | ARSENAL MALL |
| PETER COTTONE, JR | | 781-489-6522 | 617-962-8301 | 781-652-0869 781-760-0102 | | | | | | 185 ARSENAL ST | WATERTOWN | MA | 02472 | |
| DR PETER P COTTONE, JR | | 708-660-3296 | | | | | | | | 29 WOOD ST | WOBURN | MA | 01801 | |
| WILLIAM COTTS JR. | | 225-775-6457 | | 225-213-0706 225-413-8819 | | | | | | 2972 COMITE DR | BAKER | LA | 70714 | |
| ST. & MARY D'AGOSTINO | | 781-286-8194 | | 781-858-2947 | 781-284-1178 docfhdstudios@users | | | | | 243 REAR BROADWAY | REVERE | MA | 02151 | |
| ROBERT A DAVIS | | 227-594-9574 | | | | | | | | OLD ORCHARD PIER | OLD ORCHARD | ME | | CITY HALL |
| BENJAMIN P "BENNY" DeCHRIST | | 617-646-4800 | 617-646-1269 | | | | | | | 98 BILLOWS ST | WINTHROP | MA | | |
| BEN DeCHRISTOFORO | | 617-523-1455 | | | 617-719-2600 | | mbj_dion@hotmail.com | | | 29 WOOD ST | WOBURN | MA | 01801 | |
| THOMAS DeMATOLOMEO | | | | | 617-536-3300 | | | | | 28 BILLOWS ST | NILES | IL | 60648 | |
| N DION | | | | | | | | | | PO BOX 6585 | BOSTON | MA | 02134 | |
| M H DION | | 520-498-5688 | | | | | | | | PO BOX 1017 | TUCSON | AZ | 85719-1137 | |
| M H DION | | 520-498-9596 | | | | | | | | 1307 E PROSPECT LN | TUCSON | AZ | 85719-1137 | |
| M H DION | | 781-430-6931 | | 817-430-3200 | | | | mh_dion@hotmail.com | | 1507 E PROSPECT LN | TUCSON | AZ | | |
| M H DION | | | | | | | | | | 261 RICE AV | REVERE | MA | 02151 | |

| Contact | Phone | Ext. | Alt Phone | Alt Ext | Pager | Mobile Phone | Home Phone | Fax | E-mail Address | Web Site | Address 1 | City | State/Zip | Address 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NORMAN & EVELYN DION | 407 | | | | | | | | | | 8630 SILVERLACE LN #208 | BOYNTON BEACH | FL 33436 | |
| ALEXANDER DITELBERG | 617-734-8960work | | | | | | | | | | 2385 BEVERLY RD | CHESTNUT HILL/MA | 02467 | |
| DENNIS LEONARD DITELBERG | 617-469-2563 | | | | | 617-922-4454 | | | | | 27952 N PASEO DEL NORTE | TUCSON | AZ 85704-2018 | |
| DENNIS LEONARD DITELBERG | 417-523-4493 | | | | | 617-922-4454 | | | | | DEL RICK AV | REVERE | MA 02151-1749 | |
| GEORGE/SANDRA DONALDSON | 504-357-0250 | | | | | 617-794-5096 | | | | | 1720 WASHINGTON ST | BOSTON | MA 02111 | |
| TIMOTHY & MARK DONAVAN | 508-563-0464 | | | | | | | | | | 72 PLEASANT ST | WELLESLEY | MA 02482 | TUFTSMEDC 3802 |
| JOSHUA/JANE DITELBERG | 708-488-0658 | | 617-520-72639,106 | 617-601-4283 | 617-734-5598 | | | | | | 347 KEYSTONE AV | RIVER FOREST | IL 60305-2023 | |
| JULIA DION DITELBERG | 917-440-4499 | | | | | 917-287-7998 | | | | | 433 AMSTERDAM AV, APT 4N | NEW YORK | NY 10024 | |
| JULIAN DITELBERG | 617-887-2397 | | | | | | | | | | 14 BLOOMINGDALE ST, #208 | CHELSEA | MA 02150 | |
| ED & DEE DOCUTO | | | | | | | | | | | 20 OAKLAND ST, APT 3 | CAMBRIDGE | MA 02139 | |
| RALPH A EDGAR | 520-572-8955 | | | | | | | | | | | BATON ROUGE | LA 70806 | |
| MARCIE K GOODNER | 520-742-4227 | | | | | | | | | | 5 RED WING LN | CHERRYDALE | KY | |
| MICHAEL & MARY BETH GREEN | 904-979-1373 | | | | | | | | | | 1721 W ORANGE GROVE RD, S | TUCSON | AZ 85704 | |
| MICHAEL JAY GREEN | 520-881-4941 | | | | | 520-312-0399,520-546-4272,520-742-4824 | | | | | | | | |
| MICHAEL JAY GREEN | 520-624-3445 | | | | | 520-906-8661 | | | | | 2730 E CROYDEN | TUCSON | AZ 85716 | |
| ASPEN GREEN-SHOCHAT | 520-795-2590 | | | | | 520-906-8661 | | | | | 1440 N SPUNE AV | TUCSON | AZ 85716 | |
| JUDITH GRICE | 617-864-8922 | | | | | | | | | | 95 GOLD STAR RD | CAMBRIDGE | MA 02140 | |
| BETTY GUENTHER | 847-695-6347 | | 847-682-3039 | | | 847-502-3891 | | | | | 5012 PALM ST | MCHENRY | IL 60050 | |
| RICHARD W GUENTHER | 847-360-1758 | | | | | pwguth@webtv.net | | | | | 3226 S N SHERIDAN RD, LOT 7 | ZHAL/REGIN | IL 60087-1712 | |
| MONICA JANESKA HAIMES | 520-787-0826 | | | | | | | | | | 8267 N ORACLE RD, #240 | TUCSON | AZ 85704 | |
| CHIP CHARLES HANF | 617-241-0951 | | | | | 617-284-8169 | | | | | 38 ALLSTON ST, RM#3 | CHARLESTOWN | MA 02129-1902 | |
| BRENDA HARDY | 603-895-1229 | | | | | 603-303-7846 | | | | | 15 EVELYN AV | RAYMOND | NH 03077-2028 | |
| DRENIA HARDY | 802-812-9514 | | | | | 802-303-0839 | | | | | | | VT | |
| BRIAN/WENDY HARRISON | 908-537-7972 | | | | | 808-819-1606 | | | | | 2274 BROOKS RIDGE DR | SUN PRAIRIE | WI 53590 | |
| EDMUND E JACQUES | 617-596-3434WRK | | | | | 617-721-5391 | | | | | 46 FOWLER ST | UPTON | MA 01568 | |
| RASMUS JOHANSEN | 917-443-4439 | | | | | 917-505-9101 | | 617-306-2080www.skyplanetacts.com | | | 935 AMSTERDAM AV, APT 4N | NEW YORK | NY 10024 | |
| CHUCK / ROBIN & LAURIE JOHNSON | 781-891-0676 | | 781-891-8716alt | | | 781-718-7430 | | | | | 33 WALNUT ST | SAUGUS | MA 01906 | |
| JOHN SHERMAN KARP | 301-933-7236 | | | | | | | 301-983-1767 | | | | 13625 COUNSELMAN RD | POTOMAC | MD 20854-5023 | |
| NORMAN KASPUTIS | 508-757-2522 | | | | | | | | | | 9 WINNIPEG ST | WORCESTER | MA 01606 | |
| SOL & MARCIA GAYA KATZEN | | | | | | | | | kolb90@hotmail.com | | 5321 WASHINGTON ST | W ROXBURY | MA 02132 | |
| TOM & LUCIA KENNEY | 617-469-5548 | | | | | | | | | | 5A FLANNON DR | FRAMINGHAM | MA 01701 | |
| STAN & LILLIAN LARUS | 508-877-3604 | | | | | | | | | | 16 CLEVELAND RD | BROOKLINE | MA 02445 | |
| FRANCES LANDAU(Sher) | 617-566-2393 | | | | | | | | | | | | | |
| NICOLINA/MARGARET/MARGIE | 978-276-3314 | | | | | 781-646-6498,978-500-5294,978-664-6216 | | | | | 421 SHADY HILL DR | N READING | MA 01864 | |
| WILLIAM BILL LANDOLFI | 978-664-6216 | | | | | | | b80ian@hotmail.com | | heatherwatt2@bj-law.com | | 4 LONGFELLOW PL, STE 3802 | BOSTON | MA 02114 | |
| HEATHER DENNIE LEE | 617-523-4453 | | | | | | | | | | 303 Centennial Dr | BLUE BELL | PA 19422 | |
| JEANNETTE M LEIGHTON | 610-272-4349 | | | | | | | | | | 909 IRON HURSE DR #4 | HARDLEY | PA 19067-1694 | |
| MARK STEPHAN LEVINE | 281-313-2455 | | | | | 979-732-7486 | | | | | 16 ORKNEY ISLE CT | SUGARLAND | TX 77479 | |
| SHANNON LEWIS | 602-750-9392 | | | | | | | | | | | TUCSON | AZ 85704 | |
| JEANNETTE M LEIGHTON | 602-750-9392 | | | | | 719-445-1309 281-313 2455 | | | gwmette_i@johan.fore | | | | | |
| MARY ELLEN MACOLINI | 617-484-8500 | | | | | | | | | | | | | |
| BERNIE MADRIGAL | 508-772-2681 | | | | | | | | | | 38 BELAIRE RD | BELMONT | MA 02478 | |
| CONCETTA LUCRETIA MAEDRA | 800-540-7865work | | | | | 620-493-4824 | | | | | 80 PORTLAND | AYER | ME 04106 | |
| TONY/DEIDRE MARTINEZ | 706-438-3016 | | | | | | | | | | 1721 IVY LN | NORTHBROOK | FL 60062 | |
| MARY & STEVE MANN | 520-836-6978 | | | | | | | | | | | | | |
| DOUGLAS ROBERT MATHAIS | 520-742-0013 | | | | | | | | | | 7562 N PASEO DEL NORTE | TUCSON | AZ 85704 | |
| LARRY MEADS | 617-289-4146 | | | | | | | | | | 207 LEE BURBANK HWY | REVERE | MA 02151 | |
| CHARLES MELLO | 617-846-6278 | | | | | 617-962-1014 | | | | | | REVERE | MA | |
| STEVE MERING | 781-485-6919 | | 781-614-8466Engineer | | | 617-771-8300 | | | | | 261 RICE AV | REVERE | MA 02151 | |