| Company | Contact | Phone | Ext. | Alt Phone | Alt Ext. | Pager | Mobile Phone | Home Phone | Fax | E-mail Address | Web Site | Address 1 | City | State | Zip | Address 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RHODA MERRILL | 207-772-0655 | | | | | 207-871-4574 | | | | | 11 COBHAM ST | PORTLAND | ME | 04103 | |
| | WARREN P MERRILL | 610-873-4240 | | | | | 610-453-4511 | | | | | 302 Centennial Dr | BLUE BELL | PA | 19422 | |
| | PHIL MELSTEIN | 520-546-3272 | | 520-885-0909 | | | 520-400-2294 | | | | | 4724 E BURKE LN | COTTONWOOD | AZ | 86326-5921 | |
| | BRUCE MOORE | 781-871-1897 | | | | | | | | | | | | | | | |
| | ROBERT MOORE | 978-851-2061 | | 207-697-7568 | | | 978-852-9404 | 517-930-6879 978-851-2051 | | | | 3 OLD BOSTON RD | TEWKSBURY | MA | 01876 | |
| | JIM MURRAY | 517-245-5013 | | | | | | | | | | | | AUNSFIELD | MA | 01890 | |
| | MICHELE MA | 617-389-1995 | | | | | 781-910-9315 | | | | | 30 CRYSTAL COVE AV | WINTHROP | MA | 02125 | |
| | DR JOHN NILES | 617-742-3055 | | | | | | | | | | | 1500 CHARLES RIVER PLZ | BOSTON | MA | 02114 | C/O |
| | ALAN ORSTEIN | 517-235-4400 | | | | | | | | | | | WELLSLY OFC-PK | WELLSLY | MA | 02181 | CAMBRIDGE ST |
| | ALAN ORSTEIN | 517-332-3375 | | | | | | | | | | | 90 EDWARDS ST | NEWTON | MA | 02IXX | |
| | JEANNE PALMS | 207-373-2560 | | | | | | | | | | | 90 EDWARDS ST | PORTLAND | ME | 04102 | |
| | ANGELA PALMIERI | 781-322-1997 | | | | | | | | | | | | MALDEN | MA | | |
| | LOUIS PANDINI | 781-321-5011 | | | | | | | | | | | 5542 E BRYANT AV | TUCSON | AZ | 85706-3974 | |
| | MARTIN PARBA | 520-574-3010 | | | | | 520-406-3786 520-691-7622 | | | | | | TUCSON | AZ | | |
| | MARK PAYAN | 520-294-9005 | | | | | 520-404-7700 | | | | | | | | | |
| | TODD PETERSON | 515-653-4055 | | | | | | | | | | | P O BOX 98 | ASHLAND | KS | 67831 | |
| | PETER JOHN PIANTUOSI | 781-321 | | | | | | | | | | | 139 EASTERN AV | MALDEN | MA | 02148 | |
| | KELLY KAY RAMREZ | 520-577-5659 | | 877-574-7021 | | | 520-405-1995 | | 520-577-1502nancesoz@Prudential-lobe | | | 1730 E RIVER RD #200 | TUCSON | AZ | 85718 | |
| | GARY PHILLIP RIOUX | 727-949-8674 | | | | | 727-584-9306 | | | | | 26413 CRASSWOODS BLVD-40 PORT RICHEY | | FL | 34668 | |
| | GARY & KATHY RIOUX | 727-368-2914 | | | | | 727-868-2916 | | | | | 9514 WHITMAN LN | PORT RICHEY | FL | 34663 | |
| | CARY PHILLIP RODX | 407-334-6369 | | | | | 407-348-1291 | | | | | 25 TERESA CT | CASSELBERRY | FL | 32707 | |
| | MARK RUSSETTO | | | | | | 201-697-8993 | | | | | 12 SECKLE ST | CAMBRIDGE | MA | 02141 | |
| | HAROLD M ROSENBERG | 508-358-7071 | | | | | | | | sparky72p@gmail.net | | | 37 FORTY ACRES DR | WAYLAND | MA | 01778 | |
| | RONNY SACCOCCIO | 617-xxx-xxx | | | | | | | | | | | 58 OTIS ST | CAMBRIDGE | MA | 02IXX | |
| | JOE SANTORO | 508-374-3018 | | | | | | | | | | | | REVERE | MA | | |
| | BONNIE MAE SASHIN | 617-466-0580 | | | | | 781-266-5642 | | | | | 886 BEVERLY RD | CHESTNUT HILL/MA | | 00467 | |
| | FRED & ANNE SHARRON | 508-432-3357 | | | | | | | | | | | 7 WILLIAMSBURG AV | E HARWICH | MA | 02645 | |
| | DEBBIE SHERLOW | 520-299-8154 | | | | | | | | | | | 9661 N INDIAN TRAIL RD | TUCSON | AZ | 83790 | |
| | STEVEN SHOCIAN | 520-293-3735 wk | | | | | 520-396-2735 | | | | www.cactushomes.no | | | TUCSON | AZ | | |
| | WALTER J SILVA | 413-245-3357 | | | | | | | | 520-250-8566 | | | TOWN OF MASS | AMHERST | MA | 01003 | |
| | WALTER J SILVA | 617-233-0046 | | | | | | | | | | | 808 TREMONT ST - Br | BOSTON | MA | 02110 | |
| | JOE & NORMA SILVA | 508-880-4300 | | | | | | | | | | | 484 CEDAR ST | TAUNTON | MA | 02780 | |
| | JOE ALLEN SILVA | 508-375-9289 | | 978-468-9757 508-728-3808 508-890-6823 | | | | | | | | | 908 TREMONT ST | W BARNSTABLE | MA | 02668 | |
| | REILLY JULIA SILVA | 508-830-8578 | | | | | 508-472-1625 | | | | | | 34-36 BAST ST | MIDDLETON | MA | 02790 | |
| | PHILLIP SIMS | 978-762-7344 | | | | | | | | | | | 91 INLAND ST | LOWELL | MA | 01852 | |
| | IRENE SLOSSBERG | 508-453-3357 | | | | | 520-971-0597 | | | | | 2018 E LIVINGSTON DR | TUCSON | AZ | 85710 | |
| | DIANNA SOMMARY/COLON | 520-750-1455 | | | | | | | | dfamiycolon@Earthcare.nc | | | 2302 SOUTH 4TH ST | SUN MANUEL | AZ | 85631 | |
| | ROBERT STIRN | 520-355-2913 | | | | | 603-390-0896 | | | | | 25 EVELYN AV | RAYMOND | NH | 03077-2028 | |
| | PAUL SWEENEY Jr. | 813-866-1229 | | | | | | | | | | | 10101 E SUNRISE DR | TUCSON | AZ | 85730 | PINNACLE CANYON APTS |
| | LISA TALIMAN | 520-825-0056 | | | | | 520-285-2208 520-622-7147 520-784-7582 | | | | www.horsedepot.com | | 9688 E BROADWAY | TUCSON | AZ | 85716 | |
| | MIKE TESTA | 520-794-7065 | | 520-520-3050 charlei | | | | | | | | | | WALTHAM | MA | 02154 | |
| | JIM BUGSY & TINA TURPIN | 617-894-4765 | | | | | | | | 520-297-8429 | | | | | | | |
| | DAVID B TYNE | 520-742-1672 | | 520-887-8577 | | | | | | | | | | TUCSON | AZ | | |
| | ARTHUR ROBERT VALENZUELA | 520-574-2149 yes | | 520-971-5501 tel | | | | | | | | | ORANGE A LA CANADA | TUCSON | AZ | 85155 | |
| | PATSY La Treat VEROS | 520-237-1990 | | | | | 520-237-1990 | | | | | | MEDFORD | | | | |
| | MARSHA WEBB | 617-295-6964 | | | | | | | | | | | 7934 ALTA PL | CARLSBAD | CA | 92009 | |
| | ALLISON BOHM WEDDE | 617-848-3086 | | | | | | | | | | | | WINTHROP | MA | | |
| | EDDIE WEISBERG | 781-284-8349 | | | | | 239-292-3690 | | | | | 125 RIDGE RD | REVERE | MA | 02151 | |
| | JULIE WEISBERG | 781-284-8346 | | 781-765-8877 781-492-6629 | | | | | | | | | 125 RIDGE RD | REVERE | MA | 02151 | |
| | MOLLY WEISBERG | 520-682-7476 | | | | | | | | | | | 11375 W MONSOON TRL | TUCSON | AZ | 85743 | |
| | MARIA ROSAWELLS | 508-857-4207 | | | | | | | | | | | | MAYNARD | MA | 01754 | |
| | LUTHER WILLIAMS | 520-212-6178 | | | | | 520-312-6178 | | | | | 705 E ALVORD RD | TUCSON | AZ | 85706 | |
| | MARTHA WILSON | 520-744-0100 | | | | | | | | | | | 925 W CALLE MEDINA | TUCSON | AZ | 85706 | |
| | MARY TAPIA WILSON | 520-885-0160 | | | | | | | | | | | | | | | |
| | ERIC WRIGHT | 508-595-5942 | | | | | | | | 970-245-4626 | | | 5321 S 12th AV | TUCSON | AZ | 85706-9601 | |
| 5 MINUTE HEEL SERVICE SHOE REPAIR | PATRICK PAT LAMPROS | 320-245-2236 | | 970-245-2236 | | | | | | www.aaa.com | | 2456 HWY 6 & 50 | GRAND JUNCTION CO | | 81505-1317 | |
| AAA COLORADO INC | JANE DAGENHAIS | 508-893-1700 | | | | | | | | | | | | | | | |
| AARMCO | WILLIAM CRITS JR | 781-933-1700 | | 617-962-8904 | | | | | | | | | 99 WOOD ST | WOBURN | MA | 01801 | |

| Date | Time | Miles | Price | Gal | Trip | # | MPG | Notes |
|---|---|---|---|---|---|---|---|---|
| 06-19-06 | 545a | 15.796 | 3.039 | 48.00 | 264.8 | 228 | 16.764 | lv Prospect:959p; OrangeGrove 1014p; 88EF;Maverick,FLG; lv:623a; 84177T1675.8 |
| 06-19-06 | 315p | 19.411 | 2.679 | 52.00 | 411.2 | 229 | 21.184 | Sam's, G.J.; 84588T1582.5; 85 Oct |
| 05-20-06 | 1118a | 23.518 | 2.679 | 63.00 | 435.4 | 230 | 18.513 | lv Bev's: 405a; I-70: 420a; FlyingJ,Co, I-76-#180, Julesburg, 87Oct, 85023T1689.0 |
| 05-20-06 | 625p | 20.685 | 2.659 | 55.00 | 361.9 | 231 | 17.496 | TA Truck Plaza, Council Bluff, IA, w/air, I-80#3; 85385T1593.7 |
| 05-21-06 | 422a | 18.120 | 2.649 | 48.00 | 301.2 | 232 | 16.623 | Flying/Conoco, I-80, IA, #292, w/89 ethanol, 85686T1598.7 |
| 05-21-06 | 412p | 30.762 | 2.699 | 83.00 | 554.9 | 233 | 18.044 | Sheetz, PA, I-80#223, Go 1.1 mi to;Rte 46 & Mahoning; 86241T1607.0 |
| 05-21-06 | 1019p | 15.719 | 2.799 | 44.00 | 298.9 | 234 | 19.015 | Sheetz, PA, I-81#168; 86540T1611.9 |
| 05-27-06 | 1042a | 27.787 | 2.879 | 80.00 | 496.3 | 235 | 17.861 | Revere, Squire Rd Station; 87036T1625.5, Hi-Way & Mostly City |
| | | | TUS-BOS | | | | | |
| 06-03-06 | 1100a | 17.034 | 2.759 | 47.00 | 315.7 | 237 | 16.534 | lv Ofc: 610a; MA Tpk: 614; Sheetz, PA, I-81#168;87530T1638.1 |
| 06-03-06 | 356p | 17.415 | 2.699 | 47.00 | 281.5 | 238 | 16.164 | FlyingJ, OH, I-80#234; 87811T1642.1 |
| 06-04-06 | 511a | 28.527 | 2.629 | 75.00 | 563.9 | 239 | 19.767 | FlyingJ, IA, I-80#292; 89 octane/ethanol; 88375T1650.5 |
| 06-04-06 | 1025a | 15.898 | 2.579 | 41.00 | 290.8 | 240 | 18.292 | Sam's, IA, I-80#3; 89 octane/ethanol; 88666T1654.5 |
| 06-04-06 | 320p | 22.028 | 2.769 | 61.00 | 363.1 | 241 | 16.484 | FlyingJ, CO, I-76#180, Julesburg,w/ethanol, 89029T1659.4; Lo MPG Due Air& Hi Speed. |
| 06-05-06 | 1000a | 23.906 | 2.719 | 65.00 | 429.5 | 242 | 17.966 | Sam's, G.J.; 89458T1666.0; 85 Oct |
| 06-06-06 | 1113a | 20.953 | 2.959 | 62.00 | 421.4 | 243 | 20.112 | Lv:Bev's:359a; I-70:412a; Maverick, FLG, 89880T1672.9 |
| 06-07-06 | 651a | 13.528 | 2.809 | 38.00 | 267.2 | 244 | 19.752 | Sam's, TUS, 90147T1677.2; Hi-Way & City |
| | | | BOS-TUS | | | | | |
| 09-08-06 | 547a | 17.498 | 2.629 | 46.00 | 264.1 | 246 | 15.095 | lv. Prospect:927p; OrangeGrove:943p; 88EF;Maverick,FLG; lv 621a; 90446T1684.4 |
| 09-08-06 | 330p | 19.624 | 2.599 | 51.00 | 411.8 | 247 | 20.985 | Sam's, G.J.; 9857T1691.1; 85 Oct |
| 09-09-06 | 1130a | 23.505 | 2.669 | 63.00 | 428.9 | 248 | 18.170 | lv. Bev's 418a, I-70@430a; Julesburg,Co, FlyJ,I-76#180; 91286T1697.5 |
| 09-09-06 | 600p | 19.572 | 2.299 | 45.00 | 361.9 | 249 | 18.491 | Pilot, I-80#1B, Council Bluffs, IA; 91847T1702.5 |
| 09-10-06 | 502a | 18.191 | 2.419 | 44.00 | 291.6 | 250 | 16.041 | FkyJ, IA, I-80#292;89oct;91940T1706.7 |
| 09-10-06 | 413p | 33.347 | 2.489 | 83.00 | 565.6 | 251 | 16.961 | FlyJ, OH, I-80#234, Sharon Exit; 92505T1715.1 |
| 09-10-06 | 1021p | 14.062 | 2.489 | 35.00 | 281.9 | 252 | 20.047 | Sheetz, PA, I-81#168; 92787T1720.3 |
| 09-14-06 | 1015a | 26.456 | 2.419 | 64.00 | 452.3 | 253 | 17.096 | Reading, MA, 93238T1732.1, Some Hi-Way, Mostly City |
| | | | TUS-BOS | | | | | |
| 09-24-06 | 940a | 31.681 | 2.399 | 76.00 | 544.0 | 255 | 17.171 | lv ofc @ 706a; MA Tpk @ 712a; Sheetz, I-76PA, #146 (off PA.Tpk); 95164T1757.7c |
| 09-24-06 | 145p | 14.485 | 2.209 | 32.00 | 248.7 | 256 | 17.169 | Sunoco, OH, Tpk@ mi#139; 94412T1761.2; Stop For Low Cost Fuel |
| 09-24-06 | 851a | 27.154 | 2.099 | 57.00 | 469.6 | 257 | 17.294 | FlyJ, IA, I-80#292; 94881T1767.8 |
| 09-25-06 | 845a | 17.484 | 2.059 | 36.00 | 295.2 | 258 | 16.884 | TA Truck Plaza, Council Bluff, IA; I-80#3; 95177T1772.8 |
| 09-25-06 | 223p | 22.280 | 2.379 | 53.00 | 361.4 | 259 | 16.221 | FlyingJ, CO., I-76#180,Julesburg w/ethanol, 95540T1777.7 |
| 09-26-06 | 1113a | 23.818 | 2.309 | 55.00 | 429.3 | 260 | 18.024 | Sam's, G.J.; 95969T1784.7; 85 Oct |
| 09-27-06 | 1107a | 21.019 | 2.379 | 50.00 | 423.2 | 261 | 20.134 | Lv:Bev's:350a;I-70:404a; Maverick, FLG, Rte 89; 96391T1791.9 |
| | | | BOS-TUS | | | | | cLow Fuel Light On For 5 Plus Minutes For 09-24-06 Sheetz PA I-76#146 Fill-Up |
| 06-01-07 | 432a | 15.118 | 3.109 | 47.00 | 264.8 | 263 | 17.516 | lv. Prospect:848p; OrangeGrove:906p; 88E;Maverick,FLG; lv. 621a; 86E;97097T1811.3 |
| 06-01-07 | 255p | 20.005 | 3.149 | 63.00 | 412.3 | 264 | 20.610 | Sam's, G.J.; 97509T1818.8; 85 Oct |
| 06-02-07 | 1103a | 22.160 | 3.249 | 72.00 | 429.7 | 265 | 19.391 | lv. Bev's 350a, I-70@403a; 61E; Julesburg,Co,FlyJ,I-76#180; 9793.9T1825.5 |
| 06-02-07 | 639p | 19.339 | 2.999 | 58.00 | 361.6 | 266 | 18.693 | Pilot, I-80#1B, Council Bluff, IA, w/ethanol; 98593T1834.7 |
| 06-03-07 | 450a | 15.760 | 3.109 | 49.00 | 292.5 | 267 | 18.560 | FkyJ, IA, I-80#292;89oct w/ethaol;91940T1706.7 |
| 06-03-07 | 305p | 30.210 | 2.979 | 90.00 | 565.3 | 268 | 18.712 | FlyJ, OH, I-80#234, w/ethanol Sharon Exit; 99158T1842.6 |
| 06-03-07 | 842p | 14.338 | 2.999 | 43.00 | 281.9 | 269 | 19.661 | Sheetz, PA., I-81#168; 99440T1847.4 |
| | | | TUS-BOS | | | | | |
| 06-18-07 | 851a | 28.725 | 2.959 | 85.00 | 542.7 | 272 | 18.893 | lv ofc @ 527a; MA Tpk @ 536a; Sheetz, I-76PA, #146 (off PA.Tpk); 100643T1877.6 |
| 06-18-07 | 135p | 10.566 | 2.839 | 30.00 | 205.0 | 273 | 19.402 | FlyJ, OH, I-80#234,w/ethanol;Sharon Exit; 100848T1880.9, 92E |
| 06-18-07 | 1029p | 32.407 | 2.839 | 92.00 | 563.8 | 274 | 17.391 | FlyJ, IA, I-80#292; 101412T1889.0; 75E |
| 06-19-07 | 800a | 16.371 | 2.749 | 45.00 | 290.4 | 275 | 17.739 | TA Truck Plaza, Council Bluff, IA; I-80#3; 101702T1893.3 |
| 06-19-07 | 326p | 24.453 | 3.149 | 77.00 | 463.0 | 276 | 18.934 | Wal-Mart/Mirastar, Ft Morgan, CO, I-76#80, 102165T1899.9, 92E |
| 06-20-07 | 1101a | 17.554 | 3.019 | 53.00 | 331.6 | 277 | 18.890 | Sam's, G.J.; 102497T1905.5, 81E; 85 Oct |
| 06-21-07 | 1137a | 21.111 | 3.079 | 65.00 | 427.0 | 278 | 20.226 | Lv:Bev's:350a;I-70:404a; Maverick, FLG, Rte 89;102924T1912.5, w/air |
| | | | BOS-PHL-TUS | | | | | |
| 09-07-07 | 755a | 22.384 | 2.859 | 64.00 | 442.5 | 280 | 19.769 | lv.Prospect:757p;OrangeGrove:808p;82°;Allsops,Shiprock Rd,Gallup,103849T1937.0,82° |
| 09-07-07 | 324p | 16.848 | 2.849 | 48.00 | 349.0 | 281 | 20.716 | Sam's, G.J., 104198T1943.4; 85 Oct, 89° |
| 09-08-07 | 1105a | 22.270 | 3.099 | 69.00 | 437.5 | 282 | 19.645 | lv. Bev's :947a, I-70@359a; 63°; Julesburg,Co,FlyJ,I-76#180; 104635T1950.3, 82° |
| 09-08-07 | 558p | 17.865 | 2.799 | 55.00 | 360.9 | 283 | 20.202 | Pilot, I-80#1B, Council Bluffs, IA, w/ethanol; 104996T1955.3 |
| 09-09-07 | 454a | 16.897 | 2.959 | 50.00 | 292.5 | 284 | 17.311 | FkyJ, IA, I-80#292;89oct w/ethanol;105289T1959.6, 60° |
| 09-09-07 | 346p | 30.921 | 2.749 | 95.00 | 566.0 | 285 | 18.305 | FlyJ, OH, I-80#234B,w/ethaol;Sharon Exit; 105855T1967.9 |
| 09-09-07 | 820p | 13.144 | 2.739 | 36.00 | 282.0 | 286 | 21.455 | Sheetz, PA., I-81#168; 106137T1972.0 |
| | | | TUS-BOS | | | | | |
| 09-21-07 | 1016a | 15.483 | 2.519 | 39.00 | 309.7 | 289 | 20.003 | lv ofc:502a;88E;Tpk @ 606a; 66E;QuickCheckFood, Ringoes/Flemington, Rte31/579,107125T1997.5 |
| 09-21-07 | 1153a | 21.435 | 2.799 | 60.00 | 395.7 | 290 | 18.460 | Sheetz, Off OH Tpk, Exit 232; 1007521T2004.1 |
| 09-25-07 | 947a | 24.564 | 2.809 | 69.00 | 453.6 | 291 | 18.466 | Citgo Station, Rte 20, Wakegan,IL, 107975T2011.1 |
| 09-27-07 | 909a | 15.419 | 2.859 | 41.00 | 249.1 | 292 | 16.155 | Lv Wakegan Motel 455a,56E,Fly J, I-80#292, IA, 108224T2015.8, 60E; Hi-Speed Driving |
| 09-27-07 | 129p | 16.161 | 2.599 | 42.00 | 291.0 | 293 | 18.006 | Pilot, I-80#1B, Council Bluffs, IA, w/ethanol; 108515T2019.8 |
| 09-27-07 | 632p | 21.490 | 2.839 | 61.01 | 361.2 | 294 | 16.808 | Fly J, Julesburg, CO, I-76#180, 108876T2024.7; Hi-Speed Driving, 60+mphI |
| 09-28-07 | 1115a | 23.645 | 2.749 | 65.00 | 426.3 | 295 | 18.029 | Sam's, G.J.; 109303T2031.6; 85 Oct. |
| 09-29-07 | 1000a | 24.430 | 2.579 | 63.00 | 432.8 | 296 | 17.716 | Lv:Bev's:333a, 67F,I-70:348a, 70E ; Maverick, FLG, Rte 89;109735T2038.5 |
| | | | BOS-PHL-TUS | | | | | |

| DATE/TME | GALS | $/GAL | TOTAL$ | MILES | MPG | COMMENTS |
|---|---|---|---|---|---|---|
| 6.14@1048 | 16.67 | 3.299 | 55.00 | 313.0 | 55.50 | Lv. ofc @ 727a 59°, Tpk @ 434a 54° Quick Ch, Lambertville 1783.62 T 3304.9 |
| 6.17@149 | 27.40g | 3.649 | 100.00 | 511.3 | | Sam's, I-270 Hilliard 1788.73 T 3313.1 |
| 6.17@806 | 21.943 | 3.509 | 77.00 | 410.5 | | Sam's, I-270 #29, 1792.84 T 3319.2 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 6.14@523 | | Coffee break I-90#84 @ Macs In 523a 51°, rain  Out 535a 51°, rain | | | | |
| 6.14@731a | | Rest stop, snooze, ort I-86#35 In 731a 52° Out 824a 58° | | | | |
| 6.14@1048 | | Refuel Quick Chek, Rtes 31/579; In 1048a 58° rain Out 1113a 58° | | | | |
| 6.14@1432 | | Ar Yardly @ 1143a, 63° | | | | |
| 6.17@445a | | Lv. Yardly @ 445a 6.17.13, 67°, US1S @ 459 a 65° | | | | |
| 6.17@633 | | Rest I-76 #232 In 633a 67° Out 657a 67° | | | | |
| 6.17@838a | | Rest I-76 #149 In 838a 73°  Out 911a 74° | | | | |
| 6.17@1104 | | Rest I-70 WV, 1st Exit 13ch, westbound In 1104a 75° out 1124 @ 76° | | | | |
| 6.17@128p | | Rest OH I-7 # 130 +/- In 128ep 82° Out 112p 82° | | | | |
| 6.17@149p | | Refuel Sam's OH, Hilliard - Rmvd In 149p 83° Out 232p 85° | | | | |
| 6.17@351 | | Rest I-70 OH #3 In 351p 85° Out 418p 86° | | | | |
| 6.17@806 | | Refuel Sam's I-270 #29 Flourissant Av. In 806p 71° Out 843p 71° | | | | |
| 6.17@945 | | Rest, Sleep, I-70 MO #198 In 945c 71° Out 414a (610) 67° lg rest area |
| 6.18@524 | | Rest, Macs MO. I-70 #128A Jefferson City In 529 @ 66° Out 542a 67° |

| User Company | Contact | Phone | Ext | Alt Phone | Alt Ext | Pager | Mobile Phone | Home Phone | Fax | E-mail Address | Web Site | Address 1 | City | State | Zip | Address 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AEGIS REALTY/PRUDENTIAL | RALPH A EDGAR | 520-577-4339 | | 888-890-3656 | | | 520-419-4141 | | 520-577-1360 | redgar@cacbizinet.com | | 11790 E RIVER RD - STE 260 | TUCSON | AZ | 85715-1947 | |
| ALAMO RENT A CAR | | 520-577-8333 | | 800-590-5656 | | | 520-419-4141 | | 520-577-1360 | | www.alamo.com | 1730 E RIVER RD - STE 260 | TUCSON | AZ | 85718-1927 | |
| ALL CITY APPLIANCE | | 517-851-4104 | | | | | | | | | | 2 TOMAHAWK DR | E BOSTON | MA | 02128 | LOGAN AIRPORT |
| ALL CRAFT CO | CARL BRUNO | 518-380-1001 | | | | | | | | | | 8143 E 20 ST | TUCSON | AZ | 85710 | |
| ALL CUTTS FAMILY BARBER SHOP | STEVE MORAN | 617-389-4633 ORG 617-381-1773 RES | | | | 617-549-1862 | | | | | | | | | | |
| ALLSTON POST OFFICE | | 520-226-4633 | | | | | | | | | | 3021 E 5TH ST | TUCSON | AZ | 85711-1112 NE SWAN & RD SE/X MT |
| AMERICA PAGER REPAIR | | 617-389-2018 | | | | | | | | | | 110 SHUTE ST | EVERETT | MA | 02149 | |
| AMERICA WEST AIRLINES | | 617-780-9759 | | | | | | | | | | HARVARD AVE | ALLSTON | MA | 02134 | |
| AMERICA WEST AIRLINES/BOSTON | | 602-893-2928 | | | | | | | | 602-693-XXXX | www.usfs.gov | PHX SKYHARBOR INTL ARPT | PHOENIX | AZ | 85034 | 4000 E SKY HARBOR BLVD |
| AMERICAN COMMERCE INS CO | | 617-861-2984 | | | | | | | | | | | | | | |
| AMERICAN COMMERCE INS CO | | 800-642-4572 | | 814-472-7645/409 | | | | | | | www.aclink.com | PO BOX 182263 | COLUMBUS | OH | 43218-2293 | |
| ARCH WIRELESS | | 800-569-4572 | | 814-472-7645/408 | | | | | | | www.archwireless.com | 3550 TWIN PEAKS DR | COLUMBUS | OH | 43004 | |
| ARCH WIRELESS | | 800-866-2701 | | 800-800-6556 | | | | | | | www.arch.com | PO BOX 709200 | DALLAS | TX | 75370 | |
| ARCH WIRELESS IN BOSTON | | 508-570-9900 | | | | | | | | 508-836-3524 | | 1600 WEST PARK DR STE 260WESTBOROUGH | | MA | 01581 | |
| ARCH WIRELESS NORTHERN DIV | | 800-705-7243 | | | | | | | | 781-854-5481 | www.arch.com | 115 SOLDIERS RD PL | BOSTON | MA | 01031 | |
| ARCH WIRELESS WESTERN DIV | | 866-706-4693 Src/877-751-2724 | | | | 520-881-2414 | | | 843-363-2329 pt_customer_service@inverawil.com | 3100 PREMIER DR STE 204 | IRVING | TX | 75063 | |
| ARIZONA AUTO SAVINGS | DAVE TYNE | 520-888-6677 | | 828-874-2721 | | | | | | | | | | | | |
| ARIZONA AUTO SAVINGS | DAVID TYNE | 520-742-4673 | | | | | | | | | | | | | | |
| ARIZONA TRUCK OUTFITTERS | WILLIAM CRYPTS | 520-624-4975 | | | | | | | 520-623-1428 | | | 180 W. NAGGE RD STE-142 | TUCSON | AZ | 85704 | |
| ARMCO SECURITIES | TONY "JUNIOR" MARTINEZ | 877-993-1700 | | 781-938-1700 | | | 520-403-6824 | | | | | 625 N STONE AVE | TUCSON | AZ | 85705 | |
| AUTO GALLERY OF MALDEN | PETER JOHN PONNDOSSE | 617-914-0756 | | | | | 781-559-0365/781-780-0109/781-938-6582 | | | | | 189 EASTERN AV | MALDEN | MA | 02148 | |
| AZ DEPT OF TRANSPORTATION | | 520-629-9896 | | 800-251-5866 | | | | | 781-324-5425 | | www.dot.state.az.us/46008 N 51ST AV | | PHOENIX | AZ | 85031-2008 | |
| AZ MOTOR VEHICLE DIVISION | SERRI CESARZOMA | 520-629-8808 | | 800-251-5866 | | | | | 781-324-5425 | | www.servicearizona.com PO BOX 2609 | | PHOENIX | AZ | 85002-2100 | |
| AZ VEHICLE INSPECTION PROGRAM | JAMES "JUNKY" MURRY | 800-284-7748 | | 520-628-5651 | | | | | 781-993-9093 | | www.adeg.state.az.us/400 E 28TH ST | | TUCSON | AZ | 85711 | |
| BAY STATE SCALE & SYSTEMS | MICHAEL RINALD | 800-688-8253 | | | | | | | | | | 7 BAY AV | BURLINGTON | MA | 01803-4726 | |
| BAY WAVE TOWING & TRANSPORT | GARY RHOX | 727-243-9481 | | | | | | | | | | 7 BAY AV | BURLINGTON | MA | 01803-4726 | |
| BEAUTIFUL MUSIC CO | | 520-261-2234 | | | | 727 258-2914 | | | | | | 320 MAIN ST | PORT RICHEY | FL | 34668 | |
| BETH ISRAEL DEACONESS MEDICAL CTR | JEREMY OHLBERG | 617-667-7000 | | 517-497-2011 | | | | | | | | LONGWOOD AV | BOSTON | MA | 02768 | |
| BIG PINE BIRDS | ROBERT & CAROL CHIVERS | 928-325-7943 | | | | | | | | | | 4 LONGFELLOW PL STE 3802 | BOSTON | MA | 02114-2833 | |
| BLUE CROSS BLUE SHIELD OF MA | | 800-262-2226 | | | | | | | | | | 1801 E PROSPECT LN | TUCSON | AZ | 85719 | |
| BLUE CROSS BLUE SHIELD/MEDEX | | 800-262-2226 | | | | | | | | | | PO BOX 4700 | WOBURN | MA | 01888-4700 | |
| BOTTOM LINE BOOKS | BONNIE MAE SASHIN | 617-742-081-0226 | | | | | | | | | | PO BOX 9130 | N QUINCY | MA | 02171-9134 | |
| BOTTOM LINE BOOKS | | 800-678-5835 | | | | | | | | | | PO BOX 13401 | DES MOINES | IA | 50380-1401 | |
| BUCK'S AUTOMOTIVE | STEVE | 520-232-0909 | | | | | | | | | | PO BOX 10092 | DES MOINES | IA | 50336-0092 | |
| BUNGALOW DESIGNS | LISA TANAKIAN | 520-204-0972 | | | | 520-292-6137 | | | BungalowDesigns@aol.com | www.BUNGALOWYESTO/60 E SUNRISE AV, STE 200 | TUCSON | AZ | 85719 | |
| CACTUS FLOWER CHIROPRACTIC CTR | STEVEN M SHICHATIDC | 800-093-3761 | | | | | | | | | | 6815 N ORACLE | TUCSON | AZ | 85704 | |
| CALLAS, FILOPOULOS & DITEBERG | | 517-523-4458 | | 517-523-6644 | | | | | | | | 6815 N ORACLE | TUCSON | AZ | 85704 | |
| CAROL WRIGHT GIFTS | | 402-464-8135 | | 402-464-0441-CusSrv | | | | | www.DARDMIRE/3TOP BOX 7683 | | | EDISON | NJ | 08818-7823 1200 NIXON LANE | |
| CHARLEY'S PLACE | GLEN FREEMAN | 978-374-9627 | | | | | | | | | | 37-61 LOCUST ST | HAVERHILL | MA | 01830 | |
| CHASE CARD MEMBER SERVICES | | | | | | | | | | | | PO BOX 15902 | WILMINGTON | DE | 19850-91800 | |
| CINGULAR WIRELESS | | 617-340-5626 | | 800-331-0500/Customer | | | 517-610-0328 | | | www.cingular.com | | BOSTON | MA | 02138 | |
| CINGULAR WIRELESS | JACKIE FORMAN | 846-300-3538 | | 877-852-3401 SALES | | | | | 517-367-9016 | www.cingular.com | WWW.CINGULAR.COM/C/7000 CENTRAL RD 1ST FL LITTLE ROCK | | AR | 72203 | |
| CITIZENS BANK OF MASSACHUSETTS | SAID ADUHADI | 781-286-3801 | | 617-422-8578 | | 517-860-6666 | | | 781-286-7094 | | OBS BROADWAY | REVERE | MA | 02151 | |
| COLORADO/MESA COUNTY MVD | AURORA AUSTIN | 970-244-1664 | | | | | | | 517-356-0874 | | ONE CENTER PLAZA | BOSTON | MA | 02108 | |
| CONRAD'S MINI STORAGE | BRIAN CONRAD | 781-933-4777 | | | | 517-922-6686 | | | 2424 HWY 6&50 - MESA MALL | | | GRAND JUNCTION CO | | 81506 | |
| COMMERCE INSURANCE CO | | 800-242-8275 | | | | | | | 781-279-8272 | | | 20 WALDEN POND AV | BRIGHS | MA | 01879 | |
| COMMERCE INSURANCE CO | ATTN:DIRECT BILL PAYMENT | 800-422-8276 | 508-943-9000 | | | | | | | | WWW.COMMERCEINSURANCE.COM211 MAIN ST | | WEBSTER | MA | 01570-0759 | |
| CONTACT EAST INC | | 800-225-5370 | | | | | 800-743-8143 | | | www.contacteast.com 343 WILLOW ST | | | N ANDOVER | MA | 01845-5995 | |
| CTR FOR SCIENCE IN PUBLIC INTEREST | BEVERLY MERCURIO AND BRION 970-249-8892 | | | | | 300-205-4854 CSPIB GSPINET.ORG | | | www.cspinet.com | | 1675 CONNECTICUT AVE N W WASHINGTON | | DC | 20009 | |
| CULINARY CORNER | BRAD STANLEY | 520-383-3835 | | | | | | | | | | 2875 COMMERCIAL RD | GRAND JUNCTION | CO | | |
| D48 GARAGE DOORS INC | ROBERT A DAVIS | 225-925-3565 | | | | | 225-413-3318 | | 225-335-1920/danial@bellsouth.net | | 6080 MERLE GUSTAFSON DR | BATON ROUGE | LA | 70811 | |
| DAVIS AIRCRAFT | | 781-485-6919 | | | | | | | | | | | | | | |
| DFT @ RICE AV | | 520-888-9500 | | | | | | | 520-883-9332 | | | 4580 N GRACE RD | TUCSON | AZ | 85705 | |
| DILLARD'S TRAVEL | | | | | | | | | 520-742-8676 | | | | | | | |
| DR ROGER C BIEDE II, D.D.S. | ROGER C BIEDE | 520-797-1240 | | | | | | | | | | 3275 W INA RD - STE 101 | TUCSON | AZ | 85741 | TUCSON MALL |

Tuesday, May 29, 2007 — Page 4 — Printed with AGEL 2000 for Windows

| User Company | Contact | Phone | Ext. | Alt. Phone | Alt. Ext. Pager | Mobile Phone | Home Phone | Fax | E-mail Address | Web Site | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DWYER & DWYER | JOHN DENNIS & JD DWYER | 617-722-0315 | | | | | | | | | 4 LONGFELLOW PL STE 3802 | | BOSTON | MA | 02114 |
| DYNAGLASS INDUSTRIES/BURON | | 800-868-2159 | | 913-557-9930 | | | | 913-557-1997 | INFO@DYNAGLASS.COM | WWW.DYNAGLASS.COM | 2200 LOOKOUT RD | | PALM COAST | FL | 66071 |
| ENVIRONMENTAL NUTRITION | | 800-829-5384 | | | | | | | | | PO BOX 420461 | | PALM COAST | FL | 32142-0235 |
| ENVIRONMENTAL NUTRITION | | 800-829-5384 | | | | | | | | | PO BOX 420461 | | PALM COAST | FL | 32142-0431 |
| FAA - SCOTTSDALE | RICHARD ROWLAND | 800-547-2611 | | | | | | | | | SCOTTSDALE AIRPORT | | SCOTTSDALE | AZ | 85260 |
| FAST LANE | | 877-627-7745 | | 888-528-3278 | | | | | | WWW.LATAPASTALANE.COM | 2129 MIDSTATE DR STE 120 | | AUBURN | MA | 01501 |
| FINNEGAN & BEASSE | STEVE FINNEGAN | 617-523-5435 | | | | | | | | | 4 LONGFELLOW PL STE 3802 | | BOSTON | MA | 02114 |
| FORD OF HYANNIS | KELLY JULIA SILVA | 800-561-8455 | | 508-775-3312 | | | | | | | 892 FALMOUTH RD | | HYANNIS | MA | 02601 |
| FULLER BRUSH/TUCSON | | 520-622-0120 | | | | | | | | | 2425 LOS ALTOS | | TUCSON | AZ | 85705 |
| GLENMEDE TRUST CO, N.A. | JEANNETTE MURRAY LEIGHTON | 215-419-6070/Direct | | | | | | 215-419-6540 | jeannette_leighton@gl | | ONE LIBERTY PL | | Philadelphia | PA | 19103-7299 |
| GOOD MUSIC RECORD CO | | 800-584-4200 | | | | | | | | | PO BOX 1935 | | RIDGELY | MD | 21661-1935 |
| HERSCOTT, COOPER & CO | ROBERT A COOPER, CPA | 617-742-1182 | | | | | 617-742-3463 | jcooper@herscpa.com | | | 111 STATE ST | | BOSTON | MA | 02109-2902 |
| HEWLETT PACKARD | BETH | 800-835-5421 | 9731 | | | | | | | | | | | | |
| HEY'S AUTO BODY | WILLY HICKS | 617-825-1545 | | | | | | | | | 110 TALBOT AV | | DORCHESTER | MA | 02124 |
| HOME TOWNE REALTY INC | LORI JOHNSON | 781-233-4500 | | | | | 781-718-7409 | 781-231-2507 | | WWW.HOMETOWNEREALTY | 41 JACKSON ST | | SAUGUS | MA | 01906 |
| HOME TOWNE REALTY INC | KATHY MACKEY | 781-233-4500 | | | | | 978-356-2584 | 781-231-2507 | | | 41 JACKSON ST | | SAUGUS | MA | 01906 |
| HOPKINS & SUTTER | JANE DITELBERG | 312-558-6500 | | | | | 312-558-6538 | | | 3 FIRST NATIONAL PLZ | | CHICAGO | IL | 60602 |
| HORACE MORSE | | 517-543-9244 | | | | | | | | | 8352 N OAK MARTIN | | TUCSON | AZ | 85743 |
| IRA ROAD SELF STORAGE | | 520-742-2200 | | | | | | | | | 2422 FAIRMOUTH RD | | TUCSON | AZ | 85705 |
| INTERNATIONAL FLOORING | BILLIE JANE McGEE | 978-815-5728 | | | | | | 978-212-0845/direct | | | 350 TRAPELO RD | | WALTHAM | MA | 02452 |
| INTERNET MEDIA GROUP | SCOTT JOSLIN | 800-390-5008 | | 978-262-0809 | | | | 978-262-0845/direct | jmcgee@ifgcorp.com | | 3760 FLOWERFIELD RD | | CENTERVILLE | CA | 90245 |
| JEANNETTE MURRAY LEIGHTON | JAMES V CASTELLANO | 800-390-5008 | | 978-262-0809 | | | 978-262-0846 | CASTELLANO@MCHECK.com | WWW.JMGROUPSK.COM | 27 ALEXANDER RD | | EL SEGUNDO | CA | 90245 |
| KOCHINA SPRINGS | | 520-690-0757 | | | | | | 520-690-0543 | | | 169 IRON HORSE DR #5 | | YARDLEY | PA | 19067 |
| L&L CONTRACTING | TERESA MOITA & ANNA | 781-893-5015 | | | | | | | | | 116 WESTSMORE DR | | TUCSON | AZ | 85705 |
| LORIS WATCHES/THE KING CO | LOUIS PANZINI | 800-443-9613 | | | | | | | | | 1305 RUTHERFORD STE 100 | | AUSTIN | TX | 78753 |
| LUCA'S RESTAURANTE | DONNA SOMASSY | (520) 615-6295 | | | | | | | | | PO BOX 109136 | | BOSTON | MA | 02100 |
| MA REGISTRY OF MOTOR VEHICLES | | 800-540-7886 | | | 207-767-1053 | | | | | | 220 MAIN ST (RTE 1) | | SO. PORTLAND | ME | 04106 |
| MAINE MEMORIAL CO | PAUL A DRATTED | 800-540-7886 | | 207-767-1053 | | | 207-767-1053 | | | | PO BOX 16715 | | WILMINGTON | DE | 19886-5019 |
| MBNA AMERICA | | | | | | | | | | | 10 ADMINISTRATION RD | | BRIDGEWATER | MA | 02324 |
| MO - BRIDGEWATER | | | | | | | | | | | 1401 N STONE | | TUCSON | AZ | 85705 |
| MICHAEL JAY GREEN ESQ | MILTON K LASHUS C.F.P. | 520-624-3445 | | | | | 520-908-8661 | | support@malted.com | www.malted.com | 32677 COLORADO AV | | AVON | OH | 44011 |
| MOST SIGNIFICANT BITS | MICHAEL JAY GREEN | 520-606-7772 | | | | | | 440-534-1368 | support@malted.com | www.malted.com | 350 TRAPELO RD | | WALTHAM | MA | 02452 |
| NARA/NOT'L ARCHIVES RECORDS ADMINNORTHEAST REGION | PATRICK | 781-647-8104 | | 212-387-1800 | | | | | | | | | | | |
| NETWORK SERVICES | | 800-866-4700 | | 800-386-7245/CUSTS | | | | 800-536-0902 | WWW.NETWORKSERVICES | 565 S DOUGLAS ST | | EL SEGUNDO | CA | 90245 |
| NEW ENGLAND MEDICAL CTR | JEREMY DITELBERG | 800-385-7245/SALES 310-615-6500/CUSTS | | 800-386-7245/CUSTS | | | | 310-615-6510 | WWW.NETWORKSERVICES | 565 S DOUGLAS ST | | EL SEGUNDO | CA | 90245 |
| NEW FOUND WALL | | 617-636-5837/CUSTS 617-636-5826/MDs 617-636-4420 617-416-8126 | | 617-636-5826/MDs | | | | | | | 750 WASHINGTON ST | | BOSTON | MA | 02111 |
| OPALS SCALE CORP | MIKE BELLOAD | 970-745-4421 | | 856-667-4228 | | | 978-836-2849 978-743-4823 | www.enjoyourboxre.com | | 34 HAZEL ST | | SALEM | MA | 01970 |
| PAT'S SHOE REPAIR | PATRICK | 520-745-8572 | | 978-337-4000 | | | 800-612-3765 | | | | 9928 S 12TH AV | | TUCSON | AZ | 85706 |
| PAY/PLUS IMPORTS INTERNATIONAL | JUDY BIBEAU | 800-969-5438/108 763-785-2158/108 | | | | | 703-785-2049 | pdi@jawellofp.com | www.jawellofp.com | 3820 PHEASANT RIDGE DR | | BLAINE | MN | 55449 |
| PAY/PLUS IMPORTS INTERNATIONAL | JUDY BIBEAU | 800-969-5438/108 753-765-2158/108 | | | | | 703-785-2049 | pdi@plastidfp.com | www.plastidfp.com | 3820 PHEASANT RIDGE DR | | BLAINE | MN | 55449 | PO BOX 130 |
| PEABODY PLUMBING SUPPLY CO INC | STEVE LAMPREY | 978-532-2200 | | | | | 978-473-0049 | | | | PO BOX 665 | | PEABODY | MA | 01960 |
| PEARLE VISION | DEANNA MOON | 520-296-5671 | | | | | 520.293.3809 | | | | 685 E WETMORE STE 109 | | TUCSON | AZ | 85705 |
| PTO SALES PHOENIX | MIKE DEWEY | 800-443-4984 | | | | | | | | | 1546 E UNIVERSITY DR | | PHOENIX | AZ | 35034-6724 |
| QUALITY BUMP'ER | KELLY CHENOWETH | 520-624-0500 | | | | | | www.qualitybumper.z2129 N STONE AV | | | 2129 N STONE AV | | TUCSON | AZ | 33705-5647 |
| P D I/PLUS T DIP INTERNATIONAL | JAMES T CASTELLAND | 978-362-0350 | | 978-518-0115 | | | 978-262-0845 | | | www.plastidfp.com | 77 ALEXANDER RD | | BILLERICA | MA | 01821 |
| ROADWAY EXPRESS | | 800-989-8001 | | | | | 520-621-8234 | www.ROADWAY.COM 901 W FLORES ST | | www.roadeehart.com | 901 W FLORES ST | | TUCSON | AZ | 85705 |
| RODALE BOOKS | | 800-848-4735 | | | | | 510-967-9909SHOCK't | 510-067-8305HELM@rodale.com | www.rodale.com | 24 E MAKE ST | | EMMAUS | PA | 18098-0099 |
| RODALE BOOKS | | 810-867-5177 | | | | | 810-967-8903 | WWW.R.ROADMASTER.COM | www.rodale.com | PO BOX 292 | | EMMAUS | PA | 18098-0099 |
| ROOT-LOWELL MANUFACTURING CO | BONNIE | 800-253-6542 | | | | | 510-967-8903 Charlie | SERVICE@R-L-C.COM WWW.R.ROADMASTER.COM/TODD FOREMAN RD | | | PO BOX 667 | | LOWELL | MI | 48321 | PO BOX 299 |
| SAFECO INSURANCE CO OF ILLINOIS | JOSHUA DITELBERG | 800-832-8725 | | | | | | www.safeco.com | | | 35 E MONROE ST | | DENVER | CO | 30217 |
| SEYFARTH, SHAW | SOL RATZEN | 312-269-8905 | | | | | 312-269-8905 | | | | 35 E MONROE ST | | CHICAGO | IL | 60603-5803 |
| SOL RATZEN | | | | | | | | | | | 126 NASHUA ST | | BOSTON | MA | |
| SPAULDING REHABILITATION HOSPITAL WILLIAM LANDOLF | | 617-573-2225/voice 617-573-7000/M@in | | 978-835-2989 978-745-4423 | | | | hartora@rehabpro.org | | | 54 HAZEL ST | | SALEM | MA | 02852 |
| SPRAY FORM STUCCO | MIKE BELLEAU | 978-745-4423 | | 866-557-1283 | | | | | | | 83 LONG BOAT DR | | CENTERVILLE | MA | 02652 |
| SR TRUCKING | FRED SHANNON | 800-755-1941 | | 508-428-3156 | | | | | | | 83 LONG BOAT DR | | CENTERVILLE | MA | 02652 |
| STOPPEL ARCHITECTS | EDWARD B JACQUES | 617-536-3604 | | | | | 517-721-5301 | www.stopelarchitects.com | | | 295 HUNTINGTON AV | | BOSTON | MA | 02115 |
| SUNLIFE VISIONS SALES | EDWARD WEISBERG | 781-284-3345cell | | | | | 781-286-6004/Helen | | | | | | REVERE | MA | |

| User Company | Contact | Phone | Ext. | Alt. Phone | Alt Ext. | Pager | Mobile Phone | Home Phone | Fax | E-mail Address | Web Site | Address 1 | City | State Zip | Address 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUNFPEE VENDING SALES | EDWARD WEISSBERG | 781-266-9094 | | | | | | | | | | | | | |
| T & S AUTOBODY | FRAN GIBSON | 617-541-0086 | | | | | | | | | | 755 BROADWAY, REAR | REVERE | MA 02151 | |
| T D ROWE AUTOBODY | | 713-361-2922 | | | | | | | | | | 88 NORFOLK ST | ROXBURY | MA | |
| T.T.P. CO | THOMAS MARTOLONEO | 617-846-4800 | | 617-846-1285 | | | 713-445-1260,281-313-4455,713-961-3240mmartin@tdrowe.com | | | www.tdrowe.com | | THREE RIVERWAY - STE 1150 | HOUSTON | TX 77056 | |
| TEMPO COIFFURES | | 708-674-3344 | | | | | | | | | | 33 BILLOWS ST | WINTHROP | MA 02152 | |
| THIS OLD HOUSE MAGAZINE | | 900-898-7237 | | | | | | | | | | 3542 W TOUHY AV | LINCOLNWOOD | IL 60645 | |
| THRIFTY AUTO RENTAL/BOSTON | JIM MARCOTTE | 617-634-7380 | | | | 781-983-0002 ext. | | | | | | | | | |
| TITLE GRANNY | MARTHA A WILSON | 520-289-1714 | | | | | 520-406-1639 | 0817-799-4326 | | | | 40 LEE BURBANK HWY | REVERE | MA 02151 | |
| TODAY'S COLLISION REPAIR CTR | ANTHONY "TONY" BRIGGLIO | 617-387-4305 | | | | | 617-389-8020 | | 617-387-1311 | www.todayscollision.com | 99 EVERETT AV | TUCSON | AZ 85704 | |
| TODAY'S COLLISION REPAIR CTR | TONY BRIGGLIO | 781-321-6080 x319 | | | | | 617-709-9020 | | | | | 99 EVERETT AV | CHELSEA | MA 02150 | |
| TUCSON SCALE | KEITH CELUSAK | 520-622-4948 | | | | | | | 520-622-6650 | | | 99 EVERETT AV | TUCSON | AZ 85703 | |
| TUFTS-NEW ENGLAND MEDICAL CTR | JEREMY S DYTELBERG, MD | 610-636-5405 Pvt | | | | | | | 617-636-8907@tuftsnemc.edu@tuftsnemc.org | | | 2500 R M PLOWING WELLS | BOSTON | MA 02111 | TUFTS NEMC 98-02 |
| UNION MUTUAL INS | GARY BERENSON | 207-575-6156 Pvt | | 900-742-3877 0 | | | | | | | | 750 WASHINGTON ST | SO PORTLAND | ME 02BOX | |
| UNITED PARCEL SERVICE | | 508-429-6778 | | | | | | | | | | | | | |
| VIP MOTORS | ERIC WRIGHT | | | | | | | | | | | 6478 SUMMER ST | SO BOSTON | MA | |
| WGBH TV | | 617-300-2001 | | | | | | | | | | RIVER RD | LOWELL | MA 01852 | |