# EXHIBIT 5

| DATE | TIME | GAL. | $/GAL | TOT $ | MILES | No. | MPG | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 09-24-06 | 940a | 31.681 | 2.399 | 76.00 | 544.0 | 255 | 17.171 | lv ofc @ 705a; MA Tpk @ 712a; Sheetz, I-76PA, #146 (off PA.Tpk); 95164T1757.7c |
| 09-24-06 | 145p | 14.485 | 2.209 | 32.00 | 246.7 | 256 | 17.169 | Sunoco, OH. Tpk@ mi#139; 94412T1761.2; Stop For Low Cost Fuel |
| 09-24-06 | 851p | 27.154 | 2.099 | 57.00 | 469.6 | 257 | 17.294 | FlyJ, IA, I-80#292; 94881T1767.8 |
| 09-25-06 | 845a | 17.484 | 2.059 | 36.00 | 295.2 | 258 | 16.884 | TA Truck Plaza, Council Bluff, IA; I-80#3; 95177T1772.8 |
| 09-25-06 | 223p | 22.280 | 2.379 | 53.00 | 361.4 | 259 | 16.221 | FlyingJ, CO, I-76#180,Julesburg,w/ethanol, 95540T1777.7 |
| 09-26-06 | 1113a | 23.818 | 2.309 | 55.00 | 429.3 | 260 | 18.024 | Sam's, G.J.; 95969T1784.7; 85 Oct |
| 09-27-06 | 1107a | 21.019 | 2.379 | 50.00 | 423.2 | 261 | 20.134 | Lv:Bev's:350a; I-70:404a; Maverick, FLG, Rte 89; 98391T1791.9 |
|  |  |  |  | BOS-PHL-TUS Average MPG: |  |  |  | 17.557 |
|  |  |  |  |  |  |  |  | cLow Fuel Light On For 5 Plus Minutes For 09-24-06 Sheetz PA I-76#146 Fill-Up |
| 06-18-07 | 851a | 28.725 | 2.959 | 85.00 | 542.7 | 272 | 18.893 | lv ofc @ 527a; MA Tpk @ 536a; Sheetz, I-76PA, #146 (off PA.Tpk); 100643T1877.6 |
| 06-18-07 | 135p | 10.566 | 2.839 | 30.00 | 206.0 | 273 | 19.496 | FlyJ, OH, I-80#234,w/ethanol;Sharon Exit; 100848T1880.9, 92E. |
| 06-18-07 | 1029p | 32.407 | 2.839 | 92.00 | 563.6 | 274 | 17.391 | FlyJ, IA, I-80#292; 101412T1889.0; 75E |
| 06-19-07 | 800a | 16.371 | 2.749 | 45.00 | 290.4 | 275 | 17.739 | TA Truck Plaza, Council Bluff, IA; I-80#3; 101702T1893.3 |
| 06-19-07 | 326p | 24.453 | 3.149 | 77.00 | 463.0 | 276 | 18.934 | FlyingJ, CO, I-76#180,Julesburg,w/ethanol, ???T??? |
| 06-20-07 | 1101a | 17.554 | 3.019 | 53.00 | 331.6 | 277 | 18.890 | Sam's, G.J.; 102497T1905.5, 81E; 85 Oct |
| 06-21-07 | 1137a | 21.111 | 3.079 | 65.00 | 429.0 | 278 | 20.321 | Lv:Bev's:350a; I-70:404a; Maverick, FLG, Rte 89;102924T1912.5, w/air |
|  |  |  |  | BOS-PHL-TUS Average MPG: |  |  |  | 18.809 |
| 09-21-07 | 1016a | 15.483 | 2.519 | 39.00 | 309.7 | 289 | 20.003 | lv ofc:502a;66E.Tpk @ 506a; 66E;QuickCheckFood, Ringoes/Flemington, Rte31/579,107125T1997.5 |
| 09-21-07 | 1153p | 21.435 | 2.799 | 60.00 | 395.7 | 290 | 18.460 | Sheetz,Off OH Tpk, Exit 232; 100752T2004.1 |
| 09-25-07 | 947a | 24.564 | 2.809 | 69.00 | 453.6 | 291 | 18.466 | Citgo Station, Rte 20, Wakegan,IL, 107975T2011.1 |
| 09-27-07 | 909a | 16.419 | 2.659 | 41.00 | 249.1 | 292 | 16.155 | Lv Wakegan Motel 455a,56E,Fly J, I-80#292, IA, 108224T2015.8, 60E; Hi-Speed Driving |
| 09-27-07 | 129p | 16.161 | 2.599 | 42.00 | 291.0 | 293 | 18.006 | Pilot,I-80#1B,Council Bluffs, IA., w/ethanol; 108515T2019.9 |
| 09-27-07 | 632p | 21.488 | 2.839 | 61.00 | 361.2 | 294 | 16.809 | Fly J, Julesburg, CO, I-76#180, 108876T2024.7; Hi-Speed Driving, 80+mph; |
| 09-28-07 | 1115a | 23.645 | 2.749 | 65.00 | 426.3 | 295 | 18.029 | Sam's, G.J.; 109303T2031.6; 85 Oct |
| 09-29-07 | 1000a | 24.430 | 2.579 | 63.00 | 432.8 | 296 | 17.716 | Lv:Bev's:333a, 67E; I-70:346a, 70E; Maverick, FLG, Rte 89;109735T2038.5 |
|  |  |  |  | BOS-PHL-TUS Average MPG: |  |  |  | 17.956 |
| 06-13-08 | 950a | 15.913 | 3.959 | 63.00 | 312.9 | 311 | 19.663 | lv ofc:504a;66E,Tpk @ 509a;66E;QuickCheckFood, Ringoes/Flemington,Rte31/579,115205T2146.1 |
| 06-18-08 | 226p | 28.880 | 3.809 | 110.00 | 519.4 | 312 | 17.985 | lv Courtyard, Langhorne@505a,59E;Sam's,Columbus,OH,I-70#91B;115724T2154.8 |
| 06-18-08 | 833p | 22.053 | 3.809 | 84.00 | 411.0 | 313 | 18.637 | Sam's,MO, I-270#29, 116135T2160.7 |
| 06-19-08 | 101p | 29.031 | 3.789 | 110.00 | 508.4 | 314 | 17.512 | Wal-Mart/Mini Star,KS. I-70#159; 116644T2168.4 |
| 06-19-08 | 617p | 17.637 | 3.969 | 70.00 | 360.9 | 315 | 20.463 | Sam's, Pueblo, CO, I-25#102; 117005T2173.7; 85 deg. |
| 06-20-08 | 658a | 21.283 | 3.759 | 80.00 | 343.6 | 316 | 16.144 | Sam's, Alburquerque, NM, I-25#228; 117348T2178.9, 68 deg |
|  | Total: | 134.797 | Total: | 517.01 |  |  |  |  |
|  |  |  |  | BOS-PHL-TUS Average MPG: |  |  |  | 18.401 |
| 10-31-08 | 1130a | 17.925 | 2.399 | 43.00 | 310.5 | 327 | 17.322 | lv ofc:505a;42,Tpk @ 509510a;35;QuickCheckFood, Ringoes/Flemington,Rte31/579,121429T2254.2 |
| 11-04-08 | 228p | 28.055 | 1.889 | 53.00 | 524.1 | 328 | 18.681 | lv;Holiday Express,Langhorne@510a,50;Sam's,Columbus,OH,I-70#91B;121954T2263 |
| 11-04-08 | 827p | 22.399 | 2.009 | 45.00 | 411.0 | 329 | 18.349 | Sam's,Florissant Av, Ferguson(St.Louis)MO. I-270#29, 122365T2269, Headwinds! |
| 11-05-08 | 1148a | 30.861 | 2.009 | 62.00 | 525.5 | 330 | 17.028 | Casey's Ellis KS, I-70#145, UnleadedPlus 89Oct, 122890T2277.2, Headwinds! |
| 11-05-08 | 455p | 21.632 | 2.219 | 48.00 | 354.4 | 331 | 16.383 | Sam's, Pueblo, CO, I-25#102; 123245T2282.7, 49 deg. |
| 11-06-08 | 505a | 18.816 | 2.179 | 41.00 | 336.4 | 332 | 17.878 | Sam's, Alburquerque, NM, I-25#228; 123581T2288.4, 39 deg |
|  |  |  |  | BOS-PHL-TUS Average MPG: |  |  |  | 17.607 |
| 06-12-09 | 1210p | 15.424 | 2.399 | 37.00 | 312.2 | 344 | 20.241 | lv ofc:521a;58,Tpk @ 532a;59;QuickCheckFood, Lambertville, N.J.,Rte31/579,127788T2369.0 |
| 06-12-09 | 120p | 26.547 | 2.599 | 69.00 | 510.9 | 345 | 19.245 | lv;Yardley@501a,59;PA,Tpk@520,60;Sam's,Columbus,OH,I-70#91B;128278T2377.4 |
| 06-16-09 | 735p | 21.148 | 2.459 | 52.00 | 410.8 | 346 | 19.425 | Sam's/WalMart,W.Flourisant Av, Ferguson(St.Louis)MO. I-270#29, 128689T2383.5 |
| 06-16-09 | 1141a | 29.031 | 2.549 | 74.00 | 521.4 | 347 | 17.960 | Casey's Ellis KS, I-70#145, UnleadedPlus 89Oct, 129210T2391.4 |
| 06-16-09 | 206p | 7.636 | 2.619 | 20.00 | 129.8 | 348 | 16.998 | Phillips/Goodland, KS, I-70#17,129340T2393.4 |
| 06-17-09 | 508a | 30.255 | 2.479 | 75.00 | 553.8 | 349 | 18.304 | Sam's, Alburquerque, NM, I-25#228; 129894T2402.0, 59 deg |
|  |  |  |  | BOS-PHL-TUS Average MPG: |  |  |  | 18.696 |
| 10-23-09 | 1050a | 16.675 | 2.459 | 41.00 | 311.5 | 360 | 18.681 | lv ofc:509a;47,Tpk @ 515a;47;QuickCheckFood, Lambertville, N.J.,Rte31/579,1134164T2486.8 |
| 10-27-09 | 226p | 29.146 | 2.539 | 74.00 | 523.7 | 361 | 17.968 | lv;Yardley@452a,44;PA,Tpk@507,49;Sam's,Columbus,OH,I-70#91B;134688T2495.6 |
| 10-27-09 | 812p | 16.419 | 2.619 | 43.00 | 343.2 | 362 | 20.903 | Wal-Mart,Vandalia,IL., I-70#61; 135031T2500.9 |
| 10-28-09 | 750a | 19.600 | 2.449 | 48.00 | 351.0 | 363 | 17.908 | Conoco, Joplin,MO., In Town x-McDonald's; 135382T2507.4 |
| 10-28-09 | 358p | 29.809 | 2.449 | 73.00 | 469.7 | 364 | 15.757 | Sam's Club, Amarillo, I-70#71, 135852T2514.5 |
| 10-29-09 | 600p | 24.817 | 2.579 | 64.00 | 406.4 | 365 | 16.376 | Sam's Club, Las Cruces, Rte 70/Telshor Blvd, 136259T2522.2 |
|  |  |  |  | BOS-PHL-TUS Average MPG: |  |  |  | 17.932 |
| 06-11-10 | 1050p | 15.509 | 2.579 | 40.00 | 309.0 | 376 | 19.924 | lv ofc:511a;60,Tpk @ 514a;58;QuickCheckFood, Lambertville, N.J.,Rte31/579,140346T2608.1 |
| 06-15-10 | 118p | 26.543 | 2.449 | 65.00 | 509.3 | 377 | 19.188 | lv;Yardley;446a,68;PA,Tpk:505,71;Sam's,1755 Hilliard-Rome Rd Hilliard(Columbus),OH,I-70#91B;140854T2614.1> |
| 06-15-10 | 650p | 22.682 | 2.469 | 56.00 | 408.5 | 378 | 18.010 | Sam's/WalMart,10735 W.FlourisantRd,Ferguson(St.Louis)MO. I-270#29, 141263T2620.0 |
| 06-16-10 | 1144a | 28.527 | 2.559 | 73.00 | 523.3 | 379 | 18.344 | Casey's Ellis KS, I-70#145, UnleadedPlus 89Oct, 141788T2628.6 |
| 06-16-10 | 314p | 17.585 | 2.559 | 45.00 | 291.4 | 380 | 16.571 | Diamond-Shamrock,11769 Hwy 24 & Meriden Rd, 11769 Hwy 24, 142080T2632.9 |
| 06-17-10 | 600a | 24.911 | 2.489 | 62.00 | 391.6 | 381 | 15.720 | Sam's, Alburquerque, NM, I-25#228; 142471T2639.7, 58 deg; Opens @ 6:00am |
|  |  |  |  | BOS-PHL-TUS Average MPG: |  |  |  | 17.959 |

| TUS-BOS | | | | GMC | 2002 | MILEAGE | TUS-BOS | 10/21/10 | 4:07:46 PM |
|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME | GAL | $/GAL | TOT $ | MILES | No. | MPG | COMMENTS | | |
| 06-01-07 | 432a | 15.118 | 3.109 | 47.00 | 264.8 | 263 | 17.516 | lv. Prospect:848p; OrangeGrove:906p; 88E;Maverick,FLG; lv. 621a; 86E;97097T1811.3 | | |
| 06-01-07 | 255p | 20.005 | 3.149 | 63.00 | 412.5 | 264 | 20.619 | Sam's, G.J.; 97500T1818.8; 85 Oct | | |
| 06-02-07 | 1103a | 22.160 | 3.249 | 72.00 | 429.7 | 265 | 19.391 | lv. Bev's 350a, I-70@403a; 61E;Julesburg,Co,FlyJ,I-76#180; 9793.9T1825.5 | | |
| 06-02-07 | 638p | 19.339 | 2.999 | 58.00 | 361.5 | 266 | 18.693 | Pilot,I-80#1B, Council Bluffs, IA., w/ethanol: 98593T1834.7 | | |
| 06-03-07 | 450a | 15.760 | 3.109 | 49.00 | 292.5 | 267 | 18.560 | FlyJ, IA. I-80#292;89oct w/ethaol;91940T1706.7 | | |
| 06-03-07 | 305p | 30.210 | 2.979 | 90.00 | 565.3 | 268 | 18.712 | FlyJ, OH, I-80#234,w/ethanol;Sharon Exit; 99158T1842.6 | | |
| 06-03-07 | 842p | 14.338 | 2.899 | 43.00 | 281.9 | 269 | 19.661 | Sheetz, PA, I-81#168; 99440T1847.4 | | |
| | | | | TUS-BOS Average MPG: | | | 19.020 | | | |
| 09-07-07 | 756a | 22.384 | 2.859 | 64.00 | 442.5 | 280 | 19.769 | lv.Prospect757p;OrangeGrove:808p;82E;Allsops,Shiprock Rd,Gallup,103849T1937.0,82 | | |
| 09-07-07 | 324p | 16.848 | 2.849 | 48.00 | 349.0 | 281 | 20.715 | Sam's, G.J., 104198T1943.4; 85 Oct, 89E | | |
| 09-08-07 | 1105a | 22.266 | 3.099 | 69.00 | 437.5 | 282 | 19.649 | lv. Bev's 347a, I-70@359a; 63E;Julesburg,Co,FlyJ,I-76#180; 104635T1950.3, 82E | | |
| 09-08-07 | 658p | 17.865 | 2.799 | 50.00 | 360.9 | 283 | 20.202 | Pilot,I-80#1B, Council Bluffs, IA., w/ethanol: 104996T1955.3 | | |
| 09-09-07 | 454a | 16.897 | 2.959 | 50.00 | 292.5 | 284 | 17.311 | FlyJ, IA. I-80#292;89oct w/ethaol;106289T1959.6, 60E | | |
| 09-09-07 | 346p | 30.921 | 2.749 | 85.00 | 566.0 | 285 | 18.305 | FlyJ, OH, I-80#234B,w/ethanol;Sharon Exit; 105855T1967.9 | | |
| 09-09-07 | 820p | 13.144 | 2.739 | 36.00 | 282.0 | 286 | 21.455 | Sheetz, PA, I-81#168; 106137T1972.0 | | |
| | | | | TUS-BOS Average MPG: | | | 19.629 | | | |
| 05-30-08 | 445a | 17.700 | 3.729 | 66.00 | 298.3 | 302 | 16.853 | lv. Prospect:740p; OrangeGrove:757p; 86E;Maverick,FLG; 86E; 111874T2085.1, 32E | | |
| 05-30-08 | 219p | 21.193 | 3.869 | 82.00 | 425.9 | 303 | 20.096 | Sam's, G.J., 112299T2092 85 Oct, 81E; In:219p, 81E; Out:230p,81, | | |
| 05-31-08 | 635a | 21.545 | 3.899 | 84.00 | 432.7 | 304 | 20.084 | Julesburg,Co,FlyJ,I-76#180;112732T2098.5, 63E | | |
| 05-31-08 | 225p | 20.006 | 3.699 | 74.00 | 366.5 | 305 | 18.320 | Pilot,I-80#1B,Council Bluffs, IA., w/ethanol: 113099T2103.7 | | |
| 05-31-08 | 713p | 15.806 | 3.869 | 61.00 | 292.4 | 306 | 18.499 | FlyJ, IA. I-80#292;89oct w/ethaol;113392T2107.9, 81E | | |
| 06-01-08 | 117p | 29.390 | 3.879 | 114.00 | 566.3 | 307 | 19.268 | FlyJ, OH, I-80#234B,w/ethanol;Sharon Exit; 113958T2116.2 | | |
| 06-01-08 | 715p | 14.145 | 3.959 | 56.00 | 282.4 | 308 | 19.965 | Sheetz, PA, I-81#168; 114241T2120.6 | | |
| | | | | TUS-BOS Average MPG: | | | 19.012 | | | |
| 10-17-08 | 502a | 16.565 | 3.139 | 52.00 | 265.8 | 318 | 16.046 | lv. Prospect:753p; OrangeGrove:806p; 72E;Maverick,FLG; 118094T2192.2 | | |
| 10-17-08 | 217p | 20.756 | 2.939 | 61.00 | 426.5 | 319 | 20.548 | Sam's, G.J., 118519T2199.0, 85 oct, 74E, | | |
| 10-18-08 | 542a | 21.778 | 2.939 | 64.00 | 426.3 | 320 | 19.577 | Julesburg,Co,FlyJ,I-76#180;118945T2205.8 | | |
| 10-18-08 | 100p | 20.810 | 2.499 | 52.00 | 364.6 | 321 | 17.520 | Phillips, I-80#3,Council Bluffs, IA., w/ethanol: 119310T2210.8 | | |
| 10-18-08 | 614p | 17.447 | 2.579 | 45.00 | 291.8 | 322 | 16.725 | FlyJ, IA. I-80#292;89oct w/ethaol;119601T2215.0 | | |
| 10-19-08 | 300a | 25.111 | 2.469 | 62.00 | 456.9 | 323 | 18.195 | Wal-Mart, Sandusky OH, Rte 250*, 120057T2222.2, *Stop For Battery Replacement | | |
| 10-19-08 | 534p | 22.114 | 2.849 | 63.00 | 405.6 | 324 | 18.337 | Sam's, Wilkes Barre, PA. I-81#168; 120465T2228.2 | | |
| | | | | TUS-BOS Average MPG: | | | 18.135 | | | |
| 05-29-09 | 502a | 17.112 | 2.279 | 39.00 | 255.5 | 335 | 14.931 | lv. Prospect:805p; OrangeGrove:820p; 91E;Maverick,FLG; 41E; 124411T2306.5, 42E |
| 05-29-09 | 246p | 20.093 | 2.339 | 47.00 | 426.1 | 336 | 21.206 | Sam's, G.J., 124837T2312.3, 85 Oct, In:248p, 83E; Out:302p,84. |
| 05-30-09 | 717a | 21.663 | 2.539 | 55.00 | 430.4 | 337 | 19.868 | Julesburg,Co,FlyJ,I-76#180;125268T2319.1, 61E |
| 05-30-09 | 211p | 21.019 | 2.379 | 50.00 | 363.7 | 338 | 17.303 | Wal-Mart/Sam's, Council Bluff, IA., I-80#3, Manawa Dr, 125631T2342.2 |
| 05-30-09 | 744a | 16.408 | 2.499 | 41.00 | 291.4 | 339 | 17.754 | FlyJ, IA. I-80#292;89oct w/ethaol;125923T2328.4, 74E |
| 05-31-09 | 154p | 30.546 | 2.619 | 80.00 | 580.2 | 340 | 18.994 | FlyJ,Hubbard/Sharon OH, I-80#234B,w/ethanol;Sharon Exit; 126503T2337.3, 64 deg. |
| 05-31-09 | 714p | 14.068 | 2.559 | 36.00 | 292.2 | 341 | 20.771 | Sheetz, PA, I-81#168; 126785T2341.5,67 deg. |
| | | | | TUS-BOS Average MPG: | | | 18.690 | |
| 10-08-09 | 450a | 16.742 | 2.389 | 40.00 | 270.2 | 351 | 16.139 | lv. Prospect:750p; OrangeGrove:810p; 91E67;Maverick,FLG; 35E; 130717T2419.1 |
| 10-08-09 | 200p | 20.090 | 2.389 | 48.00 | 423.0 | 352 | 21.055 | Sam's, G.J., 131139T2426.1, 85 Oct, In:200p, 89E; Out:210p,69. |
| 10-09-09 | 700a | 23.342 | 2.399 | 56.00 | 429.6 | 353 | 18.405 | Julesburg,Co,FlyJ,I-76#180;131568T2434.0, 18E; Ran For Heat While Idling |
| 10-09-09 | 137p | 21.708 | 2.119 | 46.00 | 363.9 | 354 | 16.763 | Wal-Mart/Sam's, Council Bluff, IA., I-80#3, Manawa Dr, 131931T2439.3; Ran For Heat W |
| 10-09-09 | 730a | 17.630 | 2.289 | 40.00 | 291.6 | 355 | 16.540 | FlyJ, IA. I-80#292;89oct w/ethaol;132221T2443.0, 34E; Ran For Heat While Idling |
| 10-10-09 | 1221p | 32.341 | 2.319 | 75.00 | 566.9 | 356 | 17.529 | FlyJ,Hubbard/Sharon OH, I-80#234B,w/ethanol;Sharon Exit; 132787T2452.6, 50 deg.; Ra |
| 10-10-09 | 638p | 14.701 | 2.449 | 36.00 | 287.9 | 357 | 19.584 | Sam's, PA., I-81#168; 133073T2457.5,57 deg. |
| | | | | TUS-BOS Average MPG: | | | 18.002 | |
| 05-28-10 | 432a | 17.544 | 2.679 | 47.00 | 301.4 | 367 | 17.180 | lv. Prospect:711p; Ruthrauf/I-10:724,p; 95E;Maverick,FLG; 89E; 137051T2546.0 |
| 05-28-10 | 212p | 20.462 | 2.639 | 54.00 | 422.9 | 368 | 20.668 | Sam's, G.J., 137474T2553.0, 85 Oct, In:212p, 92E; Out:219p,92. |
| 05-29-10 | 605a | 18.224 | 2.689 | 49.00 | 369.3 | 369 | 20.264 | Mirastar, Wal-Mart, Main St, Sterling, CO. 137843T2559.0; In:605a, 65; Out: 615a, 65. |
| 05-29-10 | 159p | 25.215 | 2.419 | 61.00 | 419.9 | 370 | 16.653 | Wal-Mart/Sam's, Council Bluff, IA., I-80#3, Manawa Dr, 138263T2564.9 |
| 05-29-10 | 835p | 17.003 | 2.529 | 43.00 | 289.9 | 371 | 17.050 | FlyJ, IA. I-80#292;89oct w/ethaol;138553T2569, 88E; |
| 05-30-10 | 108p | 31.020 | 2.579 | 80.00 | 571.3 | 372 | 18.417 | FlyJ,Hubbard/Sharon OH, I-80#234B,w/ethanol;Sharon Exit; 139124T2577.5, 85 deg.; |
| 05-30-10 | 528p | 13.693 | 2.629 | 36.00 | 280.7 | 373 | 20.500 | Sam's, Wilkes-BarrePA, I-81#168; 139405T2581.5, 88 deg. |
| | | | | TUS-BOS Average MPG: | | | 18.676 | |
| | Total: | 143.161 | Total: | 370.00 | | | | |
| 10-08-10 | 432a | 16.481 | 2.609 | 43.00 | 273.4 | 383 | 16.589 | lv. Prospect:705p; Ruthrauf/I-10:727,p; 82E;Maverick,FLG; Rte:89; 143295T2658.2 |
| 10-08-10 | 105p | 21.079 | 2.609 | 55.00 | 420.0 | 384 | 19.925 | Sam's, G.J., 143714T2665.1; 85 Oct, In:105p, 70E; Out:219p120p,71. |
| 10-09-10 | 611a | 17.351 | 2.709 | 47.00 | 370.4 | 385 | 21.347 | Gasmat, Sterling,CO, Main St, 144085T2671.6 |
| 10-09-10 | 141p | 22.186 | 2.569 | 57.00 | 419.4 | 386 | 18.904 | Wal-Mart/Sam's, Council Bluff, IA., I-80#3, Manawa Dr, 144504T2677.5 |
| 10-09-10 | 660p | 15.977 | 2.629 | 42.00 | 289.0 | 387 | 18.088 | FlyJ; IA. I-80#292;89oct w/ethaol;144795T2681.7, 81E; |
| 10-10-10 | 1234p | 28.583 | 2.799 | 80.00 | 568.1 | 388 | 19.875 | FlyJ,Hubbard/Sharon OH, I-80#234B,w/ethanol; Hubbard Exit; 145361T2690.5 76 deg.; |
| 10-10-10 | 541p | 14.649 | 2.799 | 41.00 | 279.8 | 389 | 19.100 | Sam's, Wilkes-BarrePA., I-81#168; 145641.0T2694.6,:72 deg. |
| | | | | TUS-BOS Average MPG: | | | 19.118 | |
| | Total: | 136.306 | Total: | 365.00 | | | | |

Form Location GMC 2002 Mileage Sheet 1

| Date | Time | Odom | Price | Gal | Miles | # | MPG | Notes |
|---|---|---|---|---|---|---|---|---|
| 05-19-06 | 545a | 15,796 | 3.039 | 48.00 | 264.8 | 228 | 16.764 | lv. Prospect:959p; OrangeGrove:1014p; 88EF;Maverick,FLG; lv.623a; 84177T1575.8 |
| 05-19-06 | 315p | 19,411 | 2.679 | 52.00 | 411.2 | 229 | 21.184 | Sam's, G.J.; 84588T1582.5; 85 Oct |
| 05-20-06 | 1118a | 23,518 | 2.679 | 63.00 | 435.4 | 230 | 18.613 | lv Bev's: 405a; I-70; 420a; FlyingJ,Co, I-76#180, Julesburg, 87Oct, 85023T1889.0 |
| 05-20-06 | 625p | 20,686 | 2.659 | 55.00 | 361.9 | 231 | 17.496 | TA Truck Plaza, Council Bluff, IA; w/air, I-80#3; 85385T1593.7 |
| 05-21-06 | 422a | 18,120 | 2.649 | 48.00 | 301.2 | 232 | 16.623 | Flying/Conoco; I-80, IA; #292; w/89 ethanol; 85666T1596.7 |
| 05-21-06 | 412p | 30,752 | 2.699 | 83.00 | 554.9 | 233 | 18.044 | Sheetz, PA. I-80#223, Go 1.1 mi to: Rte 46 & Mahoning; 86241T1607.0 |
| 05-21-06 | 1019p | 15,719 | 2.799 | 44.00 | 298.9 | 234 | 19.015 | Sheetz, PA. I-81#168; 86540T1611.9 |
| 05-27-06 | 1042a | 27,787 | 2.879 | 80.00 | 496.3 | 235 | 17.861 | Revere, Squire Rd Station; 87036T1625.5, Hi-Way & Mostly City |
|  |  | TUS-BOS |  |  |  |  |  |  |
| 06-03-06 | 1100a | 17,034 | 2.759 | 47.00 | 315.7 | 237 | 16.534 | lv Ofc: 610a; MA Tpk: 614; Sheetz, PA, I-8,#168;87530T1638.1 |
| 06-03-06 | 356p | 17,415 | 2.699 | 47.00 | 281.5 | 238 | 16.164 | FlyingJ, OH, I-80#234; 87811T1642.1 |
| 06-04-06 | 511a | 28,527 | 2.629 | 75.00 | 563.9 | 239 | 19.767 | FlyingJ, IA, I-80#292; 89 octane/ethanol; 88375T1650.5 |
| 06-04-06 | 1025a | 15,898 | 2.579 | 41.00 | 290.8 | 240 | 18.292 | Sam's, IA, I-80#3; 89 octane/ethanol; 88666T1654.5 |
| 06-04-06 | 320p | 22,028 | 2.769 | 61.00 | 363.1 | 241 | 16.484 | FlyingJ, CO., I-76#180,Julesburg, w/ethanol, 89029T1659.4; Lo MPG Due Air& Hi Speed. |
| 06-05-06 | 1000a | 23,906 | 2.719 | 65.00 | 429.5 | 242 | 17.966 | Sam's, G.J.; 89458T1666.0; 85 Oct |
| 06-06-06 | 1113a | 20,953 | 2.959 | 62.00 | 421.4 | 243 | 20.112 | Lv Bev's:359a;I-70:412a; Maverick, FLG, 89880T1672.9 |
| 06-07-06 | 651a | 13,528 | 2.809 | 36.00 | 267.2 | 244 | 19.762 | Sam's, TUS, 90147T1677.2; Hi-Way & City |
|  |  | BOS-TUS |  |  |  |  |  |  |
| 09-08-06 | 547a | 17,498 | 2.629 | 46.00 | 264.1 | 246 | 15.095 | lv. Prospect:927p; OrangeGrove:943p; 88EF;Maverick,FLG; lv. 621a; 90446T1684.4 |
| 09-08-06 | 330p | 19,624 | 2.599 | 51.00 | 411.8 | 247 | 20.985 | Sam's, G.J.; 9857T1691.1; 85 Oct |
| 09-09-06 | 1130a | 23,605 | 2.669 | 63.00 | 428.9 | 248 | 18.170 | lv. Bev's 418a, I-70@430a; Julesburg, Co, FlyJ, I-76#180; 91286T1697.5 |
| 09-09-06 | 600p | 19,572 | 2.299 | 46.00 | 361.9 | 249 | 18.491 | Pilot,I-80#1B, Council Bluffs, IA, 91847T1702.5 |
| 09-10-06 | 502a | 18,191 | 2.419 | 44.00 | 291.6 | 250 | 16.041 | FkyJ, IA, I-80#292;89oct;91940T1706.7 |
| 09-10-06 | 413p | 33,347 | 2.489 | 83.00 | 565.6 | 251 | 16.961 | FlyJ, OH, I-80#234, Sharon Exit; 92505T1715.1 |
| 09-10-06 | 1021p | 14,062 | 2.489 | 35.00 | 281.9 | 252 | 20.047 | Sheetz, PA, I-81#166; 92787T1720.3 |
| 09-14-06 | 1015a | 26,456 | 2.419 | 64.00 | 452.3 | 253 | 17.096 | Reading, MA, 93238T1732.1; Some Hi-Way, Mostly City |
|  |  | TUS-BOS |  |  |  |  |  |  |
| 09-24-06 | 940a | 31,681 | 2.399 | 76.00 | 544.0 | 255 | 17.171 | lv ofc @ 705a; MA Tpk @ 712a; Sheetz, I-76PA. #146 (off PA.Tpk); 95164T1757.7c |
| 09-24-06 | 145p | 14,485 | 2.209 | 32.00 | 248.7 | 256 | 17.169 | Sunco, OH. Tpk@ mi#139; 94412T1761.2; Stop For Low Cost Fuel |
| 09-24-06 | 851p | 27,154 | 2.099 | 57.00 | 469.6 | 257 | 17.294 | FlyJ, IA, I-80#292; 94881T1767.8 |
| 09-25-06 | 845a | 17,484 | 2.059 | 36.00 | 295.2 | 258 | 16.884 | TA Truck Plaza, Council Bluff, IA; I-80#3; 95177T1772.8 |
| 09-25-06 | 223p | 22,280 | 2.379 | 53.00 | 361.4 | 259 | 16.221 | FlyingJ, CO., I-76#180,Julesburg w/ethanol, 95540T1777.7 |
| 09-26-06 | 1113a | 23,818 | 2.309 | 55.00 | 429.3 | 260 | 18.024 | Sam's, G.J.; 95969T1784.7; 85 Oct |
| 09-27-06 | 1107a | 21,019 | 2.379 | 60.00 | 423.2 | 261 | 20.134 | Lv:Bev's:350a;I-70:404a; Maverick, FLG, Rte 89; 96391T1791.9 |
|  |  | BOS-TUS |  |  |  |  |  | cLow Fuel Light On For 5 Plus Minutes For 09-24-06 Sheetz PA I-76#146 Fill-Up |
| 06-01-07 | 432a | 15,118 | 3.109 | 47.00 | 264.8 | 263 | 17.516 | lv. Prospect:845p; OrangeGrove:906p; 88E;Maverick,FLG; lv. 621a; 86E;97097T1811.3 |
| 06-01-07 | 255p | 20,005 | 3.149 | 63.00 | 412.3 | 264 | 20.610 | Sam's, G.J.; 97509T1818.8; 85 Oct |
| 06-02-07 | 1103a | 22,160 | 3.249 | 72.00 | 429.7 | 265 | 19.391 | lv. Bev's: 350a, I-70@403a; 61E;Julesburg,Co,FlyJ,I-76#180; 9793,9T1825.5 |
| 06-02-07 | 639p | 19,339 | 2.999 | 58.00 | 361.6 | 266 | 18.693 | Pilot,I-80#1B, Council Bluffs, IA, w/ethanol; 98593T1834.7 |
| 06-03-07 | 450a | 15,760 | 3.109 | 49.00 | 292.5 | 267 | 18.560 | FkyJ, IA, I-80#292;89oct w/ethoal;91940T1706.7 |
| 06-03-07 | 305p | 30,210 | 2.979 | 90.00 | 565.3 | 268 | 18.712 | FlyJ, OH, I-80#234, w/ethanol Sharon Exit; 99156T1842.6 |
| 06-03-07 | 842p | 14,338 | 2.999 | 43.00 | 281.9 | 269 | 19.661 | Sheetz, PA., I-81#168; 99440T1847.4 |
|  |  | TUS-BOS |  |  |  |  |  |  |
| 06-18-07 | 851a | 28,725 | 2.959 | 85.00 | 542.7 | 272 | 18.893 | lv ofc @ 527a; MA Tpk @ 536a; Sheetz, I-76PA, #146 (off PA.Tpk); 100643T1877.6 |
| 06-18-07 | 135p | 10,566 | 2.839 | 30.00 | 205.0 | 273 | 19.402 | FlyJ, OH, I-80#234, w/ethanol; Sharon Exit; 100848T1880.9, 92E |
| 06-18-07 | 1029p | 32,407 | 2.839 | 92.00 | 563.8 | 274 | 17.391 | FlyJ, IA, I-80#292; 101412T1889.0; 75E |
| 06-19-07 | 800a | 16,371 | 2.749 | 46.00 | 290.4 | 275 | 17.739 | TA Truck Plaza, Council Bluff, IA; I-80#3; 101702T1893.3 |
| 06-19-07 | 326p | 24,453 | 3.149 | 77.00 | 463.0 | 276 | 18.934 | Wal-Mart Mirastar, Ft Morgan, CO, I-76#80, 102165T1899.9, 92E |
| 06-20-07 | 1101a | 17,554 | 3.019 | 53.00 | 331.6 | 277 | 18.890 | Sam's, G.J.; 102497T1905.5, 81E; 85 Oct |
| 06-21-07 | 1137a | 21,111 | 3.079 | 65.00 | 427.0 | 278 | 20.226 | Lv:Bev's:350a;I-70:404a; Maverick, FLG, Rte 89;102924T1912.5, w/air |
|  |  | BOS-PHL-TUS |  |  |  |  |  |  |
| 09-07-07 | 755a | 22,384 | 2.859 | 64.00 | 442.5 | 280 | 19.769 | lv.Prospect:757p; OrangeGrove:808p;82°, Allsops, Shiprock Rd,Gallup,103849T1937.0,82° |
| 09-07-07 | 324p | 16,848 | 2.849 | 48.00 | 349.0 | 281 | 20.715 | Sam's, G.J.; 104198T1943.4; 85 Oct, 89° |
| 09-08-07 | 1105a | 22,270 | 3.099 | 68.00 | 437.5 | 282 | 19.645 | lv. Bev's :347a, I-70@359a; 63°; Julesburg,Co,FlyJ,I-76#180; 104635T1950.3, 82° |
| 09-08-07 | 558p | 17,865 | 2.799 | 55.00 | 360.9 | 283 | 20.202 | Pilot,I-80#1B, Council Bluffs, IA., w/ethanol; 104996T1955.3 |
| 09-09-07 | 454a | 16,897 | 2.959 | 50.00 | 292.5 | 284 | 17.311 | FkyJ, IA, I-80#292;89oct w/ethacl;105289T1959.6, 60° |
| 09-09-07 | 346p | 30,921 | 2.749 | 95.00 | 566.0 | 285 | 18.305 | FlyJ, OH, I-80#234B,w/ethanol;Sharon Exit; 105855T1967.9 |
| 09-09-07 | 820p | 13,144 | 2.739 | 36.00 | 282.0 | 286 | 21.455 | Sheetz, PA., I-81#168; 106137T1972.0 |
|  |  | TUS-BOS |  |  |  |  |  |  |
| 09-21-07 | 1016a | 15,483 | 2.519 | 39.00 | 309.7 | 289 | 20.003 | lv ofc:502a;88E,Tpk @ 506a; 66E;QuickCheckFood, Ringoes/Flemington, Rte31/579,107125T1997.5 |
| 09-21-07 | 1153p | 21,435 | 2.799 | 60.00 | 395.7 | 290 | 18.460 | Sheetz,Off OH Tpk, Exit 232; 1007521T2004.1 |
| 09-25-07 | 947a | 24,564 | 2.809 | 69.00 | 453.6 | 291 | 18.466 | Citgo Station, Rte 20, Wakegan, IL, 107975T2011.1 |
| 09-27-07 | 909a | 15,419 | 2.659 | 41.00 | 249.1 | 292 | 16.155 | Lv Wakegan Motel 455a,56E, Fly J, I-80#292, IA, 108224T2015.8, 60E; Hi-Speed Driving |
| 09-27-07 | 129p | 16,161 | 2.699 | 42.00 | 291.0 | 293 | 18.006 | Pilot,I-80#1B, Council Bluffs, IA., w/ethanol; 108515T2019.9 |
| 09-27-07 | 632p | 21,490 | 2.839 | 61.01 | 361.2 | 294 | 16.808 | Fly J, Julesburg, CO, I-76#180, 108876T2024.7; Hi-Speed Driving, 60+mphl |
| 09-28-07 | 1115a | 23,645 | 2.749 | 65.00 | 426.3 | 295 | 18.029 | Sam's, G.J.; 109303T2031.6; 85 Oct |
| 09-29-07 | 1000a | 24,430 | 2.679 | 63.00 | 432.8 | 296 | 17.718 | Lv:Bev's:333a, 67E;I-70:346a, 70E ; Maverick, FLG, Rte 89;109735T2038.5 |
|  |  | BOS-PHL-TUS |  |  |  |  |  |  |

| DATE/TME | GALS | $/GAL | TOTAL$ | MILES | MPG | COMMENTS |
|---|---|---|---|---|---|---|
| 6·14@1048 | 16.67 | 3.299 | 55.00 | 313.0 | | Lv.ofc@727a54°,Tp@434a54° QuickCh, Lambertville 178362 T3304.9 |
| 6·17@149 | 27.409 | 3.649 | 100.00 | 511.3 | | Sam's, I-70 Hilliard 178873 T3313.1 |
| 6·17@806 | 21.943 | 3.509 | 77.00 | 410.5 | | Sam's, I-270 #29, 179284 T3319.2 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 6·14@523 | | | | | | Coffee break I-90 #84 @ Moses In 523a51°, rain Out 535a51°, rain |
| 6·14@731a | | | | | | Rest stop, snooze out I-86 #55 In 731a52° Out 824a58° |
| 6·14@1048 | | | | | | Refuel QuickChek, Pa 31/579; In 1048a58° rain Out 1113a58° |
| 6·14@1432 | | | | | | Ar.Yardly@ 1143a, 65° |
| 6·17@445a | | | | | | Lv. Yardly @ 445a, 6·17·13, 67°, US1S @ 459 a 65° |
| 6·17@633 | | | | | | Rest I-76 #232 In 633a 67° Out 657p 67° |
| 6·17@830a | | | | | | Rest I-76 #14 In 832a 73° Out 916a 74° |
| 6·17@1104 | | | | | | Rest I-70 WV, 1st @ #13 ch. westbound In 1104a 75° out 1121 a 76° |
| 6·17@128p | | | | | | Rest OH. I-70 #130+/- In 128ep 82° Out 112p 82° |
| 6·17@149p | | | | | | Refuel Sam's OH. Hilliard - Rmrd In 149p 83° Out 232p 85° |
| 6·17@351 | | | | | | Rest I-70 OH #3; In 351p 85° Out 418p 86° |
| 6·17@806 | | | | | | Refuel Sam's I-270 #29 Flourisant Av. In 806p 71° Out 843p 71° |
| 6·17@945 | | | | | | Rest, Sbop I-70 MO #198 In 945a 71° Out 414a(610) 67° lg sec zetion |
| 6·18@524 | | | | | | Rest, Mec's MO. I-70 #128A Jefferson city In 529a 66° Out 542a 67° |