AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

# ATTACHMENT A
# ITEMS TO BE SEARCHED

| Description | Referred to herein as |
|---|---|
| 1. 22 floppy discs seized from Marshall Dion's office, located at 4 Longfellow Place, Suite 3802, Boston, Massachusetts on October 25, 2013 | Target Storage Device |
| 2. A red Nokia cellular telephone, bearing ESN 11416590728 | Target Telephone; Photograph in Attachment A |
| 3. A Centon 16GB USB flash drive seized from Marshall Dion's office, located at 4 Longfellow Place, Suite 3802, Boston, Massachusetts on October 25, 2013 | Target Storage Device; Photograph in Attachment A |
| 4. A Seagate Momentus 320GB hard drive, bearing serial no. 5VE43GWP | Target Storage Device; Photograph in Attachment A |
| 5. A Seagate Momentus 160GB hard drive, bearing serial no. 5NK0ZXFS | Target Storage Device; Photograph in Attachment A |
| 6. An Eagle 750GB external computer drive, bearing serial no. ABG10160170 | Target Storage Device; Photograph in Attachment A |
| 7. A Seagate hard drive, bearing serial no. JE105518 | Target Storage Device; Photograph in Attachment A |
| 8. A Maxtor 200GB hard drive, bearing serial no. B417C8TH | Target Storage Device; Photograph in Attachment A |

# ATTACHMENT C

## ITEMS TO BE SEIZED

    A.    All records, in whatever form, and tangible objects that constitute evidence, fruits, and/or instrumentalities of drug distribution and money laundering, as set forth below:

1. Records of personal or business activities relating to the operation or ownership of any computer hardware, software, storage media, or data (such as user names, passwords, telephone records, notes, books, diaries, and reference materials).

2. Records pertaining to accounts held with companies providing Internet access or remote storage of either data or storage media.

3. Records relating to ownership, occupancy, or use of the premises searched (such as utility bills, phone bills, rent payments, mortgage payments, photographs, insurance documentation, receipts and check registers).

4. Records relating to drugs, drug proceeds, drug distribution, drug importation, money laundering, money transfers, ledgers, contact lists, price sheets, and related documents.

5. Records and information identifying contact information for co-conspirators, communications made in furtherance of the conspiracy, and photographs and videos of co-conspirators.

    B.    All computer hardware; computer software; computer-related documentation; and storage media. Off-site searching of such hardware, software, documentation, and storage media, shall be limited to searching for the items described in paragraph A of this attachment and shall be done according to the procedures set out in Attachment D.



# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A Centon 16GB USB flash drive

Case No. 13-MJ-2402-MBB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

A Centon 16GB USB flash drive fully described in Attachment A and incorporated herein

located in the _____ District of Massachusetts, there is now concealed *(identify the person or describe the property to be seized)*:

See Affidavit of Stephen J. Kelleher, incorporated by reference, and Attachment C.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | conspiracy to possess with intent to distribute controlled substances and |
| 18 U.S.C. 1956 & 1957 | money laundering |

The application is based on these facts:

See attached affidavit of Special Agent Stephen J. Kelleher, Federal Bureau of Investigation.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*signed* SA/FBI
*Applicant's signature*

Stephen J. Kelleher, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 30, 2013

*signed* Marianne B. Bowler, USMJ
*Judge's signature*

City and state: Boston, Massachusetts

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of ) 
*(Briefly describe the property to be searched* ) 
*or identify the person by name and address)* ) Case No. 13-MJ-2402-MBB
) 
A Centon 16GB USB flash drive ) 
) 
) 

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Massachusetts_____
*(identify the person or describe the property to be searched and give its location)*:

A Centon 16GB USB flash drive more fully described in Attachment A and incorporated herein

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Affidavit of Stephen J. Kelleher, incorporated by reference, and Attachment C.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____November 13, 2013_____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Marianne B. Bowler.
_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: October 30, 2013 @ 1:11 PM        Marianne B. Bowler, USMJ
                                                                                                   *Judge's signature*

City and state:  Boston, Massachusetts         Marianne B. Bowler, U.S. Magistrate Judge
                                                                                      *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                _____
                                                           Executing officer's signature

                                                           _____
                                                           Printed name and title

# ATTACHMENT A
# ITEMS TO BE SEARCHED

| Description | Referred to herein as |
|---|---|
| 1. 22 floppy discs seized from Marshall Dion's office, located at 4 Longfellow Place, Suite 3802, Boston, Massachusetts on October 25, 2013 | Target Storage Device |
| 2. A red Nokia cellular telephone, bearing ESN 11416590728 | Target Telephone; Photograph in Attachment A |
| 3. A Centon 16GB USB flash drive seized from Marshall Dion's office, located at 4 Longfellow Place, Suite 3802, Boston, Massachusetts on October 25, 2013 | Target Storage Device; Photograph in Attachment A |
| 4. A Seagate Momentus 320GB hard drive, bearing serial no. 5VE43GWP | Target Storage Device; Photograph in Attachment A |
| 5. A Seagate Momentus 160GB hard drive, bearing serial no. 5NK0ZXFS | Target Storage Device; Photograph in Attachment A |
| 6. An Eagle 750GB external computer drive, bearing serial no. ABG10160170 | Target Storage Device; Photograph in Attachment A |
| 7. A Seagate hard drive, bearing serial no. JE105518 | Target Storage Device; Photograph in Attachment A |
| 8. A Maxtor 200GB hard drive, bearing serial no. B417C8TH | Target Storage Device; Photograph in Attachment A |